# EXHIBIT A

# REALTOR MAGAZINE Mailing List

REALTOR MAGAZINE is the official magazine of the NATIONAL ASSOCIATION OF REALTORS (NAR) - the largest trade association in the world with over 1.3 million members. The magazine is published 6 times per year and reports on industry best practices, trends and tools of the trade - all with the mission of helping NAR's members achieve business success. Subscribers are real estate professionals who are members of NAR and adhere to its strict Code of Ethics.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 01/10/2022 | |
|---|---|---|---|
| 1,413,832 | TOTAL UNIVERSE / BASE RATE | | $120.00/M |
| 1,413,832 | ACTIVE SUBSCRIBERS | | $120.00/M |
| 511,141 | BUSINESS ADDRESS | | + $10.00/M |
| 848,566 | HOME ADDRESS | | + $10.00/M |
| 74,512 | COMMERCIAL REALTOR | | + $20.00/M |
| | CONSUMER OFFER RATE | | $95.00/M |
| | FUNDRAISING RATE | | $85.00/M |

| POPULARITY: | 100 |
|---|---|
| MARKET: | BUSINESS |
| CHANNELS: | |
| SOURCE: | MEMBERSHIP |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 48% FEMALE 42% MALE |

| SELECTS | |
|---|---|
| # OF AGENTS | $15.00/M |
| AGE | $10.00/M |
| GENDER/SEX | $5.00/M |
| INCOME SELECT | $15.00/M |
| MEMBER TYPE | $20.00/M |
| SCF | $10.00/M |
| SPECIAL SEL. | $15.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $5.00/M |
| BUSINESS ADDRESS | $10.00/M |
| FTP | $50.00/F |
| HOME ADDRESS | $10.00/M |

## DESCRIPTION

```
REALTOR MAGAZINE is the official magazine of the NATIONAL
ASSOCIATION OF REALTORS (NAR) - the largest trade association in
the world with over 1.3 million members. The magazine is published
6 times per year and reports on industry best practices, trends
and tools of the trade - all with the mission of helping NAR's
members achieve business success.  Subscribers are real estate
professionals who are members of NAR and adhere to its strict Code
of Ethics.

REALTOR MAGAZINE subscribers represent a massive market for
products and services, collectively spending $6.6 billion annually
for their businesses.

*************** Fast Facts *****************
Median Age of Realtors...................54
Average HH Income..................$100,800
Average realtor income..............$99,800
Average Realtor Investment.........$460,200
Own computers & electronics at home.....95%
Own/Use computers for work..............94%
Use cellular phones.....................95%
Have Online/Internet access at home.....90%
Have investment portfolios..............80%
Work from Home Office...................81%
Give business gifts.....................82%
Average Gift Amount.....................$55
Attended college........................83%
********************************************
```

## RELATED LISTS

- AMERICAN BAR ASSOCIATION MASTERFILE
- ACXIOM INFOBASE CONSUMER LIST
- AMERICAN CITY BUSINESS JOURNALS - U.S. SUBSCRIBERS
- AMERICAN BAR ASSOCIATION SOHO LAWYERS
- ACCUTREND NEW BUSINESS LEADS - NBD
- HARVARD BUSINESS REVIEW - ACTIVE SUBSCRIBERS
- COMMERCIAL PROPERTY EXECUTIVE MAGAZINE (FORMERLY COMMERCIAL PROPERTY NEWS)
- NATIONAL REAL ESTATE DATABASE
- WEALTHIER INVESTMENT MASTERFILE
- TRANSFORMING DEBT INTO WEALTH SYSTEM

## ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #300449 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE

Get Count    Get Pricing    Get More Information