# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 22-11107<br><br>Hon. Sean F. Cox |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sharon S. Almonrode of The Miller Law Firm, P.C. hereby enters her appearance as counsel on behalf of Plaintiff in the above captioned matter.

Dated: May 23, 2022   Respectfully submitted,

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com