AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Joshua Murray,

*Plaintiff,*

v.  Case No. 2:22−cv−11107−SFC−DRG
Hon. Sean F. Cox

National Association of Realtors,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: National Association of Realtors

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> E. Powell Miller
> 950 W. University Drive
> Suite 300
> Rochester, MI
> 48307

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*    By: s/ L. Granger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 23, 2022



AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:22−cv−11107−SFC−DRG

This summons for *(name of individual and title, if any)* National Association of Realtors

was received by me on *(date)* _____

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* Katherine R Johnson, agent , who is designated by law to accept service of process on behalf of *(name of organization)* National Association of Realtors on *(date)* May 26, 2022 ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: June 8, 2022

/s/ Amy A. Davis
*Server's Signature*
Amy A. Davis
*Printed Name and Title*
950 W. University Dr., Suite 300, Rochester, MI 48307
*Server's address*

Additional information regarding attempted service, etc.: