AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Joshua Murray,

                *Plaintiff,*

v.                                                     Case No. 2:22–cv–11107–SFC–DRG
                                                         Hon. Sean F. Cox

National Association of Realtors,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: National Association of Realtors

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

        E. Powell Miller
        950 W. University Drive
        Suite 300
        Rochester, MI
        48307

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*             By:   s/ L. Granger
                                                                                   *Signature of Clerk or Deputy Clerk*



                                                                                  Date of Issuance: May 23, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:22−cv−11107−SFC−DRG

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

[ ] I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: _____

See attached Affidavit
*Server's Signature*

_____
*Printed Name and Title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## AFFIDAVIT OF SERVICE

| Case: 2:22-cv-11107-SFC-DRG | Court: US District Court for the Eastern District of Michigan | County: MI | Job: 7274519 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Joshua Murray | | **Defendant / Respondent:** National Association of Realtors | |
| **Received by:** ASAP Process Service & Investigations LLC | | **For:** Miller Law | |
| **To be served upon:** National Association of Realtors c/o Katherine R. Johnson, Registered Agent | | | |

I, Stephen Glazier, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Charlie Lee, Company: 430 N Michigan Ave, Chicago, IL 60611
**Manner of Service:** Authorized, Jul 14, 2022, 2:50 pm CDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Jun 23, 2022, 4:05 pm CDT at Company: 430 N Michigan Ave, Chicago, IL 60611
Arrived at 430 N. Michigan Avenue, Chicago IL. I spoke with front desk security and advised that I had a summons and complaint for National Association of Realtors c/o Katherine R. Johnson as Registered Agent. Security made a call and spoke with "Rosie" explaining that a process server was there with process service for NAR care of Katherine R. Johnson. Security handed the phone to me and I spoke with Rosie, advising her of the summons and complaint and asking if Katherine R. Johnson was available. Rosie would not confirm whether Katherine R. Johnson was at the location. Rosie made a call to another employee at NAR and included me in the call. I re-explained the summons and complaint to both employees. The employees said they were going to make another call and would call back to security. A few minutes later security received a call and told me I had to leave the premises. I asked security for the full names and positions of the two employees I spoke with. Security related he could not provide that information and directed me to leave the premises.

2) Unsuccessful Attempt: Jul 13, 2022, 9:00 am CDT at Company: 430 N Michigan Ave, Chicago, IL 60611
Arrived at 430 N. Michigan Ave, Chicago. Security related that there are no NAR employees there and the only people there were NAR affiliates. All NAR employees were working remote. I called NAR and was informed that a person named Charlie Lee will be in the office tomorrow.

3) Successful Attempt: Jul 14, 2022, 2:50 pm CDT at Company: 430 N Michigan Ave, Chicago, IL 60611 received by Charlie Lee. Age: 38; Ethnicity: Asian American; Gender: Male; Relationship: Senior Counsel;

Under penalties provided by law pursuant to section 1-109 of the code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*Stephen Glazier*                    07/17/2022
Stephen Glazier                      **Date**

ASAP Process Service & Investigations LLC
120 W. Madison St Suite 1310
Chicago, IL 60602
7733157494