IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individual and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 22-2-cv-11107 SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand<br><br>**NOTICE OF APPEARANCE OF SUZANNE L. WAHL ON BEHALF OF DEFENDANT** |

PLEASE TAKE NOTICE that SUZANNE L. WAHL, of the firm ArentFox Schiff LLP has this day entered an appearance as counsel of record for Defendant, NATIONAL ASSOCIATION OF REALTORS®.

| | |
|---|---|
| Dated: August 4, 2022 | Respectfully submitted,<br><br>*/s/Suzanne L. Wahl*<br>Suzanne L. Wahl (P71364<br>ARENTFOX SCHIFF LLP<br>350 S. Main Street<br>Suite 210<br>Ann Arbor, MI 48104<br>(734) 222-1517<br>suzanne.wahl@afslaw.com<br><br>*Attorneys for Defendant*<br>*National Association of Realtors®* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 4, 2022, the foregoing Notice of Appearance of Suzanne L. Wahl on behalf of Defendant National Association of Realtors® was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record.

*/s/Suzanne L. Wahl*
Suzanne L. Wahl

CH2:26248798.1