IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individual and on Behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>      Defendant. | Case No. 22-2-cv-11107 SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand<br><br><br>**NOTICE OF APPEARANCE**<br>**OF ELISE H. YU ON**<br>**BEHALF OF DEFENDANT** |

   PLEASE TAKE NOTICE that ELISE H. YU, of the firm ArentFox Schiff LLP has this day entered an appearance as counsel of record for Defendant, NATIONAL ASSOCIATION OF REALTORS®.

Dated:  August 4, 2022                                      Respectfully submitted,

                                                                              */s/Elise H. Yu*
                                                                              Elise H. Yu (P79344)
                                                                              ARENTFOX SCHIFF LLP
                                                                              350 S. Main Street
                                                                              Suite 210
                                                                              Ann Arbor, MI 48104
                                                                              (734) 222-1517
                                                                              elise.yu@afslaw.com

                                                                              *Attorneys for Defendant*
                                                                              *National Association of Realtors®*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on August 4, 2022, the foregoing Notice of Appearance of Elise H. Yu on behalf of Defendant National Association of Realtors® was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record.

                                                                          /s/Elise H. Yu  
                                                                         Elise H. Yu

CH2:26248840.1