IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individual and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 22-cv-11107 SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand |

**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE PLEAD**

On May 20, 2022, Plaintiff Joshua Murray filed the complaint in the above-captioned matter. (ECF No. 1.) On July 18, 2022, Plaintiff filed a certificate of service indicating that Defendant The National Association of REALTORS® ("NAR") had been served on July 14, 2022, and that NAR's answer was due August 4, 2022. (ECF No. 8.)

Although NAR disputes that it was properly served on July 14, 2022, NAR has since retained the undersigned counsel, and in an effort to preserve judicial resources, the parties have conferred and agree to the following briefing schedule:

1. NAR agrees to waive service.

2. NAR will answer or move to dismiss the complaint by September 19, 2022.

2. Plaintiff will file his opposition by October 17, 2022.

3. NAR will file a reply brief, if warranted, by November 4, 2022.

Upon the consent of the parties the Court being otherwise fully advised:

IT IS HEREBY ORDERED that the deadline for NAR to answer or move to dismiss the complaint reflected in the July 18, 2022 certificate of service is extended by 45 days. NAR's deadline to answer or move to dismiss the complaint of August 4, 2022 is extended to September 19, 2022; Plaintiff will file his opposition by October 17, 2022; and NAR will file a reply brief, if warranted, by November 4, 2022.

Dated: August 5, 2022	s/Sean F. Cox  
	Honorable Sean F. Cox  
	United States District Judge

SO STIPULATED:

/s/ Elise H. Yu
Suzanne L. Wahl (P71364)
Elise H. Yu (P79344)
ARENTFOX SCHIFF LLP
350 S. Main Street, Ste. 210
Ann Arbor, MI  48104
734-222-1500 (Phone)
734-222-1501 (Fax)
Suzanne.wahl@afslaw.com
Elise.yu@afslaw.com

Tiana Demas (admission pending)
Philip M. Bowman (admission pending)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
212-479-6000 (Phone)
212-479-6275 (Fax)

*Attorneys for Defendant National Association of REALTORS®*

/s/ Frank S. Hedin (with permission)
Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and the Putative Class*