IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>　　　　Defendant. | Case No. 22-cv-11107 SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand<br><br>**NOTICE OF APPEARANCE OF TIANA A. DEMAS ON BEHALF OF DEFENDANT** |

　　　　PLEASE TAKE NOTICE that TIANA A. DEMAS, of the firm Cooley LLP has this day entered an appearance as counsel of record for Defendant, NATIONAL ASSOCIATION OF REALTORS®.

Dated:  September 2, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Tiana A. Demas
　　　　　　　　　　　　　　　　　　　　　　Tiana A. Demas
　　　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　　(212) 479-6560
　　　　　　　　　　　　　　　　　　　　　　tdemas@cooley.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*National Association of Realtors®*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 2, 2022, the foregoing Notice of Appearance of Tiana Demas on behalf of Defendant National Association of Realtors® was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record.

<u>/s/Tiana A. Demas</u>
Tiana Demas