IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individual and on Behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>        Defendant. | Case No. 22-cv-11107 SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand<br><br>**NOTICE OF APPEARANCE OF PHILIP M. BOWMAN ON BEHALF OF DEFENDANT** |

PLEASE TAKE NOTICE that PHILIP M. BOWMAN, of the firm Cooley LLP has this day entered an appearance as counsel of record for Defendant, NATIONAL ASSOCIATION OF REALTORS®.

Dated:  September 19, 2022

Respectfully submitted,

/s/ Philip M. Bowman
Philip M. Bowman
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6634
pbowman@cooley.com

*Attorney for Defendant*
*National Association of Realtors®*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 19, 2022, the foregoing Notice of Appearance of Philip M. Bowman on behalf of Defendant National Association of Realtors® was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record.

/s/ *Philip M. Bowman*
Philip M. Bowman