UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSHUA MURRAY, individually and on behalf of all others similarly situated,
    Plaintiff(s),

Case No. 2:22-cv-11107-SFC-DRG

v.

Judge Sean F. Cox

NATIONAL ASSOCIATION OF REALTORS,
    Defendant(s).

Magistrate Judge David R. Grand

/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Defendant National Association of Realtors®**
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❑    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❑    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: September 19, 2022

*/s/ Tiana A. Demas*
Signature

4210472 (N.Y.) - Admitted to Bar of E.D. Mich.
Bar No.

Cooley LLP - 55 Hudson Yards
Street Address

New York, NY 10001
City, State, Zip Code

(212) 479-6560
Telephone Number

tdemas@cooley.com
Primary Email Address

*Counsel for Defendant National Association of Realtors®*