IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 2:22-cv-11107-SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand |

### INDEX OF EXHIBITS TO
### DEFENDANT NATIONAL ASSOCIATION OF REALTORS' MOTION TO DISMISS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | **Declaration of Tim Kline (with Exhibits A &B)** |
| 2 | **Relevant Cases Cited** |