# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>    Defendant. | Case No. 2:22-cv-11107-SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand<br><br>**DECLARATION OF TIM KLINE IN SUPPORT OF DEFENDANT NATIONAL ASSOCIATION OF REALTORS' MOTION TO DISMISS** |

I, Tim Kline, declare as follows:

1. I submit this declaration based on my personal knowledge. I can testify competently to the facts contain herein if called to testify as a witness.

2. I am the director of Operations and Product Management for the National Association of Realtors® ("NAR"). I have worked at NAR for over 32 years.

3. NAR is the country's largest trade association and currently has over 1.5 million active members, including residential and commercial brokers, salespeople, property managers, appraisers, counselors, and others engaged in the real estate industry. Its members participate in all aspects of the residential and

commercial real estate industries. NAR's primary mission is to uphold and expand everyone's right to own, buy, and sell real property.

4. NAR provides its members with several benefits, including advocating on their behalf for federal policy initiatives that strengthen the consumer's ability to own, buy, and sell real property, offering designations and certifications to expand its members experience and expertise in various real estate sectors, and giving access to exclusive member pricing on products and services with NAR's many business partners.

5. All NAR members receive *REALTOR® Magazine* by mail as part of their membership unless they affirmatively opt out of receiving it. NAR does not sell *REALTOR® Magazine* subscriptions to its members.

6. NAR members who opt out of receiving *REALTOR® Magazine* are not refunded any portion of their membership dues.

7. Since 2012, NAR has made digital versions of the magazine freely available to its members and the general public on NAR's website.

8. Plaintiff Joshua Murray ("Murray") has an active NAR membership, and he was an active NAR member throughout 2016.

9. According to NAR's records, Murray did not opt out of receiving *REALTOR® Magazine* by mail, and he should have received the magazine throughout 2016.

10. In 2016, only eight nonmembers of NAR with Michigan addresses—all businesses—paid to receive *REALTOR®* Magazine by mail.

11. NAR members are permitted to publicize their NAR membership by using the term REALTOR® in connection with their names. REALTOR® has one meaning: member of NAR and the member's agreement to adhere to NAR's strict Code of Ethics. The REALTOR® mark also signifies NAR members' commitment to protecting clients, the public, and other real estate professionals, as well as to conducting business with integrity, and providing high standards of real estate services.

12. NAR members can be found by searching realtor.com, a publicly-available website.

13. Only active NAR members are displayed on realtor.com's "Find a REALTOR®" directory. This is one of several benefits of NAR membership.

14. NAR members may claim and edit their realtor.com profiles. They may also make a request to realtor.com to have the profile removed.

15. Murray claimed and edited his realtor.com profile, and the following changes were made: first name changed from "Joshua" to "Josh"; added profile photo, bio, years of experience, areas served (e.g., the zip codes he works in), specializations, mobile phone, website, company logo, MLS ID, chose to enable ratings, and approved displayed recommendations.

16. Based on my review of NAR's membership records, there is only one Joshua Murray who is a NAR member and who resides in South Lyon, Michigan.

17. The photo of Josh Murray on realtor.com depicts the same person as a LinkedIn profile for Josh Murray, which lists a location of South Lyon, Michigan. *See* Josh Murray realtor.com profile (attached here to as Exhibit A) and Josh Murray LinkedIn profile (attached hereto as Exhibit B).

18. Murray's realtor.com profile prominently displays the REALTOR® mark and Murray's NAR membership.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 19th day of September, 2022, in Naperville, Illinois.

*Timothy A. Kline*
Tim Kline

4

# EXHIBIT A



### JOSH MURRAY
Linked Realty LLC

★ 5 (5)   💬 4 recommendations

### About JOSH MURRAY 

At Linked Realty, our mission is to bring down the high cost of selling a home. We do that by charging a flat fee of 4k to sell your home. For the flat fee, you get the exact same service that you would from a 6 percent agent including (but not limited to) an in-home consultation, professional photography, lock box, yard sign, all of your showings scheduled with Showing Time, and all of your marketing and advertising. On top of that, your home is listed on the MLS, which markets your home with thousands of websites including Zillow, Trulia and Realtor.com, just like the 6 percent agents.

