UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joshua Murray,

    Plaintiff,

v.                                              Case No. 22-11107

National Association of Realtors         Sean F. Cox
                                                                   United States District Court Judge

    Defendant.
_____/

## ORDER REGARDING
## RECENTLY FILED MOTION TO DISMISS

Defendant recently filed a Motion to Dismiss. (ECF No. 15)

Without expressing any view regarding the merits of the Motion to Dismiss, the Court shall afford Plaintiff the opportunity to cure the purported deficiencies by filing an amended complaint. The Court hereby **ORDERS** that any amended complaint must be filed within twenty one days of today's date.

Accordingly, Plaintiff is presented with a choice of how to proceed, given that a Motion to Dismiss has been filed. Within twenty one days of today's date, Plaintiff may either: 1) file an amended complaint, in which case this Court will deny without prejudice the currently pending Motion to Dismiss as moot; OR 2) file a response to the pending Motion to Dismiss, and the Court will decide the motion based upon the existing complaint.[1]

IT IS SO ORDERED.

---

[1] If Plaintiff elects not to file an amended complaint and the Court rules on the pending motion, any dismissal may be with prejudice.

1

                    s/Sean F. Cox
                    Sean F. Cox
                    United States District Judge

Dated: September 21, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2022, by electronic and/or ordinary mail.

                    s/Jennifer McCoy
                    Case Manager