IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individual and on Behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>  Defendant. | Case No. 22-cv-11107-SFC-DRG<br><br>HON. SEAN F. COX<br>Magistrate Judge David R. Grand<br><br>**NOTICE OF APPEARANCE OF KHARY J. ANDERSON ON BEHALF OF DEFENDANT** |

PLEASE TAKE NOTICE that KHARY J. ANDERSON, of the firm Cooley LLP, has this day entered an appearance as counsel of record for Defendant, NATIONAL ASSOCIATION OF REALTORS®.

Dated:  October 6, 2022

Respectfully submitted,

*/s/ Khary J. Anderson*
Khary J. Anderson
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 776-2160
kjanderson@cooley.com

*Attorney for Defendant*
*National Association of Realtors®*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 6, 2022, the foregoing Notice of Appearance of Khary J. Anderson on behalf of Defendant National Association of Realtors® was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record.

>*/s/ Khary J. Anderson*
>Khary J. Anderson