# Exhibit B

The Wayback Machine - https://web.archive.org/web/20160321173133/http://mediakits.theygsgroup.com:80/nar-2016/additional-mark…


(https://web.archive.org/web/20160321173133/http://mediakits.theygsgroup.com/nar-2016/about-nar)

AUDIENCE (/WEB/20160321173133/HTTP://MEDIAKITS.THEYGS

REALTOR® MAG (/WEB/20160321173133/HTTP://MEDIAKITS.TH

DIGITAL OPTIONS (/WEB/20160321173133/HTTP://MEDIAKITS.T

REALTOR AE (/WEB/20160321173133/HTTP://MEDIAKITS.THEYG

ADDITIONAL MARKETING (/WEB/20160321173133/HTTP://MEDI

MARKETING)

CONTACT US (/WEB/20160321173133/HTTP://MEDIAKITS.THEYG



Print

# REALTOR® Magazine Content Sponsorship

## REALTOR® Magazine Sponsorship includes:

1. Full page ad featured within the story
2. Sponsor block located on intro page
3. Case study featuring a custom article on the related topic

## Main Stage Sponsorship Includes:

Sponsor logo placed on main stage of featured story 1 week of sponsorship

## Tiered Content Sponsorship Includes:

Sponsor Logo placed within tiered content 2 weeks of sponsorship

Contact your sales representative for pricing.

# Direct Mail List

Reach out to our 1 million real estate professionals through our subscriber list. Subscriber names and addresses are rented on a per usag Danny Grubert, danny.grubert@lakegroupmedia.com (https://web.archive.org/web/20160321173133/mailto:danny.grubert@lakegroupm

# Strategic Alliance Opportunities

## NAR's REALTOR Benefits®

This program can provide an additional opportunity to REALTOR® Magazine advertising and marketing partners with a different distri Benefits® as the program that provides unique value-added offers and savings from industry-leading partners on the products and servic the alliance, including preferred provider status and automatic inclusion in NAR's comprehensive REALTOR Benefits® marketing cam Program, please email strat_alliance@realtors.org (https://web.archive.org/web/20160321173133/mailto:strat_alliance@realtors.org) or