# Exhibit D

**REALTOR** MAGAZINE (/nar)

AUDIENCE (/NAR/MEDIA-KIT)     PRINT (/NAR/PRINT)     DIGITAL (/NAR/DIGITAL)     EVENTS (/NAR/EVENTS)

OTHER OPPORTUNITIES (/NAR/OTHER-OPPORTUNITIES)     CONTACT US (/NAR/CONTACT-US)

# Direct Mail List

Reach out to our 1.5+ million real estate professionals through our subscriber list. Subscriber names and addresses are rented on a per usage basis. Markets can be separated geographically or demographically. Contact Lenny Medico, lenny.medico@lakegroupmedia.com (mailto:lenny.medico@lakegroupmedia.com) or (914) 925-2465 at Lake Group Media for more information.

# Strategic Alliance Opportunities

### NAR's REALTOR Benefits®

This program can provide an additional opportunity to REALTOR® Magazine advertising and marketing partners with a different distribution channel to NAR's 1.5+ million members. Members recognize REALTOR Benefits® as the program that provides unique value-added offers and savings from the partners leading the profession and the products and services they use frequently. Program participants receive significant benefits through the alliance, including preferred provider status and automatic inclusion in NAR's comprehensive REALTOR Benefits® marketing campaign. For more information or to be considered for the REALTOR Benefits® Program, please email strat_alliance@realtors.org (mailto:strat_alliance@realtors.org) or call 312-329-8510.