# Exhibit E



# BRAND REPORT
### FOR THE 6 MONTH PERIOD ENDED DECEMBER 2018



No attempt has been made to rank the information contained in this report in order of importance, since BPA Worldwide believes this is a judgment which must be made by the user of the report.

National Association of Realtors
430 North Michigan Avenue
Chicago, IL 60611
Tel.: (312) 329-8458
Fax: (312) 329-8184
Email: narpubs@realtors.org

**THE REALTOR® MAGAZINE** brand advances real estate industry best practices, brings expert insights to significant industry trends and provides REALTORS® with timely decision making tools to determine business purchases and strategies.

**BRAND REPORT PURPOSE**
The Brand Report provides a deeper understanding and identification of all audited touch points with customers that have interest in the brand. It is designed to present analysis of all communication channels, including a brand's unique users within each channel of, but not across, multiple media platforms. This non-integrated report contains data for each separate media channel as indicated in the Executive Summary. No attempt has been made to identify or eliminate duplication that may exist across media channels.

## CHANNELS

**REALTOR MAGAZINE**



3 issues in the period
1,332,100 average circulation

**REALTOR WEBSITE**

337,572 average users

## EXECUTIVE SUMMARY

Below are the average contacts per occurrence, including frequency per period reported.

|  | Paid | Non-Paid | Average |
|---|---|---|---|
| **REALTOR MAGAZINE** (3 issues in the period) | 1,331,005 | 1,095 | 1,332,100 |
| **REALTOR WEBSITE** (Monthly Users with 584,954 average Pageviews) | - | 337,572 | 337,572 |

# MAGAZINE CHANNEL

Official Publication of: National Association of Realtors/Established: 1968

### MARKET SERVED
**REALTOR MAGAZINE** serves members of the National Association of Realtors.

### PRICE AND FREQUENCY

| | |
|---|---|
| $4.00 | Average Annual Subscription Order Price for the Period Reported (Excluding Sponsored Subscriptions) |
| 6 | Issues Per Year |
| **NC | All Single Copy Sales Prices for the Period |

### AVERAGE TOTAL QUALIFIED BASED ON 3 ISSUES IN THE PERIOD

| | |
|---|---:|
| **Total Qualified** | **1,332,100** |
| Average Rate Base | **NC |
| Variance +/- | **NC |
| Percent +/- | **NC |
| Qualified Paid | 1,331,005 |
| Subscriptions | 1,331,005 |
| Sponsored | - |
| Single-Copy Sales | - |
| Qualified Non-Paid | 1,095 |

**NC – None Claimed

### 1. AVERAGE QUALIFIED CIRCULATION BREAKOUT FOR PERIOD

| | Qualified Paid | | Qualified Non-Paid | | Total Qualified | |
|---|---:|---:|---:|---:|---:|---:|
| Qualified Circulation | Copies | Percent | Copies | Percent | Copies | Percent |
| Individual | - | - | - | - | - | - |
| *Membership Benefit | 1,331,005 | 99.9 | 1,095 | 0.1 | 1,332,100 | 100.0 |
| Multi-Copy Same Addressee | - | - | - | - | - | - |
| Sponsored Individually Addressed | - | - | - | - | - | - |
| Sponsored Multi-Copy Same Addressee | - | - | - | - | - | - |
| **Sub-Total Subscriptions:** | 1,331,005 | 99.9 | 1,095 | 0.1 | 1,332,100 | 100.0 |
| Single-Copy Sales | - | - | - | - | - | - |
| Sponsored Single-Copy Sales | - | - | - | - | - | - |
| **TOTAL** | 1,331,005 | 99.9 | 1,095 | 0.1 | 1,332,100 | 100.0 |

*See Additional Data

### 2. QUALIFIED CIRCULATION BY ISSUES FOR PERIOD

| 2018 Issue | Total Qualified |
|---|---:|
| July/August | 1,312,469 |
| September/October | 1,335,867 |
| November/December | 1,347,964 |

### 3. BREAKOUT OF QUALIFIED CIRCULATION TO THE CONSUMER MARKET FOR ISSUE OF NOVEMBER/DECEMBER 2018
This issue is 1.8% or 23,796 copies above the average of the other 2 issues reported in Paragraph 2.

| Market Served | Total Qualified | Percent of Total |
|---|---:|---:|
| Realtors, Realtor-Associates, board officers, state association officers and others allied to the field | 1,168,687 | 86.7 |
| Designated Realtors | 179,277 | 13.3 |
| **TOTAL QUALIFIED CIRCULATION** | **1,347,964** | **100.0** |