With most home buyers starting their home search on the internet, online exposure is critical to attracting buyers. But our services don't stop there. Our team stays with you, from listing your home to the closing table. Helping you through inspections, c...

Continue reading

**Contact details**

📞 (248) 795-9445 Mobile
   (810) 360-0064 Office

🌐 JOSH MURRAY website

📍 Linked Realty LLC
   10315 Grand River, Brighton, MI, 48116

"4k Flat-Fee, Full Service Real Estate Firm!"

↗ Share profile



**Experience**
16 years

**Price Range (last 24 months)**
$171K - $665K

**Areas Served**

| | | | |
|---|---|---|---|
| Ann Arbor | Bloomfield Hills | Brighton | Canton |
| Commerce To... | Dexter | Drayton Plains | Farmington |
| Fenton | Fowlerville | Hamburg | Hartland |
| Highland | Howell | Keego Harbor | Livonia |
| Milford | New Hudson | Northville | Novi |

Show more areas served

**Specializations**

| | |
|---|---|
| Buyers | Flat Fee Listing |
| Foreclosures | Market Analysis |



# EXHIBIT B



     


(12) Josh Murray, MA TLLP | Link ×

https://www.linkedin.com/in/topmichiganrealtor/

in Search

Home My Network Jobs Messag

# Josh Murray, MA TLLP · 3rd

Real Estate Broker at Linked Realty and Clinical Psychologist at Sollars and Associates -

South Lyon, Michigan, United States · Contact info

500+ connections

Message | + Follow | More

Sollars and Associates - Integrative Counseling and Psychological Services

Michigan School of Psychology

**Open to work**
Licensed Clinical Psychologist, Psychologist, Psychotherapist, Clinical Psychologist and Psychotherapist In Private ...
See all details

## About

After spending most of my professional life as a real estate broker, I decided I needed a new challenge. I knew what ever challenge I undertook had to provide me with the satisfaction of helping others.

I decided to become a Clinical Psychologist in 2021. ...see more

## Activity

2,511 followers

+ Follow

Josh hasn't posted lately

Josh's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Licensed Clinical Psychologist**
Sollars and Associates - Integrative Counseling and Psychological Services · Contract
Jan 2021 - Present · 1 yr 9 mos
United States

**Principal Broker at Linked Realty**
Linked Realty
2016 - Present · 6 yrs 9 mos
Southeast Michigan

No matter what you have been told, paying 10's of thousands of dollars to sell your home is absolutely ludicrous. Paying 6% of your homes value will not get you more money for your home or better m ...see more

**Associate Broker Top Michigan Realty Group, Keller Williams**

**Josh Murray, MA TLLP**
Real Estate Broker at Linked Realty and Clinical Psychologist at Sollars and Associates -


**Associate Broker Top Michigan Realty Group. Keller Williams**
Keller Williams Realty
Apr 2006 - Oct 2017 · 11 yrs 7 mos
Greater Detroit Area

As a Real Estate Broker who's an expert in Southeastern Michigan, I bring a wealth of knowledge and expertise about buying and selling real estate here. It's not the same everywhere, so you need son ...see more


**Director of Sales and Marketing**
Top Property Management Group
Nov 2012 - Apr 2016 · 3 yrs 6 mos
Brighton Michigan

Top Property Management Group LLC., is a Michigan based company that offers leasing and property management services for residential and commercial properties in Michigan. Our management tea ...see more


**Account Manager**
D.R.S. Staffing Solutions LC
Jun 2011 - Jan 2014 · 2 yrs 8 mos
South Lyon, MI

President of Sales and Market Development. Full Service Staffing Firm offering Temporary Placements, Contract-To-Hire and Direct Hires. We provide talent across most industries including Administrati ...see more

Show all 7 experiences →

## Education


**Michigan School of Psychology**
Clinical Psychology, Psychology
Jan 2019 - Jul 2021


**Eastern Michigan University**
Bachelor of Science, Political Science/ Sociology
2003 - 2008
Activities and societies: Mock Trial, Judo, Undergraduate Symposium


**Brighton High School**
High School Diploma
Jul 2001

## Licenses & certifications


**Licensed Psychologist**
Michigan School of Psychology
Issued Jul 2021 · No Expiration Date


**Michigan Real Estate Brokers License**
United Latino Students Association
Credential ID 6501349052