### 4. QUALIFICATION SOURCE BREAKOUT OF QUALIFIED NON-PAID CIRCULATION FOR ISSUE OF NOVEMBER/DECEMBER 2018

| Qualification Source | Qualified Within 1 Year | Qualified Within 2 Years | Qualified Within 3 Years | Total Qualified* | Percent |
|---|---|---|---|---|---|
| I. Direct Request: | - | - | - | - | - |
| II. Request from recipient's company: | - | - | - | - | - |
| III. Membership Benefit: | 1,089 | - | - | 1,089 | 100.0 |
| IV. Communication from recipient or recipient's company (other than request): | - | - | - | - | - |
| V. **TOTAL** – Sources other than above: | - | - | - | - | - |
| Rosters and Directories | - | - | - | - | - |
| Manufacturer's, distributor's and wholesaler's lists | - | - | - | - | - |
| Other sources | - | - | - | - | - |
| VI. Single Copy Sales: | - | - | - | - | - |
| **TOTAL QUALIFIED CIRCULATION** | 1,089 | - | - | 1,089 | 100.0 |
| **PERCENT** | 100.0 | - | - | 100.0 | |

*See Additional Data

### AVERAGE ANNUAL AUDITED QUALIFIED CIRCULATION AND CURRENT UNAUDITED BRAND REPORTS

| 6-Month Period Ended: | Audited Data January - June 2016 | Audited Data July - December 2016 | Audited Data January - June 2017 | Audited Data July - December 2017 | Audited Data January - June 2018 | Circulation Claim July - December 2018* |
|---|---|---|---|---|---|---|
| Total Audit Average Qualified: | 1,144,216 | 1,198,022 | 1,210,902 | 1,267,215 | 1,285,902 | 1,332,100 |
| Rate Base (if any): | **NC | **NC | **NC | **NC | **NC | **NC |
| Rate Base +/-: | **NC | **NC | **NC | **NC | **NC | **NC |
| Percent +/-: | **NC | **NC | **NC | **NC | **NC | **NC |
| Qualified Paid : | 1,143,079 | 1,197,251 | 1,209,798 | 1,266,112 | 1,284,799 | 1,331,005 |
| Subscriptions | 1,143,079 | 1,197,251 | 1,209,798 | 1,266,112 | 1,284,799 | 1,331,005 |
| Sponsored | - | - | - | - | - | - |
| Single-Copy Sales | - | - | - | - | - | - |
| Qualified Non-Paid: | 1,137 | 771 | 1,104 | 1,103 | 1,103 | 1,095 |
| Post Expire Copies included in Total Qualified Circulation: | **NC | **NC | **NC | **NC | **NC | **NC |
| Average Annual Order Price: | $6.00 | $6.00 | $6.00 | $6.00 | $6.00 | $4.00 |

*NOTE: July - December 2018 data is unaudited. With each successive period, new data will be added until six 6-month periods are displayed.
**NC = None Claimed.

### GEOGRAPHICAL BREAKOUT OF QUALIFIED CIRCULATION FOR ISSUE OF NOVEMBER/DECEMBER 2018*

| State | Total Qualified | Percent |
|---|---|---|
| Maine | 4,755 | |
| New Hampshire | 5,926 | |
| Vermont | 1,626 | |
| Massachusetts | 24,644 | |
| Rhode Island | 4,723 | |
| Connecticut | 16,972 | |
| NEW ENGLAND | 58,646 | 4.3 |
| New York | 58,757 | |
| New Jersey | 52,441 | |
| Pennsylvania | 33,716 | |
| MIDDLE ATLANTIC | 144,914 | 10.8 |
| Ohio | 32,764 | |
| Indiana | 17,880 | |
| Illinois | 47,451 | |
| Michigan | 31,552 | |
| Wisconsin | 15,333 | |
| EAST NO. CENTRAL | 144,980 | 10.7 |
| Minnesota | 20,516 | |
| Iowa | 7,524 | |
| Missouri | 22,378 | |
| North Dakota | 1,933 | |
| South Dakota | 2,012 | |
| Nebraska | 4,846 | |
| Kansas | 9,435 | |
| WEST NO. CENTRAL | 68,644 | 5.1 |
| Delaware | 4,085 | |
| Maryland | 25,606 | |
| Washington, DC | 2,889 | |
| Virginia | 35,085 | |
| West Virginia | 2,866 | |
| North Carolina | 42,975 | |
| South Carolina | 21,166 | |
| Georgia | 35,697 | |
| Florida | 172,393 | |
| SOUTH ATLANTIC | 342,762 | 25.4 |
| Kentucky | 11,285 | |
| Tennessee | 27,340 | |
| Alabama | 14,225 | |
| Mississippi | 6,277 | |
| EAST SO. CENTRAL | 59,127 | 4.4 |
| Arkansas | 8,202 | |
| Louisiana | 14,239 | |
| Oklahoma | 11,161 | |
| Texas | 118,598 | |
| WEST SO. CENTRAL | 152,200 | 11.3 |
| Montana | 4,503 | |
| Idaho | 9,460 | |
| Wyoming | 2,165 | |
| Colorado | 26,161 | |
| New Mexico | 6,540 | |
| Arizona | 46,616 | |
| Utah | 15,959 | |
| Nevada | 17,664 | |
| MOUNTAIN | 129,068 | 9.6 |
| Alaska | 1,679 | |
| Washington | 21,957 | |
| Oregon | 16,513 | |
| California | 196,316 | |
| Hawaii | 9,685 | |
| PACIFIC | 246,150 | 18.3 |
| UNITED STATES | 1,346,491 | 99.9 |
| U.S. Territories | 1,473 | |
| Canada | - | |
| Mexico | - | |
| Other International | - | |
| APO/FPO | - | |
| **TOTAL QUALIFIED CIRCULATION** | 1,347,964 | 100.0 |

*See Additional Data

# WEBSITE CHANNEL

HTTP://REALTORMAG.REALTOR.ORG/

| 2018 | Pageviews | Sessions | Users | Average Session Duration |
|---|---|---|---|---|
| July | 673,836 | 494,655 | 389,566 | 1:17 |
| August | 634,294 | 472,250 | 375,152 | 1:12 |
| September | 491,164 | 353,705 | 279,287 | 1:20 |
| October | 562,646 | 397,910 | 308,104 | 1:25 |
| November | 598,404 | 444,922 | 362,613 | 1:09 |
| December | 549,385 | 395,253 | 310,712 | 1:23 |
| **AVERAGE:** | **584,954** | **426,449** | **337,572** | **1:17** |

July – December 2018 data was provided by Omniture. All website activity is audited by BPA Worldwide.

### WEBSITE GLOSSARY

**Pageviews:** A Pageview is recorded each time a page implanted with the JavaScript code (tag) is displayed in a browser window. This will occur whether the page is served directly from the web server, from a proxy, or from the browser's cache.

**Sessions:** A single continuous set of activity attributable to a cookied browser resulting in one or more pulled text and/or graphics downloads from a site. A period of 30 minutes of inactivity will terminate the session.

**Users:** An identified and unduplicated Cookied Browser that accesses Internet content or advertising during a measurement period.

**Average Session Duration:** The time visitors remain on a site per session.

# ADDITIONAL DATA

**MAGAZINE:**
**METHOD OF DISTRIBUTION:**
Qualified recipients are REALTORS, REALTOR-ASSOCIATES, board officers, and state association officers. Copies are addressed to individuals and mailed via a second class U.S. postal permit.

**AVERAGE NON-QUALIFIED CIRCULATION: 2,785 COPIES**

| AVERAGE NON-QUALIFIED CIRCULATION | |
|---|---|
| Non-Qualified Not Included Elsewhere | Copies |
| Other Paid Circulation | - |
| Advertiser and Agency | 691 |
| Allocated for Trade Shows and Conventions | - |
| All Other | 2,094 |
| **TOTAL** | **2,785** |

**PARAGRAPH 1:**
Qualified paid Membership Benefit subscriptions averaging 1,331,005 copies were sold to qualified recipients at the following subscription prices: $4.00. Members' yearly subscription price is included in the dues and is non-deductible therefrom.

**PARAGRAPH 4:**
Paragraph 4 includes 1,089 qualified non-paid circulation. Qualified paid circulation of 1,346,875 combined with the qualified non-paid circulation equals 1,347,964 total qualified circulation for the analyzed issue.

**GEOGRAPHIC DISTRIBUTION:**
Geographic data for Website is not reported at the media owner's option.

## PUBLISHER'S AFFIDAVIT

We hereby make oath and say that all data set forth in this statement are true.
    Alvin Pulley, Manager
    Stacey Moncrieff, Editor
(At least one of the above signatures must be that of an officer of the publishing company or its authorized representative.)
**IMPORTANT NOTE:**
This unaudited brand report has been checked against the previous audit report.
It will be included in the annual audit made by BPA Worldwide.

| | |
|---|---|
| Date signed | February 8, 2019 |
| State | Illinois |
| County | Cook |
| Received by BPA Worldwide | February 8, 2019 |
| Type | CBJ |
| ID Number | T149B0D8 |

**About BPA Worldwide:**
A not-for-profit organization since 1931, BPA Worldwide is governed by a tripartite board comprised of media owners, advertising agencies and advertisers. Headquartered in Shelton, Connecticut, USA, BPA has the largest membership of any media-auditing organization in the world, spanning more than 30 countries. Globally, BPA audits media properties including consumer magazines, newspapers, web sites, events, email newsletters, databases, wireless, social media and other advertiser-supported media—as well as advertiser and agency members. Visit www.bpaww.com for the latest audit reports, membership information and publishing and advertising industry news.