# Exhibit G

1                   FEDERAL TRADE COMMISSION

2

3

4

5

6                    Public Workshop:

7

8

9

10            THE INFORMATION MARKETPLACE:

11       MERGING AND EXCHANGING CONSUMER DATA

12

13

14

15                   March 13, 2001

16

17

18

19            Federal Trade Commission

20         6th and Pennsylvania Avenue, N.W.

21               Washington, D.C.

22

23

24

25

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

```
 1                    I N D E X

 2

 3   SESSION:                            PAGE:

 4   Opening Remarks

 5     By Chairman Pitofsky                3

 6     By Commissioner Swindle            6

 7     By Commissioner Thompson (video)  14

 8   One:     Merger & Exchange of Consumer

 9            Data:  An Overview          18

10   Two:     Consumer Data:  What is it?

11            Where does it come from?    51

12   Three:   What are the business purposes

13            for merging and exchanging

14            consumer data?             117

15   Four:    How do merger and exchange

16            affect consumers and

17            businesses?                166

18   Five:    Emerging Technologies and

19            Industry Initiatives:  What

20            does the future hold?      259

21

22

23

24

25
```

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

```
 1                    P R O C E E D I N G S
 2                 -   -   -   -   -   -
 3          MR. WINSTON:  Let me introduce myself, I'm
 4    Joel Winston, Acting Associate Director for
 5    Financial Practices at the FTC, and I want to
 6    welcome all of you to the Federal Trade Commission,
 7    and give a special greeting to those people who are
 8    listening in on our audiocast on the website,
 9    ftc.gov.
10          Now, there are several members of the
11    Commission who are going to be giving some opening
12    remarks this morning, and I would like to introduce
13    first Chairman Robert Pitofsky.  Chairman Pitofsky
14    has served as chairman of the FTC since April of
15    1995, and he will be beginning the proceedings.
16    Mr. Chairman?
17          CHAIRMAN PITOFSKY:  Good morning, everyone,
18    and welcome to another of the Federal Trade
19    Commission's workshops.  This one, we have entitled
20    The Information Marketplace:  Merger and Exchange
21    of Consumer Data.
22          I don't think I have to belabor the point
23    with this audience that privacy, especially privacy
24    in the commercial marketplace, is and remains a
25    very important issue.
```

1              If you take polls, you find today, just as

2    you did three and four years ago, that somewhere

3    between 88 and 92 percent of consumers when asked

4    what their concerns were about doing business,

5    buying online, will say that they have

6    reservations, and think it's not a secure

7    marketplace.  They're not giving their credit card

8    online without having some knowledge of how it's

9    going to be used.

10              As a result, you now have, I think, just

11    since Congress reconvened, something like a dozen

12    bills addressing various issues relating to privacy

13    in the commercial context.

14              But let me position this workshop.  We are

15    not looking for enforcement targets for companies

16    that may be invading unfairly or deceptively

17    consumer rights, and we're not looking for

18    legislative proposals.

19              This is another kind of workshop, and it's

20    like many that we've conducted in the past five or

21    six years.  We're trying to find out in a new area,

22    a fast-changing dynamic area, what's going on, so

23    that we are informed about the kind of issues that

24    eventually we'll be called upon to address.

25              We did that with our earliest privacy

5

1    workshops, just to find out how personally

2    identifiable information was collected and whether

3    or not it was being sold.  We did it with

4    profiling, more recently B2B commerce on the

5    Internet, and wireless technologies.

6         In this instance, we would like to be able

7    to take the measure of the extent and the ways in

8    which firms exchange information and data that

9    create consumer profiles; not necessarily only the

10   information the firm collects itself, but

11   information that someone else collects that then

12   becomes merged into a firm's database.

13        How is that information used commercially?

14   Is it used commercially?  And if so, in what

15   fashion?  What is the source of the data?  Is it

16   mostly online, is it offline, is it a combination

17   of the two?  Does it come from public records,

18   private records, a combination of the two?

19        We know that the ability of firms to

20   collect data has been enhanced dramatically over

21   the last five to ten years, and what we want to

22   find out is how it's being used so that down the

23   road we can spot issues.  It is an

24   information-gathering enterprise.  It is not

25   designed at the end of the day, at the end of these

6

1    sessions, to come up with policy proposals.

2         We have no predisposition on this.  My own

3    view, as some of you have heard me say before, is

4    that this kind of enterprise is what Congress had

5    in mind in 1914 when it created a Federal Trade

6    Commission.  Not just law enforcement, but a group

7    that would try to work with the business community,

8    with consumers, and others, to understand new and

9    emerging dynamic trends in the economy.

10        That is what we've been about over the last

11   five or six years.  We've tried to restore that

12   tradition, and I certainly feel that this workshop

13   moves in that direction.

14        We have a wide variety of people here today

15   who represent the business community, the consumer

16   community, academics, and others, and if history is

17   any guide, we will at the end of the day have

18   learned a good deal from each other.

19        With that, we'll receive some words on

20   video from my colleague, Mozelle Thompson, but

21   while that's being set up, let me introduce my

22   colleague and friend, Commissioner Orson Swindle.

23        COMMISSIONER SWINDLE:  Thank you very much,

24   Chairman Pitofsky.  I would like to welcome you all

25   here, and before I forget it, the last couple of

1    days in preparation for this, Bruce Jennings and

2    his crew of youngsters around here have been

3    scurrying in about 9,000 different directions

4    making all this come together.  Wires have been

5    dragged all over the building and I think we've got

6    a good set-up here, and this will be recorded for

7    posterity and hopefully there won't be too much

8    blood on the floor when it's all over, but it's a

9    delight to see you all.

10           I know so many of the organizations that

11   are represented here, you have a vital interest in

12   this, certainly from a personal perspective of your

13   business, but we are all, as the chairman says,

14   grasping to understand.  And I would hope that we

15   would view this process here today, as we have in

16   previous workshops, as the Chairman mentioned, as a

17   learning process in which we listen and offer our

18   suggestions from time to time, but mostly we listen

19   to you, the practitioners, and try to get a better

20   understanding of what we're all about and what

21   we're doing here with this very controversial -- is

22   that a good word to describe it -- but the issue of

23   information flow and its effects and the concerns

24   that various and sundry people have today in the

25   consumer population or in business population.

1          I do want to welcome you all here today.

2     The use of third party information from public

3     records, information aggregators and even

4     competitors for marketing has become a major

5     facilitator of our retail economy.

6          Even Chairman Greenspan suggested here some

7     time ago that it's something on the order of the

8     life blood, the free flow of information.  This was

9     made even more clearly by a new study released

10     yesterday by the Privacy Leadership Initiative and

11     the ISEC Council of the DMA.

12          The study made it clear that consumer

13     prices would increase if public policy

14     significantly limited the flow of data into catalog

15     marketing and sales.  At the same time, the digital

16     revolution, both online and offline, has given an

17     enormous capacity to the acts of collecting and

18     transmitting and flowing of information, unlike

19     anything we've ever seen in our lifetimes.

20          Obviously the debate has been furious over

21     the appropriateness of these data flows, this

22     passage of information from one entity to another.

23          The perceived harm that this data flow

24     causes and what the appropriate remedies might be.

25     As we all know, we've had a heavy debate on privacy

1   going on now for at least three years, I've been
2   here three years, and it was going on even before I
3   arrived.

4          I believe that issues related to the real
5   harm that might be caused are well addressed by
6   existing laws, but now we need to explore issues
7   related to customer or consumer and business
8   entities or the seller and the buyer, if you will.

9          It is also useful to note that the digital
10  revolution has revolutionized the knowledge that
11  the buyer has about the marketplace.  Buyers today
12  are more informed than they have ever been ever
13  before.  The information age and information
14  technology is literally changing the way every one
15  of us does business, the way we conduct our lives,
16  how we pick and choose, and certainly this
17  information flow has made the buyer far more
18  informed.

19         It is crystal clear that there have been
20  quantitative and qualitative changes in the
21  marketplace, and the manner in which information is
22  made available and used.

23         There are real benefits in this for both
24  consumers and businesses, from these changes.
25  There are also changes in the way we all interact

1    with each other.  More of the interaction is being

2    defined by data and less by each of us based on

3    what we reveal about ourselves.

4          The FTC has traditionally dealt with harm

5    that comes from bad actors and market failures.

6    The issues being raised today don't necessarily

7    fall easily into either of those categories.  Such

8    as the challenge that we face.

9          Productivity gains are well documented and

10   the new technology, as I said earlier, is changing

11   the way we do everything.  However, there is a

12   great trust deficit in existence out there now.

13   The public has concerns about the private sector's

14   ability to govern information use, or manage that

15   information that they happen to have on people.  At

16   the same time, the same observations will tell you

17   that the public has great concern as to what the

18   government does with the information it has.

19          And I would contend that we might ought to

20   be a little bit more concerned about what the

21   government is doing than the private sector, but

22   nevertheless, we've got a great distrust going here

23   between the consumers who more and more today

24   understand the value of their information, and what

25   goes on around them.

11

1          We therefore have a dilemma.  The use of
2    information drives our economy, I think that's
3    pretty well established.  That includes information
4    to make sales, marketing and customer service more
5    efficient, and more effective.  The information
6    flow allows businesses to build the right product,
7    deliver it at the right time, to the right place,
8    to the right address, and meet the demands, unique
9    as they are, among all consumers, carefully
10   tailored to them.  That I would suggest most
11   consumers would say not a bad deal.
12          However, this increased use of information
13   about people creates consumer concerns.  The public
14   is concerned about the potential misuse of the
15   information, and individuals are concerned about
16   being defined by the existing data on themselves.
17          This is a huge misunderstanding deficit
18   that parallels and matches the trust deficit.
19   Consumer education has lagged market changes driven
20   by new technology.  Government is behind the new
21   technology changes, too, as we've all noted.
22          Consumers struggle to understand the
23   technology itself, not just in the ways in which a
24   technology is used in the marketplace, I'm still
25   wrestling with my ISP, I was about to use a name

1   there, but I won't.  I'm having so much trouble

2   with it, I don't want to defame the country at this

3   point in time, but I'm having trouble with the

4   technology itself, not to mention the information

5   flow.

6           Today's workshop is a great opportunity to

7   begin to bridge this learning gap and this trust

8   and misunderstanding or untrust and understanding

9   deficit.  We're here today to gather facts and

10  begin to understand the flows of data that support

11  marketing and customer service.

12          This should increase our understanding of

13  the benefits of the free flow of information, and

14  to begin to understand the level of real harm, to

15  whatever degree it might exist, related to

16  information use.

17          And perhaps we have an opportunity to ease

18  the fears that are related to that emotion of fear

19  of the unknown.  I would suggest, plead with,

20  counsel all participants to please leave your

21  emotions at the doorway.

22          This session today, folks, please, is not

23  about sound bites, it's not about exposing people

24  in public, it is about learning and sharing what we

25  each know and how we go about doing what we are

1    concerned with, and understanding how to balance

2    legitimate privacy concerns and economic and social

3    benefits.

4         Remember, today's objective is to learn, to

5    explore, and perhaps start to identify so we can

6    put our hands on it, some policy approaches that

7    are balanced in their -- they're balanced in a

8    sense that they balance the consumer's interest in

9    choice and economic opportunity, they balance the

10   consumer's interest in not being harmed by security

11   breaches and data misuse, they're balanced in the

12   sense that they respect the consumer's interest in

13   choosing when to not participate in a market, and

14   also the other side of the coin, so to speak, is

15   business interest in serving all markets in a most

16   effective and efficient and, quite frankly,

17   profitable way that they can. That's what you are

18   our free enterprise system is all about.

19        I thank you again for joining us.  This is

20   an important session.  Perhaps it's the first of

21   several important sessions on the very subject,

22   because I think we have a lot to learn and we

23   appreciate you coming here and being a part of our

24   family and helping us learn more, learn faster, and

25   hopefully, as I always say, helping us to look

14

1  before we leap.  Thank you very much.

2      (Applause.)

3      COMMISSIONER THOMPSON:  Good morning.  I

4  would like to join the Chairman in welcoming you to

5  the FTC for this important workshop on the

6  Information Market Place.

7      As he mentioned, today we will all be

8  sharing what we know about the topic of Merging and

9  Exchanging Consumer Data.  It's no secret, for

10  example, that the Federal Trade Commission has been

11  long talking about issues dealing with personal

12  data and privacy.

13      I think that today we will be talking about

14  how the issues raised with data collection converge

15  when we're talking about an online and offline

16  environment.

17      At present, there are some real reasons to

18  distinguish those two classes of information, in

19  light of the speed and the manner in which

20  information is collected.  But I also recognize

21  that, as a practical matter, it doesn't make sense

22  for consumers and businesses to view separate

23  protocols for online and offline data collection.

24      So, I would encourage industry and

25  consumers to work together to formulate practical

1    solutions that foster consumer confidence.

2           But there will also be some important other

3    questions that you'll be dealing with today about

4    issues like legacy data, information that was

5    collected before there was an online environment,

6    and, also, how information changes -- does the

7    character really change when you have offline data,

8    including public information that's merged with

9    online data and made available in a mode like on

10   the internet.

11          I look forward to hearing your

12   presentations and hope that you'll enjoy the day.

13          Thank you very much for coming.

14          MR. WINSTON:  Before we get started, I have

15   a few ground rules and announcements to make.  The

16   first one I approach a little bit gingerly, but I

17   have been asked to ask all of you to turn off your

18   cell phones.  I'm just the bearer of bad tidings

19   here.  Apparently there's some feedback between the

20   cell phones and our equipment, and it's messing

21   everything up, so if you could please turn off your

22   cell phones.

23          Also, I would like to remind our panelists

24   that because we have so much ground to cover today,

25   we're going to try to hold you to the time limits

1   that we've discussed with you previously.  We're

2   going to give you a one-minute warning before your

3   time elapses, and then when your time is up, we're

4   going to gently encourage you to conclude your

5   remarks.  If that doesn't work, we have someone

6   with a hook who's going to come out and kind of

7   pull you away, but if you could try to stay within

8   the time limits.

9        Also, it's our practice in our workshops to

10   invite the audience to ask questions of the

11   panelists, if time permits, at the end of each

12   panel.  But, again, because we have so much ground

13   to cover, I'm going to ask the questioners to limit

14   themselves to asking questions and not to make any

15   statements for the record.

16        Which brings me to my last announcement,

17   and that is that the record of this workshop is

18   going to remain open for 30 days, until April 13th,

19   so that anyone who wants to file something, a

20   comment or other materials, for the record, and for

21   the Commission's consideration, can do so.  The

22   instructions for filing these post workshop

23   comments are available on our website at

24   www.ftc.org.  So, I encourage you all of you to

25   participate in that process.  Dotgov, I'm sorry,

1    somebody gave me the wrong web address here, okay.

2    Anyway, I encourage you all to submit comments if

3    you like.

4         Now we're ready for our first panel, in

5    which Professor Mary Culnan of Bentley College will

6    lead a discussion designed to provide an overview

7    of the flow of data through the information

8    marketplace.  Professor Culnan is the Slade

9    Professor of Management and Information Technology

10   at Bentley College in Waltham, Massachusetts, where

11   she teaches and conducts research on information

12   privacy.  She is the author of the 1999 Georgetown

13   Internet Privacy Policy Survey, and was a member of

14   the FTC's Advisory Committee on Access and

15   Security.  And Professor Culnan will introduce the

16   members of her panel.

17

18

19

20

21

22

23

24

25

1                    SESSION ONE:

2           MERGER & EXCHANGE OF CONSUMER DATA:

3                    AN OVERVIEW

4              -    -    -    -    -    -    -

5           MS. CULNAN:  Thank you, Joel, and thank

6    you to the FTC for inviting me to participate in

7    this workshop.  It's going to be a terrific day.

8           One comment about our session.  We were

9    instructed we're not going to have Q&A at the end

10   of our session, because we're just providing an

11   overview, so I didn't want you to think that we're

12   cutting off the flow of discussion arbitrarily.

13          What we are going to do today is we're

14   going to talk you through a slide, which I'm going

15   to put up here, and which you also have in your

16   packet.  Because the other two people are going to

17   be having their own slides.

18          We're going to talk you through this 30,000

19   foot view of profiling to set up the rest of the

20   day's sessions.  And so, if we skim over a topic

21   that you think we should have gone into in more

22   detail, you will hear about this in more detail in

23   the other sessions later on today.

24          We're going to focus primarily on the

25   compilers, the third party organizations that

1    collect, slice and dice and then resell consumer

2    data (but these firms do not have a direct

3    relationship with consumers), rather than focusing

4    on the profiling that's done by individual firms

5    with their own customer data.

6          And for the purpose of simplicity, we're

7    also not going to talk about co-op databases, which

8    fall into the category of third party organizations

9    that collect information on customers, because

10   there's such a small number of these systems, but

11   for some of the things that we're going to talk

12   about, they also fall into our slide.

13          So, let me first introduce our two

14   panelists.  First is Johnny Anderson, who is the

15   president and CEO of Hot Data, Incorporated.  He

16   has over 30 years of technology industry

17   experience, holding executive and management

18   positions at e2 Software Corporation, Saber

19   Software Corporation, Novell, Excelan and Digital

20   Equipment.

21          Our second speaker is Lynn Wunderman, who

22   is the President and CEO of I-Behavior,

23   Incorporated.  Prior to founding I-Behavior, she

24   was the founding partner of Wunderman, Sadh &

25   Associates, which is a consulting firm specializing

1   in information-based marketing services for both
2   consumers and B2B marketers in the financial
3   services, high-tech graphic arts, non-profit and
4   Internet industries, and President and Chief
5   Operating Officer of Marketing Information
6   Technologies, a company providing database services
7   for major Internet and Fortune 100 companies.  She
8   currently serves on the Internet committee of the
9   board of directors of the Direct Marketing
10  Association.
11       So, what we've done, we've divided the
12  slides into thirds.  I'm going to discuss the first
13  part which is on the left, this is the consumer
14  part where consumers generate information in our
15  daily lives that ends up in a compiler's database.
16  Johnny Anderson is going to discuss the middle part
17  of what goes on in the compiler's black box, and
18  Lynn is going to discuss the third part on the
19  right, how compiled data is used to generate offers
20  to consumers, both prospects and consumers.
21       And then as you can see, our picture begins
22  and ends with the consumer, which is an important
23  point I think.
24       After I attended my first DMA convention
25  and went through the exhibits, I came away

1    convinced that anything anybody does puts you on

2    somebody's mailing list or you end up as a record

3    in somebody's database.  And the slide shows some

4    of the main ways that this can happen.

5         First of all, all of us generate a number

6    of public records, depending on the kinds of

7    activities we engage in.  Some of these include

8    personally identifiable information such as

9    property records, which do have our name and

10   address attached to them, or telephone directories

11   or other directories, and then there's public

12   records that have nonpersonally identifiable

13   information in them such as census records.

14        And compilers can acquire this information

15   in two ways.  First they can acquire it directly

16   from the source, so they could buy the records from

17   the state or local government.  Or they may acquire

18   the information from a second firm, such as

19   Claritas, that acquires this information and does

20   some analytics on it and then generates geographic

21   and demographic profiles that do not include

22   personally identifiable information but can be

23   overlaid on top of a record that does have an

24   address.

25        And in fact there was an example of this

1    information in yesterday's Washington Post, if you

2    happened to see this, of talking about Fairfax

3    County, Virginia that has the highest average

4    family income in the United States.  And inside the

5    article, they talked about the different lifestyle

6    segmentation profiles that are represented by the

7    people who live in Fairfax County.

8         For example, they said 22 percent of the

9    people who live in Fairfax County are in The

10   Winner's Circle, that's the name of the profile, or

11   Executive Suburban Families, age 35 to 64,

12   household income is $90,700 a year, and these

13   people are most likely to have a passport, shop at

14   Ann Taylor and read Epicurean Magazine.

15        So, this will give you a flavor of how this

16   information is used to, again, help companies

17   understand who their customers or their prospective

18   customers are.

19        A second source of information is surveys,

20   such as warranty cards or marketing surveys that

21   could include questions about what people's product

22   preferences are across a whole range of different

23   kinds of products, their life styles, their

24   hobbies, and their demographics.

25        The third way that the information can end

1    up in a compiler's database is that people sign up

2    for mailing lists, and I was thinking about this as

3    I read the Sunday paper and, you know, there are

4    cards that fall out of the Sunday magazine where

5    you can request information on various topics.

6         Or people who order things by mail, or you

7    request information, call an 800 number, sign up

8    for something online, enter a sweepstakes or a

9    contest, and these types of things will put you on

10   a mailing list.

11        Well, mailing lists may be made available

12   directly, without going through a compiler, either

13   by the firm itself or more likely through a list

14   broker who is going to manage the mailing list on

15   behalf of the firm that owns the list.  And that

16   can end up with targeted offers to prospective

17   customers.

18        Or some of the information may end up in

19   the compiler's database, and go into subsequent

20   uses that we'll hear about.

21        And then, finally, down at the bottom, we

22   see the customer database, and when consumers

23   establish a customer relationship with an

24   organization, with a business, they end up in the

25   customer database.  And I think this is not a big

1     surprise to everybody.

2          And then that firm can generate new

3     targeted offers to its current customers.  I think

4     people expect this to happen, but we're also going

5     to hear how compilers can help these firms generate

6     new offers to their customers, better target these

7     offers and help these firms do cross marketing of

8     new products and services.

9          So now Johnny will talk about what goes on

10    in the middle of the picture.

11         MR. ANDERSON:  Good morning.  My name is

12    Johnny Anderson, I'm Chief Executive at Hot Data.

13    How Data is an infomediary that connects customer

14    relationship management marketing automation

15    systems to sources of both household information on

16    consumers, and business information about

17    businesses, and provides a complete set of data

18    quality and standardization services for both

19    small, medium and large-sized businesses.

20         I'm going to spend a little time and talk

21    about the kinds of information that's collected,

22    how it gets compiled into a database, and then gets

23    delivered into a marketer's, end user's, database.

24         But first I want to kind of digress.  I've

25    looked at some of the other slide shows, and a lot

1    of the topics are going to be hit.  I really want

2    to digress and talk about why people are -- why

3    marketers are interested in this kind of

4    information to begin with.

5         Building a data warehouse and collecting

6    this kind of information is a massive undertaking,

7    and very expensive.  What's the payback, and what

8    are businesses looking for out of taking third

9    party information and merging that in with their

10   in-house information?

11        If you think about commerce, if you think

12   back, all the way back to the middle ages when

13   commerce really first started.  The buyers and

14   sellers knew each other.  There was a one-to-one

15   relationship.  Even up into the beginning of the

16   last century, people knew -- the storekeepers knew

17   who their customers were.

18        After World War II and the mobilization of

19   America, and the move from urban centers into

20   suburban centers, and the creation of the now

21   shopping mall, merchants now lost track of who

22   their customers are.  They don't know who buys

23   products anymore.

24        So, merchants really spend a lot of time

25   doing product level analysis to figure out who

1  bought the stinky cheese, and what stinky cheese

2  purchases drove what other kind of purchases.

3         The change in the new economy, and the

4  evolution of the Internet now has really empowered

5  consumers with information, and has broken down a

6  lot of the geographic boundaries in terms of, I

7  have to travel to a mall to purchase something.

8         This has already been broken down quite a

9  bit with the direct marketing and catalog

10  industries, but now with the Internet, people now

11  have a lot of information.

12         So, it is now dependent on -- a business'

13  dependence on success is now leveraged by what kind

14  of service they can deliver.  And to deliver that

15  service, they again have to know who their

16  customers are.

17         So, you really look at all of the kinds of

18  information that's available so that businesses can

19  get a complete 360-degree view of their customers

20  to be able to understand them not only in the

21  context of their own transaction that may have

22  taken place, but also what the likes and dislikes

23  of that customer are.

24         So, when you really look at the kind of

25  information that's available, it really falls down

1    into three categories.  There's the geographic

2    information, or where you live, and that kind of

3    information is really address data, quality of the

4    address, standardized to the Post Office's

5    standards, what's the bar code for the address, but

6    also includes information like what MSA that

7    address is in, what census tract that address is

8    in, and important things like latitude, longitude

9    and geocoding, which are really used by businesses

10   to do things like drive time analysis, and trade

11   area analysis.

12          But one of the first segmentations, at

13   least in the retail industries, and now in the

14   telecom industries, is where do you -- where do

15   people live and how far are they likely to travel

16   to get to one of my retail locations.

17          The second is really the demographic

18   information, and the collection and the detail of

19   this will really be talked about a lot in panel

20   number 2, but that's things like name, address and

21   phone number, at a very basic level, but also

22   reported and modeled information around a person's

23   income level, what their marital status is, whether

24   they buy by mail, whether they're a credit card

25   user, whether they own their own home or not,

1    information about what you're like.

2         And then the third piece is really the

3    psychographic information, and that's really what

4    you like, what your life style indicators are, and

5    that's where a lot of the compiled information

6    comes in from, lists and surveys, to determine what

7    somebody's propensity to buy a specific kind of

8    product is.  And those are indicators that could be

9    that you're an outdoors enthusiast, a gardening

10   book reader, dot, dot, dot, there are a number of

11   different life style indicators.

12        So, how is that information merged into one

13   particular database?  Data compilers really look to

14   those three sources and do a very complex job of

15   extraction, transformation and loading of that

16   data.  And that data is bought from public sources,

17   and that could be things like tax records, home

18   owner information, up until recently motor vehicle

19   information was used, and in some states, even

20   driver's license information.

21        But that information is reported

22   information that's public record that's brought

23   into the database.  Self reported data really

24   drives a lot of the demographic and psychographics,

25   and that's information from surveys and warranty

1     cards and registrations.

2          And then information from mail lists, and

3     that is I'm -- I have a wooden boat, I subscribe to

4     Wooden Boat Magazine.  If I subscribe to Wooden

5     Boat Magazine, there is a great likelihood that I

6     am likely to buy products for wooden boats.

7          So, affinity modeling and propensity

8     scoring is really driven by the self-reported data

9     from both subscriptions and product registrations.

10         That information is matched based on name

11    and address, so that there's really a view of a

12    consumer that takes into account all of those

13    different kinds of data sources.  And then there's

14    some additional modeling that's done on top of

15    that, based on scientific samples and surveys,

16    different kinds of models are put into place for

17    specific vertical industries.

18         Not every industry is interested in the

19    same kind of consumer information.  A telecom

20    merchant is not interested in the same kind of

21    information that a retailer is interested in.

22         So, modeling is done based on a set of

23    attributes that's been collected to be able to put

24    together things for financial services and other

25    industries.  And then the output of that

1    information really goes to two sources.

2         One is the data enhancement source, in that

3    I have a customer database of people that have come

4    to my company from a number of different sources,

5    could be a customer that signed up for a frequent

6    buyer program at a retail location, could be a

7    customer that's come to me at a trade show or sent

8    back a business reply card, or a customer that's

9    walked into one of my retail locations.

10        The customer that's in my database, so I'm

11   really looking for information that's outside my

12   organization so I can understand that customer

13   better.

14        And the second is the targeted lists, and

15   that is really if I've done some analysis in terms

16   of what my best customer looks like, give me some

17   more prospects that I can market that look just

18   like those folks.  I don't know who they are yet,

19   and in most cases those targeted lists are going to

20   go to a mail house who is going to get a mail drop,

21   and I won't know who they are, until they respond

22   to that direct mail campaign and come back into my

23   database.

24        And then they'll go into the normal process

25   of my selling process inside my customer database.

1        So, there will be a lot of detailed talk

2   about both the collection of data in the second

3   panel, and then the use and kind of how the

4   technology drives some of the business models for

5   the use of that data in the third panel a little

6   bit later on.

7        So, with that, let me turn it over to Lynn,

8   and let her talk about some of the internal uses of

9   data.

10       MS. CULNAN:  Thank you, Johnny.

11       MS. WUNDERMAN:  Bear with me just one

12   second here.  Thank you.

13       Well, I've been asked to spend the next 15

14   minutes talking to you about the end user

15   applications that have evolved really over the last

16   two to three decades, so it might be a little

17   tight, but we're going to do the best we can.

18       I'm going to start where Johnny left off,

19   which is to help you understand how this kind of

20   compiled data really brings a name and address

21   record to life for a marketer.

22       Now, this is a real, live consumer record

23   off of a compiled database.  I can attest to it

24   because it's me, it's the Wunderman household at 94

25   Mercer Avenue in Hartsdale, New York.  I have

1    signed a release so that my data can be made public

2    here today.  But just from that information, we can

3    now geocode this record and find out its census

4    block group, attach all the geographic information

5    available for the census, as well as we can now

6    construct a match code, which you see here on the

7    right side of the screen.  That match code is the

8    link to the compiled database by which we overlay

9    the demographic and the psychographic information

10   that Johnny was just earlier describing to you.

11        Now, what happens when we do that?  This is

12   pretty much what you get, on the Wunderman

13   household, a fairly distinct profile of a

14   relatively affluent middle-aged, suburban couple,

15   dotes on their dog, is extremely mail responsive,

16   somewhat techno savvy and lives pretty much a

17   high-end, fairly active life style.

18        Now, I can tell you this is a pretty

19   accurate record.  There are two things they missed

20   here.  They missed the registration on my husband's

21   antique motorcycle, okay.  They are off by one

22   category on our income; that's okay with me if it's

23   okay with the IRS.

24        But why do we want this data?  Why do we

25   want this information?  As Johnny said before, it's

1    not because we're being nosy, it's because we're
2    looking to establish and build a relationship with
3    a consumer.
4         Now, Webster defines a relationship as a
5    connection, a bonding or a contract, and the way we
6    build relationships for marketing purposes is
7    really no different than the way we establish and
8    nurture relationships in real life.  I mean, we do
9    it through data, whether it's by factual
10   information or observation, we're looking to
11   establish some common ground by which we can create
12   a meaningful, relevant communication to gain that
13   connection.
14        Now, I will tell you that the way it's done
15   by general advertisers is different from the way we
16   do it as direct marketers.  In fact, it's the exact
17   opposite.
18        As a general advertiser, I'm looking for
19   large numbers of people with something in common.
20   Maybe I'm targeting women, 25 to 49, maybe some
21   broad-based income qualifier.  I'm going to talk to
22   them based on what it is these women have in
23   common.  Or at least I think they have in common.
24        Now, the issue is just because these are
25   women largely of child-bearing age doesn't

1    necessarily mean they have kids, but when I'm

2    spending $7 to $10 a thousand to reach them on TV

3    or maybe $20 to $30 a thousand to reach them in

4    print, I can afford to have a certain amount of

5    misses there.

6          But it's very different when you're a

7    direct marketer.  I may be spending $500 or $1,000

8    a thousand to reach somebody at an individual or at

9    a household level.

10          So, I'm going to be much more stringent and

11    rigorous when I look at and evaluate the success of

12    that communication.  I'm not looking for soft

13    measures like awareness or reach and frequency, I'm

14    looking for that household to take a specific

15    action, and I'm going to valuate the cost

16    efficiency of that action based on return on

17    investment.

18          So, I've got to be much more precise in my

19    ability to target that household and develop a

20    meaningful, relevant communication so I can capture

21    their attention and do it quickly.

22          So, we've learned over the years as direct

23    marketers a very important principle over the

24    years, and that is that people's differences are

25    more important than their similarities.

1          Now, what do I mean by that concept?  I
2    mean that what it is when you're studying a group
3    that sets them apart from everybody else is more
4    important than what it is that the people in that
5    group have in common with each other.
6          So, the differences are more important than
7    their similarities, and they respond better when
8    those differences are recognized.
9          Now, here's what I mean by differences.
10   It's all the data we've been talking about.  It
11   might be geographic, could be climate, market size,
12   it might be demographic, life stage or life stage
13   change, you know, maybe I just got a new spouse,
14   got a new house, got a new baby, preferably in that
15   order.
16         It could be psychographic information,
17   hobbies and interests we've been talking about, or
18   it could be your purchase history.  Now, we haven't
19   talked a lot about that, but that purchase history
20   could be self reported that I got off of some kind
21   of a survey, or it could be the purchase history
22   that a marketer captures and utilizes in their own
23   database.
24         And normally when we talk about this, we
25   talk about the recency, the frequency, the monetary

1    value segments as a marketer.  And I will tell you

2    this is incredibly powerful information from a

3    segmentation standpoint.

4         So, I might talk to you differently if

5    you're a new customer versus a tenured customer.

6    I'll not only talk to you differently, but I'll

7    invest differentially if you're a high-value versus

8    a low-value customer, and I'll have an entirely

9    different contact strategy, frequency of the kind

10   of offers I'm going to send you, if I happen to

11   know that you're a loyal customer as opposed to a

12   competitive switcher.

13        Now, as I said, this behavioral information

14   is incredibly important to marketers, and it works

15   terrificly, if you have it.  But you don't always

16   have it.  I mean, it's great if I'm talking to a

17   group of customers that have been with me a long

18   time and I have a lot of data on those people, it's

19   an established product, it's a proven offer, but

20   what do I do in a situation when I'm trying to

21   attract new prospects into the base?  I don't have

22   a lot of data about their purchase behavior,

23   particularly about what they're buying from my

24   competitors.

25        What about if I'm trying to spend on my new

1    customers based on their potential to become

2    high-value customers every time.  Not much there in

3    my database about these people.  Or if I've got

4    some test market results that I've done with new

5    offers, new products, I know in aggregate how

6    people are likely to respond, but I've got to think

7    about who do I target with those offers because I

8    don't have that response information on everybody

9    in my database.

10           So, what do we do?  We use surrogate data.

11    We use surrogate data as a bridge to help us be

12    able to apply that behavioral information to

13    another universe.

14           Now, the most important data that we tend

15    to use as surrogates is this compiled information

16    we're talking about today, because there's a very

17    important criterion that data has to be as

18    available on the target audience that I'm studying

19    as the application universe that I'm applying it

20    to.  And the compiled data is virtually available

21    on just about every household in the U.S.

22           So, what I am going to do is I am going to

23    use my behavioral data in my own customer database

24    to define a target.  I'm then going to use the

25    bridge data, the compiled data to describe the

1   target and create a profile, and then I'm going to
2   use that profile to help me find lookalikes in some
3   larger application base.
4          So, let me show you schematically how this
5   works.  I'm a marketer and I have defined a target
6   as my high-value customers, however I define it,
7   profits, revenues, purchase frequency, et cetera.
8   And my goal is that I'm looking to identify
9   prospects in the population who have a high
10  potential to become high-value customers every
11  time, I want to track them into my base.
12         So what do I do?  I'm going to study how do
13  these high-value buyers look different from
14  everybody else in the U.S.?  And the data I'm going
15  to use to do that is all the demographic
16  information, the psychographic information, and I
17  will tell you the coverage on the psychographics
18  does not tend to be as large as some of the other
19  data, so it doesn't often enter these statistical
20  analyses, but we use it and we see if it's
21  predictive.  The geographic data and the census
22  information, all to help me understand what is it
23  about this group that makes it look different from
24  everybody else.
25         I'm going to overlay statistical tools so

1  that I can really quantify which of these

2  differences are statistically significant in

3  identifying this target.  I'm going to look at the

4  interaction and the relative weight or strength of

5  those variables, and I'm going to apply it back to

6  a broader universe, in this case, the U.S.

7  population.

8       Every household gets this -- every

9  household gets a score, excuse me, and the highest

10  scores are the most likely to generate and to

11  exhibit that target behavior.  Those at the bottom

12  are least likely to become your high-value

13  customer, and this is nothing more than a planning

14  tool.  Okay, I'm going to penetrate that universe

15  of U.S. population based on my volume objectives,

16  my budget limitations, whatever.

17       Now, I think it's important for you to

18  understand as we talk about these concepts, where

19  the predictive value of that data comes from.

20  Okay, and I promise, no formulas, you don't need to

21  be -- have a degree in applied statistics, it's a

22  very simplistic example.

23       I'm just going to use marital status and

24  I'm only going to give it two values.  So, here I

25  am studying my high value-customers, all right, and

1    I'm looking at them and I see well, big deal,

2    they're just as likely to be married as they are to

3    be single, that doesn't tell me much of anything,

4    does it?  How do I target anything based on this

5    information, how do I talk to them based on this

6    data?

7            Well, guess what?  I compared them to the

8    U.S. population, and they're twice as likely to be

9    single as the rest of the population at large.

10   Now, take this predictive value, multiply it times

11   another half dozen to a dozen variables, you start

12   to see where the power of these statistical tools

13   comes from.

14           So, how do we use these tools?  Well, we

15   use them to help drive differential contact

16   strategies.  Who do we target, when do we target

17   them, how do we target them so that we're more

18   efficiently reaching them with more relevant

19   communications across the entire life cycle of the

20   customer.  From acquisition to value stimulation,

21   all the way to eventual retention and

22   re-activation.

23           So, for instance, I'm going to rank my

24   customer database based on this information, and

25   I'm going to spend differentially based on the

1    probability of these people being high-value

2    customers, the repeat sales, cost sale, up sale,

3    I'm also going to apply it as well to my customer

4    information applications.  Maybe I'm even going to

5    develop new services for high priority customers.

6         I can overlay this data on any vertical or

7    apply it out from a compiled database, I can use

8    this for direct sale or regeneration offers.  Also

9    remember, that because this tool is developed at an

10   individual household level, I can aggregate it back

11   up to any level of geography.

12        So, for local support programs where

13   there's a retail trading area or there's a sales

14   territory, it become a very useful tool to

15   prioritize differential media and households for

16   these purposes.

17        It's easy to apply them to any form of

18   addressable media, those that are available today,

19   such as selective binding, addressable cable and

20   satellite, some of the Internet applications you

21   can hear about later this afternoon, and those

22   that, you know, we've hardly thought about in the

23   future, wireless, interactive television and things

24   that haven't even been invented yet today.

25        And these tools can also be used as a

1      planning template, we can bridge them into

2      syndicated research bases, such as Scarborough,

3      MRI, Simmons, Nielsen, and help us optimize the

4      value of our mass media, of our print and our

5      broadcast spending.

6              So, all of this is based on our study of a

7      high potential end user.

8              So, what does this do for us in the end?   I

9      mean, basically it helps marketers invest their

10     marketing dollars smarter, more efficiently

11     reaching customers across virtually every channel,

12     and for consumers, it means hopefully you receive

13     more of the offers you want, and fewer of the

14     offers that you don't.  And that to us is a win-win

15     for everybody.  Thank you.

16             MS. CULNAN:  We've got a lot of time left,

17     we've got about 25 minutes.  What would you like us

18     to do?

19             MS. ALLISON BROWN:  Do you want to take

20     questions?

21             MS. CULNAN:  Sure, we'll take questions.

22     We changed our minds, we'll take some questions.

23     And there's a microphone over here, so I think

24     Jason Catlett has a question.

25             And then if you would address your question

1    to one of the panelists, if that's your preference,

2    please do so.

3            MR. CATLETT:  May I address it to you,

4    ma'am?

5            MS. CULNAN:  You may.

6            MR. CATLIN:  Hello, this is called the

7    bleeding edge of technology.  Well, I don't think

8    it's doing anything, but I'm going to hold it here

9    anyway.

10           Mary, you said that you were not going to

11   address co-op databases on the basis that there are

12   so few of them.  And I think that's like saying

13   we're not going to address suppliers of Windows

14   operating systems because there are so few of them.

15   The dominant co-op database, Abacus Direct, really

16   has enormous influence, and I think it's a model

17   different to but very relevant here.

18           So, could you take a minute to describe

19   what co-op databases do?

20           MS. CULNAN:  I may punt this to one of the

21   panelists who have more experience.  I will say one

22   thing, for those people that are interested in

23   co-op databases, and particularly in Abacus Direct,

24   their data dictionary is on the DoubleClick

25   website, so if you go to doubleclick.com and you

1    click on Abacus, you can see exactly what kind of

2    information they have acquired, and I think

3    probably it's a really good example of

4    transparency, assuming you know to go there and

5    look for the data.

6          So, because Lynn is actually running a

7    co-op database, and again, it's not that we didn't

8    want to talk about these because we didn't want to

9    hide anything, but because we were doing the broad

10   overview, we decided as a panel it would confuse

11   things, thinking our talks would take longer if we

12   went off and then couldn't fit it all into the

13   slide.

14         MS. WUNDERMAN:  I do promise that we will

15   spend some time this afternoon talking about the

16   co-op database model, and specifically about my

17   company, I-Behavior, unless there's something

18   specific to these applications that you would like

19   to talk about now.

20         I mean, I could go into the concept of

21   co-op database, it's going to be a little redundant

22   this afternoon.

23         MR. CATLETT:  Why don't you spend 30

24   seconds describing a co-op database.

25         MS. WUNDERMAN:  A co-op database is formed

1   when marketers share their customer names and

2   related buying information in order to gain access

3   to names of qualified prospects as well as

4   additional data on their customers that might

5   otherwise be unavailable for them to market and to

6   build their business.

7          So, if we had, I don't know, Mary, if you

8   could put back your first slide.

9          MS. CULNAN:   Sure.

10         MS. WUNDERMAN:   I mean, basically with a

11  co-op database, if we move the consumer aside to

12  the right and we were to create another box, what

13  you would see is the customer databases, the

14  compiled data would all come into a co-op database

15  and we would have a consolidation of many customer

16  files from marketers, publishers, catalogers,

17  e-tailers, et cetera, all going into one database

18  as well as it would be overlaid with the

19  demographic or the psychographic as well as the

20  census data we've been talking about earlier, all

21  to form a positive record.  And that is the rich

22  behavioral and demographic base upon which

23  marketers would be able to do selections from that

24  file.

25         MR. CATLETT:   Thank you.

1          MS. CULNAN:  One difference I think it's

2     important to point out, you have to be a partner in

3     the co-op database.

4          MS. WUNDERMAN:  Yes, you do.

5          MS. CULNAN:  You have to put data in in

6     order to take advantage of the data that's there,

7     as opposed to the compiled databases where

8     basically there's no relationship between

9     contributing data to the database and being able to

10    acquire data from the compiler.

11         MS. WUNDERMAN:  Yes, and I will also say

12    that generally that there's notification to the

13    consumer about sharing data with trusted third

14    parties as well as the online component, there are

15    privacy protections as well.

16         MS. CULNAN:  Anybody else?  There's a

17    question toward the back.

18         MR. TUROW:  Would you talk just a little

19    bit about the way databases get purged, based not

20    just on what consumers want, but also recency and

21    the decision that certain things become obsolete

22    and how those criteria are determined?

23         MS. WUNDERMAN:  I want to make sure that I

24    understand your question.  You're asking, you know,

25    I think on -- in terms of if I have information in

1    a customer database about an individual's purchase

2    behavior and over time that that data is no longer

3    relevant?  Is that --

4         MR. TUROW:  Yeah, how do you decide -- how

5    do you decide at what point you purge those

6    particular data like your sports car.  Maybe you

7    decided to get more conservative about the car and

8    somebody has not picked it up, do you have any kind

9    of criteria to which to purge certain kinds of data

10   after a certain amount of time, based on certain

11   other criteria?

12        MS. WUNDERMAN:  Let me say something about

13   the compiled data and its value, because they're

14   not going to be always 100 percent accurate.  I

15   mean, you saw even my income on my own personal

16   record was not accurate.  What's of greatest value

17   with the compiled data beyond its coverage is its

18   consistency, and when you're looking for predictive

19   value, consistency can be even more important than

20   sheer accuracy.

21        So, the procedures that are in place to

22   replace that information, the models that are done

23   to calculate data such as income, it's consistently

24   done even if it's inconsistent across households.

25   So that as that data is predictive, it may be

1    predictive, even though it's not 100 percent

2    accurate, but if it is predictive, it will rise to

3    the top, and then virtually it's a numbers game.

4         You will never be 100 percent on any

5    particular individual or household.  What you're

6    trying to do is increase the probability of

7    identifying a high potential consumer.

8         So, for one or two or, you know, any number

9    of people, that data will still not be 100 percent

10   accurate, it ages over time, and it's the compilers

11   that capture that information from the various and

12   sundry public resources or surveys that gets

13   supplied back to us, it's accurate, it's not

14   accurate.  But if it's still predictive, we will

15   still work with that information.

16        MR. SMITH:  Richard Smith with Privacy

17   Foundation.  I have a question for Lynn.  How do I

18   get my compiled record, just like you got yours, on

19   the screen?

20        MS. WUNDERMAN:  Call me.

21        MR. SMITH:  Can everybody call you if they

22   want to see, every consumer if they want to see

23   this?

24        MS. WUNDERMAN:  I'm sorry, you're asking

25   you as a consumer, how would you get access to

1  information?  Well, I am not a data compiler, per

2  se, I mean we get our data from Equifax, there are

3  others, Experian, and First USA through their

4  Donelly unit and Acxiom through their InFobase that

5  supply this information, but if you as a consumer

6  are interested in seeing your record on our

7  database, you can request a copy of your profile

8  and we'll supply it.

9       MR. SMITH:  Do these companies, compiler

10  companies generally allow consumers to look at this

11  kind of data?

12       MS. WUNDERMAN:  You know, I --

13  not being a compiler.  I would have to say in

14  today's marketing environment, they should, but I

15  cannot tell you.  Certainly the data that comes,

16  for instance, from a credit bureau, and the credit

17  bureau information gets channeled as part of

18  Equifax and that gets channeled into the Polk

19  Database, as a credit bureau, you need to be able

20  to provide consumers with access to that data, but

21  I'm not familiar with the policies of each and

22  every compiler.

23       MR. SMITH:  Thank you.

24       MS. CULNAN:  Okay, I think we're going to

25  take a break and you want to break for -- you're

50

1    going to let the people running this set the rules.

2    Thank you.

3          MR. WINSTON:  This is kind of a unique

4    situation, we're actually ending a little early,

5    but that gives us a little more time for lunch.

6    So, if we could break until about 10:15, and I want

7    to thank the panelists and the Magazine Publishers

8    of America.

9          (Applause.)

10          MR. WINSTON:  Also, thank you to the

11   Magazine Publishers of America for supplying our

12   repast out there.

13          (Pause in the proceedings.)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    SESSION TWO

 2              CONSUMER DATA:  WHAT IS IT?

 3                 WHERE DOES IT COME FROM?

 4              -    -    -    -    -    -

 5         MS. ALLISON BROWN:  Hi, I'm Allison Brown,

 6   I'm an attorney in the FTC's Bureau of Consumer

 7   Protection, and I'll be the moderator for Session

 8   2, entitled Consumer Data:  What Is It?  Where Does

 9   It Come From?

10         The overview that we just heard has

11   provided us with a brief look at data merger and

12   exchange.  Now we will begin a series of in-depth

13   panel discussions about these practices.

14         This panel discussion will focus on the

15   original sources of consumer information, and we

16   have five very experienced and knowledgable

17   panelists with us today for the discussion.  We

18   will also have about ten minutes at the end of the

19   panel for the audience to ask questions.

20         If you're sitting in an overflow room and

21   you want to ask a question, please come up to the

22   doorway on the main room here on the fourth floor

23   at about 11:20 and we'll have a wireless microphone

24   here so that you will be able to ask the panelists

25   your questions.
```

1        I will now introduce each person on the

2   panel and ask the panelist to spend about three

3   minutes to provide a brief introduction to the

4   sources of consumer data that businesses use.

5        C. Win Billingsley is the Chief Privacy

6   Officer of Naviant, Inc.  Naviant is a provider of

7   marketing tools and integration methodology for

8   online and offline environments.

9        Win, please go ahead with your introductory

10  remarks now and I'll introduce the other panelists

11  in turn.

12       MR. BILLINGSLEY:  Okay.  Naviant is a

13  leading provider of integrated precision marketing

14  tools, for both online and offline environments.

15  So, we really integrate the virtual world with the

16  physical world.

17       This capability enables marketers to

18  identify, reach and build relationships with online

19  consumers.  So, to probably state that in a form

20  that is more meaningful to you, Naviant has a

21  database of about 30 million households that are

22  Internet-enabled.

23       So, our niche is a database of people who

24  have the capability to buy products and services on

25  the Internet.  This data is collected primarily

1    through product registration data, and we'll talk a

2    little bit more about that in the session on how

3    this actually occurs.

4         The data is fully permissioned.  We only

5    want people in our marketing database that

6    permission us to do so.  You know, an individual or

7    an Internet user that does not want to participate

8    in Naviant's database is not included in the

9    database.

10        And then there are other processes that we

11   have in place to make sure that our data is

12   accurate and as useful as possible.

13        MS. ALLISON BROWN:  Okay, Elisabeth Brown

14   is Senior Vice President of Product Strategy for

15   Claritas.  Ms. Brown oversees the development of

16   new data products and services, including

17   demographic, cartographic and segmentation systems,

18   and the management of the software and applications

19   that are delivered to Claritas clients.

20        Ms. Brown?

21        MS. ELISABETH BROWN:  Thank you.  One

22   comment, too, I have actually been not only am I a

23   member of the club, but I have been a client, so I

24   was actually a client of the Claritas marketing

25   products and services before I joined the company.

1    So, I do have a little bit of perspective on how it
2    can be used and how we used it when I was at the
3    Prudential Insurance Company.
4         Claritas is a marketing information company
5    that has been in business for over 30 years, which
6    makes us one of the more mature companies in this
7    industry -- as evidenced by a recent Wall Street
8    Journal article that referred to Claritas as the
9    granddaddy of demographic providers.
10        Claritas serves companies in financial
11   services, telecommunications, energy, automotive,
12   retail, restaurant and real estate industries, and
13   we have clients ranging from the top Fortune 500
14   companies to small, independent consultants.
15        I'll just give you a little bit of
16   background.  Over 30 years ago, Claritas' founder,
17   Jonathan Robbin, who was a Harvard social
18   scientist, was analyzing U.S. Census data and
19   settlement patterns.  He hypothesized that American
20   neighborhoods reflected the old adage that birds of
21   a feather flock together, and therefore, the
22   products and services that Americans consumed could
23   be predicted simply by knowing summary level
24   demographic information about the area, or "you are
25   where you live."

1          This was referred to in the first slide as

2     geodemography.  Thirty years later, our models have

3     become more sophisticated and are able to dissect

4     markets at a much lower level of geography, but

5     that same old basic premise still holds true that

6     by knowing some small amount of demographic

7     information, you can infer or predict the

8     likelihood that a household will be interested in

9     the products and services that you're offering.

10          So, we provide demographics and other

11     consumer and business data on multiple levels of

12     geography, delivered through our various mapping

13     and marketing application software platforms.

14          We are probably most well known for our

15     consumer segmentation systems, for example, Prism,

16     which was also identified earlier when Mary was

17     speaking about Winner's Circle and what some of the

18     attributes of a neighborhood would be that would be

19     tagged as Winner's Circle across the country.  Our

20     consumer product demand estimates that our clients

21     use to more efficiently market their targeted

22     customers and prospects, which you could refer to

23     as surrogate or inferred data.

24          Claritas data and services are used for

25     broad marketing functions such as tracking new

1    customers, retaining current customers, determining

2    site locations and appropriate sales and marketing

3    distribution channels, and we help with more

4    efficient reach strategies and media planning.

5        So, basically, Claritas marketing

6    information helps our clients offer the right

7    products and services in the most appealing way to

8    the consumers and prospects.  We provide basically

9    the benchmark information or the total universe

10   data that our customers can use to compare their

11   current customers and markets against so that they

12   can make better marketing decisions.  Thank you.

13       MS. ALLISON BROWN:  Next we have Paula

14   Bruening who is Staff Counsel for the Center for

15   Democracy and Technology.  The Center for Democracy

16   and Technology is a non-profit public interest

17   organization that seeks practical solutions for

18   enhanced free expression and privacy in global

19   communications technologies.

20       MS. BRUENING:  Thank you.

21       CDT has been asked today to discuss the

22   issue of public records as a source of information

23   about individuals from a factual basis, and as many

24   of you know, CDT generally has a specific viewpoint

25   on this issue.  I will talk today about the factual

1    basis in my opening remarks and then any other
2    comments will be reserved for the Q&A, but I would
3    like to encourage the FTC to go to the state level
4    and to some other resources and some organizations
5    that are doing work on this issue, because I think
6    some of the really difficult work on how the
7    information is collected and how it is being used
8    specifically is being done at the state level.  And
9    I'm happy to give the FTC that information.
10          Public records maintained by government
11    agencies disclose a vast array of detail about an
12    individual's life, activities and personal
13    characteristics.  At the federal level, most
14    personal information is not available to the
15    public, because of the privacy exemption in the
16    Freedom of Information Act and the Privacy Act of
17    1974.
18          However, bankruptcy records are an
19    important exception to this rule and are maintained
20    by the federal courts.  These records are a source
21    of detailed financial information, and the
22    sensitivity of that information has been recognized
23    by the Office of Management and Budget, which has
24    produced a study on this issue called Financial
25    Privacy in Bankruptcy:  A Case Study on Privacy in

1    Public and Judicial Records.

2          At the state and local level, however, the

3    types of records that are maintained are different,

4    and the laws and policies governing records yield

5    disparate acts and disclosure practices, but it is

6    possible to construct a detailed profile about an

7    individual from public records.

8          And while I will spare all of you the

9    exhaustive list of all the sources of information,

10   I'll name a few:  Name and address information come

11   from voting records; land titles are a source of

12   home ownership information; property taxes can give

13   you assessed value of homes; birth and death

14   records give you information about an individual's

15   parents.

16         The list goes on, there are occupational

17   license records, motor vehicle records that can

18   tell you about an individual's make and model of an

19   automobile, voter registration gives you party

20   political affiliation, and hunting and fishing

21   licenses, boat and airplane licenses can give you

22   information about how a person likes to spend their

23   leisure time.

24         There may be considerably more information

25   available in public records about an individual who

1     has interacted with the courts as a criminal

2     defendant, as a plaintiff or defendant in a civil

3     litigation, in a divorce proceeding, as a juror, as

4     the beneficiary of a will.

5          Public access to government records serves

6     several important goals.  Individuals need

7     government information to make political decisions

8     about government programs, legislative and

9     regulatory options, and candidates running for

10     office.

11          Government records also assure the

12     accountability of individuals as in the case of

13     business and real estate transactions.  However,

14     it's important that public record information be

15     used for the reasons it was collected.  This

16     information was not meant to be searchable in a

17     database, nor was it intended to be used in

18     marketing.  And simply because there is a tradition

19     of collection of information, important decisions

20     need to be made on a case-by-case basis about the

21     appropriateness of access to public records and the

22     role of consumer choice.

23          MS. ALLISON BROWN:  Thank you.

24          Michael Pashby is Executive Vice President

25     and General Manager for Magazine Publishers of

1    America where he has also served as Executive Vice
2    President of Consumer Marketing.  Before joining
3    the MPA, Mr. Pashby was president and publisher of
4    Art and Antiques Magazine, vice president of
5    circulation and new product development for Gruner
6    + Jahr USA, and Managing Director of U.S.
7    Operations for Marshall Cavendish.
8            Michael?
9            MR. PASHBY:  Thank you.  That sounded
10   impressive.
11           MPA represents about 85 percent of the
12   consumer magazine -- dollar volume of the consumer
13   magazine industry in this country, and about 85
14   percent of all magazines are sold through the
15   mails, using direct mailing techniques or direct
16   marketing techniques of extremely varying
17   sophistication.
18           The use of credit cards in our industry is
19   extremely small, but is now growing.  Our members
20   strongly agree that we must protect the privacy of
21   our readers, and I think our industry has done a
22   very good job over the years in balancing our
23   legitimate business interests and our consumers'
24   reasonable expectations of privacy.
25           Obviously we value our readers and we

1        wouldn't be in business without them, so our

2        industry is constantly looking for ways to improve

3        that service to our readers.

4               It's important to note that when our

5        readers ask us not to share information about them,

6        we don't.  In the information section of most

7        magazines, the publisher discloses that the

8        subscription list may be rented to appropriate

9        businesses.

10              The magazine offers an address or toll free

11       number so that the reader can opt out.  And many

12       magazines are taking advantage of the Internet to

13       inform consumers of their privacy policies, and

14       give consumers an additional opportunity to opt

15       out.

16              We're very careful with respect to the

17       customers, to the wishes of the customers who

18       choose to opt out.  Generally when a consumer

19       requests that publishers not share information,

20       that publisher will not only remove the consumer

21       from their own internal rental lists, but will

22       refer the consumer to the DMA so that the consumer

23       can request to be on their nation-wide do-not-mail

24       list.

25              That said, magazines are very good sources

1   for consumer data.  And the reason is very simple.

2   More than any other medium, the choice of which

3   magazines a consumer reads can tell a lot about a

4   person, what a person likes, and his or her

5   interests.

6        In enabling our readers to get information

7   about products and services that are of interest to

8   them, it is advantageous to everyone.  Our readers

9   are given more choices, they get information about

10  products of their interest and life styles, and

11  most importantly they're not inundated with

12  advertisements for products they have no interest

13  in.

14       Businesses benefit because they can target

15  their advertising to consumers who are most likely

16  to be interested in their products, saving them

17  time and money.  And for magazines, with a cost of

18  mailing now between 65 cents and a dollar per

19  piece, and that's before the Post Office applies

20  for its newest rate increase this June, the cost of

21  acquiring a consumer, when the response rates are

22  in the low single digits, and in a very competitive

23  market, is extremely expensive.

24       But sharing information only works if it's

25  beneficial to everyone.  Our magazine subscriber

1     lists are our most important and valuable assets,

2     our readers do not want to get advertisements for

3     products they don't care about, so the magazine

4     industry is selective about letting advertisers use

5     their lists.

6          If a business intends to mail a

7     solicitation to a consumer, magazine staff review

8     that promotion to ensure its use is appropriate.

9     Most magazine publishers will not rent their list

10    to telemarketers because they have little control

11    over how the list is used, but if lists are rented,

12    we expect magazine staff to review the

13    telemarketing script.

14         And very importantly, the list is rented,

15    it's not sold.  That means the advertiser can use

16    it only one time.  And publishers, as a general

17    course, see their lists and track how that list is

18    used.

19         Thank you for inviting us again.

20         MS. ALLISON BROWN:  Thank you.

21         Our final panelist is Ted Wham.  Ted is the

22    President of Database Marketing for the Internet, a

23    sole proprietorship consulting practice.  His

24    career has been concentrated in the direct and

25    database marketing industries, focusing most

1    recently on Internet-enabled marketing

2    applications.

3            Ted?

4            MR. WHAM:   The benefit of having the last

5    name of Wham is that although I am always at the

6    end of the line, I always get to hear what

7    everybody says before me and tailor my comments to

8    help amplify on those areas as well.

9            Database Marketing is an independent

10   consultancy that consists of myself as an

11   independent business person working out of my home,

12   and billing my cat at very low billable rates, I

13   have had an opportunity to work with organizations

14   such as Viacom Division, Curriculum Corporation,

15   Hewlett Packard, I have worked with Cisco Systems

16   here recently, NCR and so forth, helping them

17   formulate Internet privacy strategies and also how

18   to use information about consumers for part of

19   their contact strategies.

20           In general, the information which is

21   available about consumers in the United States

22   starts from very gross aggregate levels, compiled

23   information which is largely demographic

24   information, and as Ms. Wunderman explained in the

25   session immediately before this one, to a lesser

1    extent psychographic information.

2          You move from that into information which

3    is available from a wide range of public records,

4    such as the ones that Ms. Bruening referred to, and

5    ones that I have personal experience with as being

6    on the receiving side of some of the solicitations

7    for there.

8          That's important because those public

9    records the consumer doesn't have much choice in

10   terms of their participation in those lists, it's

11   an obligatory process.  If I want to vote, I have

12   to register to vote, and if I register to vote,

13   those public records are then going to be available

14   for purposes unrelated to my voting, and, you know,

15   that's kind of the way it is.

16          There is then a second tier, and that is

17   government supported monopolies, and those

18   monopolies are, because they're either a natural

19   monopoly such as the provision of your gas service

20   or your telephone service, and for instance white

21   pages, telephone white pages are a major source of

22   compiled list information, but there's also

23   government supported monopolies in the form of

24   patent protection and copyright protection, which

25   gives a form of a unique ability to sell a product.

1          So, for instance, if I want to operate with

2     a computer operating system called Windows, I have

3     to support the patent and copyright protections

4     available from Microsoft until those patents run

5     out, and I have to use that information and

6     Microsoft has that and has the opportunity to share

7     that information, if that is their business

8     practice to do so.

9          There is a whole range of different

10    products from drugs that you have to take to the

11    type of services that you buy and so forth, where

12    that government-mandated protection is there.  For

13    monopolistic practice it serves a public good in

14    terms of inspiring innovation.

15         The last area is information which is in a

16    much more competitive area.  I can go to any of a

17    number of different retailers to buy clothing, for

18    instance, and the retailers when I make that

19    purchase are going to collect various amounts of

20    information.

21         So, if I buy at Sears, that may be a

22    largely anonymous transaction, especially if I make

23    it in a cash basis.  If I do it through a credit

24    card, they may have more information, and some

25    retailers through a traditional retail environment

1    such as Radio Shack actually will ask you for

2    information about your name and address, and

3    collect that information online.

4           Other businesses who run their business

5    model through a mail order process such as Lands

6    End and J. Crew and so forth become much, much more

7    adept at collecting very specific information about

8    you because what you've bought in the past becomes

9    most predictive about what you will buy in the

10   future.  It's dramatically better than demographic

11   information, dramatically better than any

12   information you're going to get from public

13   records.

14          If I bought something from J. Crew in the

15   past, I will be better than any prospect that they

16   can find to buy stuff from them in the future.

17          But there's an opportunity for a consumer

18   to make a choice in those purchases on whether

19   they're going to choose retailer A versus retailer

20   B, and so there's an opportunity for control there.

21          So, in looking at this, I think it's

22   important to look at the spectrum of how that

23   information is collected in terms of the consumer's

24   ability to control the use of that information

25   downstream.

1          MS. ALLISON BROWN:  Now that you've heard a

2     brief introduction to the sources of consumer data

3     that businesses use, I'm going to ask our panelists

4     some questions so that we can learn some more

5     specifics.

6          Win, what data elements does your business

7     collect about consumers and how do you collect the

8     information?

9          MR. BILLINGSLEY:  Most of us have done a

10    product registration or a software application

11    registration, and it's very important for the

12    manufacturer of that product to get to know who

13    their end user customers are, because all of them

14    distribute their products and services through some

15    intermediary.  So, they're really isolated from who

16    their end user customers are.

17         The way they try to solve that problem, and

18    also to provide customer support and service, is

19    through a registration process.  So, Naviant

20    provides software that is used by companies that

21    manufacture computer hardware and software products

22    to facilitate that registration.

23         So, the data that we collect for the

24    company includes all the information that we've all

25    seen on those product registration forms, but the

1    only data that Naviant really uses that goes

2    forward into a marketing database is the name and

3    the address, and the fact that this is an

4    Internet-enabled household.

5        And that's really what we focus on and what

6    we collect.  The other information is analyzed

7    statistically and then passed back to the

8    manufacturer, and they can use it for various

9    business purposes to know who their customers are.

10       So, name and address, and the fact that

11   this individual is Internet-enabled is key to

12   our -- that's where the cycle starts with Naviant.

13       MS. ALLISON BROWN:  What other data

14   elements do businesses collect about consumers and

15   how are they collected?  Anybody?  You can just

16   either raise your hand or put your tent card on its

17   side?  Ted?

18       MR. WHAM:  Yeah, I forgot the tent card on

19   its side, I don't live in Washington, D.C.  That's

20   a rule.

21       Businesses often times have an insatiable

22   demand for information.  They would collect as much

23   information as the consumer will spend time to

24   provide for them.  In fact, one of the services

25   that I provide to my consulting clients is that I

1    will get the question, How much can we ask on a

2    registration process or in a survey process or

3    through a purchasing application before the

4    consumer is finally going to go Aye, "I don't want

5    to do this anymore" and will bottom out of that,

6    and they will test that very aggressively and try

7    several different formats.  If we ask this extra

8    question, what's going to happen here?  If I format

9    this as a drop-down question instead of a radio

10   button, what happens here and so forth.  They will

11   collect as much information as they can until they

12   reach a point where the collection of that

13   information degrades completion of the desired

14   task.

15          MS. ALLISON BROWN:  Betsy?

16          MS. ELISABETH BROWN:  One of the things

17   that I didn't go over specifically is that there

18   are lots of sources of public information out

19   there, including the U.S. Census data, which is

20   pretty hot right now since it's been recently

21   updated.

22          Many companies are trying to get at this

23   information because it's a very good source for

24   benchmark information to understand sort of the lay

25   of the land.  And when we talk about benchmark

1    information, there's a lot of other domain

2    information, public domain information that is also

3    collected and used by businesses.

4         Just from my experience at Claritas and my

5    experience with some of these customers, they

6    really do use a variety of information for

7    different business purposes, and from what we've

8    seen, we -- at Claritas, we try to assist them by

9    updating the demographic information annually so

10   they do have these benchmarks and we use lots of

11   different input sources, including consumer surveys

12   that are out there, you may have heard of people

13   like Simmons Market Research Bureau, Mediamark,

14   Nielsen Net Ratings, Scarborough, all of these are

15   collected with consumer consent, they're pretty

16   much anonymized in terms of you never really know

17   who these individual consumers are.  Basically that

18   data is used and compiled and turned into models

19   that really say if the person is in this

20   demographic characteristic, they have a higher

21   likelihood than average to do these behaviors.

22        Some of the magazine data is used that way

23   as well.  You can either use the individual

24   registration data or pretty much the anonymized

25   version which gives you the, quote, profile.

1          So, there are many, many databases that

2     Claritas and other companies produce and put out

3     there, and the only way that information is linked

4     back to a customer record is through an inferred

5     modeling process, which either takes into account

6     what we believe their demographics to be, or

7     something as simple as the zip code or zip plus

8     four in which they live.

9          MS. ALLISON BROWN:  And can you be a little

10    more specific about the types of information that

11    Claritas gets from surveys, you know, either

12    through Simmons or through its own surveys?

13         MS. ELISABETH BROWN:  Depending on the

14    panel, Simmons and Mediamark Research have various

15    surveys that they put out there, some of them are

16    books of information that ask everything from how

17    much peanut butter do you eat a week, to what

18    brands do you prefer, what media you like, how

19    often do you spend in front of the television.

20         A.C. Nielsen actually captures specific

21    readership and views of which television programs

22    and what day parts in terms of which actual

23    physical programs you're watching.  And a lot of

24    that data, again, it's all consumers are signing up

25    for these panels.  That's the panel type of

1    research.

2         In addition, there's other types of

3    research which is more of the research where you're

4    calling up people on the telephone or just sending

5    them a direct mail package and asking them

6    something more specific about the financial

7    services that they're using, or the types of

8    Internet services they have and that type of

9    nature.

10         Once again, most of this data, what happens

11   is that all the data is collected at a household

12   level, but when it's modeled and analyzed, it's

13   analyzed in terms of demographic characteristics or

14   segmentation codes and not -- those people that

15   participate in the panel, that data is never used

16   for specific marketing purposes back to those

17   individuals.

18         MS. ALLISON BROWN:  Thank you.  Paula?

19         MS. BRUENING:  Yes, I just wanted to talk a

20   little bit about business use of public record

21   information, and clearly the kinds of information

22   that I talked about in my opening remarks are

23   valuable to businesses in their marketing pursuits.

24         The problem comes with the fact that the

25   information has been given up by the individual, is

1    given up so that they can participate, as Ted Wham

2    said, in some very basic functions of life.  They

3    want to drive a car, they want to buy a house.

4    They've had a baby.  Someone's been born or died in

5    the family.  Someone's received money in a will.

6           And I think that to say that Well, that's

7    being used for other purposes, and that's just the

8    way it is, I think is a -- is not a really very

9    thorough analysis.  I think that if anything, what

10   the information age, computerization, will allow us

11   to do is give us an opportunity to re-examine those

12   uses to decide whether those are appropriate,

13   whether we can limit the access to that

14   information, to the -- to something closer to what

15   the initial collection was intended for.

16          MS. ALLISON BROWN:  Are there currently any

17   restrictions on the use of public record data for

18   marketing?  Anybody?

19          MR. WHAM:  There's one large restriction

20   that I am familiar with and that is recently there

21   was legislation passed at the federal level which

22   gives consumers an opportunity to opt out of having

23   their information about their automobile

24   registration used for marketing purposes.

25          MS. BRUENING:  That's opt in.

1          MR. WHAM:  Opt in, opt out, excuse me,

2     okay.  So, but it was very, very significant,

3     because prior to that legislation 46 of 50 states

4     made their consumer automobile registration

5     information available to the list rental

6     marketplace, and what type of car you own and drive

7     is extremely predictive of your household income.

8     It's one of the most predictive items.

9          And so if I wanted to drive a car in the

10    state of California, I didn't have any choice, that

11    information was going to make it into R. L. Polk's

12    database.

13         That's an example where there have been

14    some restrictions recently.

15         MS. ALLISON BROWN:  Michael, I think you've

16    been wanting to say something?

17         MR. PASHBY:  I was just going to say the

18    magazines themselves collect a relatively small

19    amount of information about their consumers.  The

20    sort of information that they have is the date of

21    purchase, the source of purchase, whether it's by

22    the telephone or from a magazine previously bought,

23    whether it's through direct mail.  The number of

24    times they've purchased, the value of the purchase.

25         That's the basic information that a single

1    magazine would have, that information can become

2    more valuable if you're a multimagazine publisher

3    or you have other lines of publishing so you can

4    then create a broader profile of the person if

5    they're also buying books or magazines in different

6    interests.

7         But the interesting thing about magazines,

8    is that on a -- say a broad interest magazine, one

9    of the seven sisters, when a publisher is trying to

10   promote to the consumer, probably the most useful

11   type of information that the publisher will have is

12   cluster information.  If a person is of a certain

13   age and lives in a certain area, that their

14   neighbors may be likely to buy the same magazine.

15        The more specialized you get in a magazine,

16   let's take a woodworking magazine, just because a

17   person lives next door to someone who buys a

18   woodworking magazine, there is absolutely no reason

19   to suppose that the other person would want to buy

20   one.

21        So, the use of the use of data for the

22   small -- the small publisher, the small business,

23   is becoming far more important.  We used to have

24   something, until a couple of years ago, called

25   Publishers Clearinghouse and American Family

1    Publishers, which mailed into every household in

2    the country, and the consumer could self select

3    their magazines.

4            Nowadays, those mailings are a thing of the

5    past.  And information to a publisher has become

6    far more important, to be able to target their

7    consumers.

8            MS. ALLISON BROWN:  Betsy?

9            MS. ELISABETH BROWN:  There are fairly

10   significant restrictions on credit card information

11   and data that's used to actually make specific

12   financial offers, from the list compiler companies,

13   like Equifax and Experian.  And although I don't

14   represent those companies, I'm not well versed in

15   specifically what those criteria are, the financial

16   services companies that we've worked with, they can

17   only use certain information if they're actually

18   making a credit offer, where they are willing to do

19   a pre-approved credit offer, which means that they

20   are going to say because I have pulled this

21   information on you, I'm willing to say that I will

22   guarantee that if I make this offer, you can have

23   this product.

24           And that data cannot be used by another

25   portion of the bank to make another type of offer,

1    whether or not extending credit.  So, those

2    protections are in place, I don't have all the

3    details about all the specifics, but it's important

4    to know that they're out there.

5         MS. ALLISON BROWN:  Right, and the FTC is

6    very familiar with the Fair Credit Reporting Act

7    and the restrictions on credit data, so that's

8    useful to know, although we are focusing here on

9    data that's not being used for credit decisions.

10        Paula?

11        MS. BRUENING:  Yes, I just wanted to go

12   back to the Driver's Privacy Protection Act.  I

13   think that that piece of legislation really

14   reflects heightened consumer concern about the

15   incompatible use of this public record information,

16   and it is a response to that.

17        And I think what it does is really offer to

18   individuals who are participating in these basic

19   life experiences, the same kinds of choice that we

20   have come to expect in the commercial realm.  We

21   require notice and choice when we're doing business

22   now with a website, or with an organization, and

23   something -- legislation like the Driver's Privacy

24   Protection Act offers that same kind of consumer

25   choice, which I think is critical here.

1          MS. ALLISON BROWN:   Ted?

2          MR. WHAM:   Just a couple of concepts I

3     would like to throw out there, and I would like to

4     pierce a couple of notions about what's happening

5     with data out there.

6               There is certainly data just being

7     collected in a permissioned basis.  There is also

8     certainly information which is being collected

9     which is not personally identifiable and is going

10    through a more of an aggregation, a blending type

11    of a process.

12              Ms. Brown talked about some of the

13    practices of Claritas, and Claritas uses largely,

14    if not exclusively, nonpersonally identifiable

15    information available from census tract records

16    from U.S. Government surveys through the census

17    process, but there's an immense amount of data

18    which is collected which is not permissioned in any

19    way, so the consumer is not being asked whether it

20    is okay for that information to be shared with

21    third parties, and there's an immense amount of

22    information which is available that is, you know,

23    personally identifiable and shared with third

24    parties quite readily.

25              So, I would have you think, we have an

1    especially erudite audience in terms of knowing how

2    this process works, although we're all here in this

3    workshop, I think a lot of us have an understanding

4    walking in the door how this process works.  But if

5    you thought back to your five most recent

6    purchases, I would suspect that there are very few

7    of us in this room who would know whether the

8    companies with whom they did that transaction have

9    a process of sharing that information with third

10   parties, okay?

11          So, you know, think about what you've

12   purchased most recently, and there are many, many

13   companies who the difference between profit and

14   loss for those companies is made by selling their

15   customer information to noncompetitive businesses

16   who are going to be targeting the same type of

17   business.

18          So, if I'm buying a computer peripheral and

19   it's for an obscure, you know, system, other

20   customers that sell computer peripherals to that

21   same obscure system in a noncompetitive way, can

22   almost invariably buy that information.

23          And the best example that I can give of

24   that is the Bible for mailing lists in the United

25   States, the Standard Rates and Data System, SRDS.

1    I have a friend who is a list compiler, and before

2    this session, I called her and I said, How many

3    pages is that book these days?  And the current

4    volume exceeds 3,500 pages.  Something on the order

5    of 100,000 distinct mailing lists are available for

6    rental in the United States.  Most of those, the

7    majority of those, with distinct personally

8    identifiable information in them.

9              MS. ALLISON BROWN:  Win?

10              MR. BILLINGSLEY:  I would just like to make

11    one other point and discuss an anomaly that we face

12    in our data collection process, in processing

13    warranty information.  Some of that data is

14    collected via a web browser technology, fully

15    Internet-based, and clearly when you collect data

16    using that methodology, it comes under the fair

17    information principles of notice, choice, access,

18    security and enforcement, but there is also a large

19    portion of that data that's not collected using

20    browser-based technology.  It's collected using a

21    dial-up, a synchronous modem capability with an

22    application that is loaded in the PC.

23              So, some people would make the contention

24    that since you're not on the Internet, that is

25    offline data.  Now, you know, we have struggled

1    with how to deal with that issue, and the way we

2    resolve it in Naviant is we treat data collected by

3    either one of those two methods by the more

4    rigorous online marketing data collection rules,

5    but it is an anomaly that I think should be

6    addressed so that there is clarity provided in how

7    people that try to collect data in an ethical and

8    permissioned way, how they really should operate

9    when they face these kinds of dilemmas.

10           MS. ALLISON BROWN:  I do want to go back to

11   some of the specifics about the data that are being

12   collected here.  Betsy, you've talked a little bit

13   about census blocks, zip code information, and zip

14   plus four information.  Can you give us a sense of

15   how many households are in a census block, versus a

16   zip code block, versus a zip plus four?

17           MS. ELISABETH BROWN:  Yes, a zip plus four

18   would probably be the lowest level of geography,

19   not even geography, because there aren't

20   boundaries, but the lowest level at which you can

21   compile information that's not at household level.

22   And generally a zip plus four can have anywhere

23   from four to ten households in it.

24           Most of the zip plus four data that gets

25   compiled, they have factors in there whereas if

1    there isn't enough information for a particular

2    variable, that is data-filled so that you don't

3    have any privacy issues.

4          The next level up, a block or block group

5    tends to have anywhere from 250 to 350 households.

6    Zip codes can have anywhere from a few thousand to

7    25,000.  They're not really cohesive types of

8    geographies.  And census tracks are anywhere from

9    1,200 and up.

10          So, low enough levels of geography so that

11    if you're a broad, when you're looking at some of

12    the broad applications that we're talking about,

13    when companies are just trying to understand the

14    lay of the land, for example, generally zip codes,

15    counties, census tracts are a good way for them to

16    really understand what's going on in a marketplace,

17    if they want to enter the marketplace or not.

18          And what we see is that there's different

19    levels of using some of these data.  A lot of the

20    clients that we deal with will use a lot of this

21    information for more of their strategic marketing

22    purposes, and when they go out to actually

23    implement a program, they will buy a direct mail

24    list.

25          The attributes that they use to understand

1   their total marketplace may be different than they

2   actually use on the implemented direct mail list.

3   And I think Lynn went over that a little bit, which

4   is that what you'll find is that just because they

5   know that a certain demographic characteristic is

6   currently their, quote, best customer, when they

7   actually go to pull the mailing list, there are

8   many different market -- let's say environments

9   that will cause them to maybe change a specific

10  type of demographic that they're going after, or

11  they'll look at a list and they'll find that the

12  people that they most want to attract, let's say

13  for private banking, are not direct marketing type

14  of customers, that they really aren't going to

15  reach them through a direct marketing list.  They

16  don't exist much on the list, there isn't enough

17  data on them and they're not really responsive to

18  the list.

19          So, I think that sometimes people believe

20  that these companies have an enormous amount of

21  information, which they do, but in their practice

22  of actually rolling out marketing programs, it's

23  not as succinct as you might think it is, that they

24  know exactly who their targets are and they can

25  then implement against those targets.  They have to

1    really use a lot of strategy and analysis to just

2    try to reach the right person.

3         I don't know if that's a -- there's just a

4    lot of different ways you can use that type of

5    information.  So, you can move from these

6    geographic levels down to the household level, but

7    you may not have an exact fit when you do that.

8         MS. ALLISON BROWN:  And we heard a little

9    bit in the overview about how businesses append

10   data from third party databases.  Can anybody give

11   any specific examples of what types of data

12   businesses append to their in-house customer files?

13        Win?

14        MR. BILLINGSLEY:  Well, just having a name

15   and address and a flag that says you're an Internet

16   household is not a very effective product in terms

17   of providing marketing lists.

18        So, that base core of information is used

19   to do a match with various data compilers and

20   aggregators of information, and then we ingest

21   certain attributes that are associated with that

22   name and address.  And some of those attributes --

23   and there's many -- but it would be things like

24   income range, age range, gender, hobbies,

25   interests, things of that nature, that we use to

1    embellish the marketing file so that we can do

2    selects and generate lists that are targeted for

3    specific products and services.

4         MS. ALLISON BROWN:  Does anybody want to

5    add to that?

6         Michael?

7         MR. PASHBY:  Generally magazines will

8    append information slightly differently, depending

9    on the type of magazine.  A general magazine will

10   probably append more information or have the

11   ability to append more information.

12        I mean, clearly, the very basic information

13   of age, income, family size, gender, is generally

14   available to be appended to the -- to that list,

15   but the more general the magazine, probably the

16   more selections that will be made available.

17        There are a number of companies which will

18   take a magazine list and add information to it,

19   creating that database, and the sort of information

20   that can be appended is everything that's being

21   talked about today.  Whether it be the types of

22   cars that people own, when they bought a car, the

23   type of house, the value of the house.

24        There's a lot of information that can be

25   appended, but in general, magazines tend to be the

1    starting -- the starting place rather than the end,

2    with all that information appended to it, because

3    they start -- you're starting with the general

4    interest area, and then it is merged and purged

5    with other lists during the marketing process.

6              MS. ALLISON BROWN:  Thanks.  Ted?

7              MR. WHAM:  A very typical use of appended

8    information is to take a large universe file of all

9    your customers and presume you're a cataloguing

10   business that has, you know, for conversation's

11   sake, a million customers that have done business

12   with you over time.

13            You take a statistically representative

14   sample of that, of perhaps 10,000 individuals and

15   you go and append absolutely everything to those

16   10,000 people you can possibly get our your hands

17   on, from income, age, whether they've got children,

18   the age of those children, whether they're

19   grandparents, the type of interests that they have,

20   all of the psychographic information, everything

21   you can get to that.

22            And then you run that against statistical

23   processes and say, Okay, tell me of all of these

24   different processes, which one of these are going

25   to be predictive of the ones I care about most.

1          And as Ms. Wunderman pointed out this

2     morning, different businesses care about different

3     things.  Some businesses want lots of transactions,

4     some businesses need to be very concerned about

5     turnover, loss of the customers, some long distance

6     carriers and cellular phone carriers, for instance,

7     are extremely interested to make certain that

8     they're getting customers who are going to stick

9     with them and are not switchers and so forth.  And

10    it varies by businesses.

11         Once they identify which of those

12    characteristics are particularly predictive for the

13    customers that they want, they will then go to the

14    remaining universe, those 990,000 names that they

15    never did anything with, and they'll go back to the

16    original appending firm and say, Please append

17    these two or three variables that I want.  Much

18    more cost effective than appending all 30 or 50 or

19    150 variables to the entire universe if only three

20    of those are going to be productive for what you're

21    trying to do.

22         MS. ALLISON BROWN:  Betsy?

23         MS. ELISABETH BROWN:  Yeah, that's a very

24    good point.  I think one of the reasons that

25    Claritas has been in business for 30 years is that

1    one of the things that we have been able to do is

2    boil down a lot of those characteristics into

3    segment codes, which makes it a lot easier.

4         I mean, we have seen in the financial

5    services arena about ten years ago, they were one

6    of the first industries to really take customer

7    file records that they have done, they have a very

8    -- financial institutions tend to have a very

9    strong relationship, we talked about what a

10   relationship was, with their clients.  There's a

11   lot of trust there that the clients are giving a

12   lot of very in-depth financial information to these

13   companies.

14        Financial services companies are fairly

15   conservative from what we've seen with what they do

16   with the collected information, but in addition,

17   they didn't really have the databases and the

18   software capability to manipulate these gigantic

19   files with so much information that they collect,

20   nor did they have a good way of updating them.

21        So, even with them collecting all of this

22   very personal information, they tended to use

23   companies like Claritas to help them boil it down

24   and understand from a one code type of an aspect

25   what can we know about these people quickly and

1    easily without having to look at 100 or 200

2    different variables that we've collected over time.

3          So, that's sort of in essence what a

4    cluster code is.  The basic information we really

5    need there is just an address that will allow you

6    to say the likelihood is that these people live in

7    an upscale suburban neighborhood or an upscale

8    urban neighborhood.  And a real quick example of

9    how that would be used would be if you knew -- if

10   you just had straight demographics on someone and

11   you knew you had two males, 30 years old, and you

12   figured out that they make about $50,000, do they

13   need individual life insurance or not.

14         Not quite enough information for you to

15   make a decision on that, one male might be single,

16   doesn't own a home, doesn't really have any

17   dependents, where the other male might have a

18   family with three kids, a house, a mortgage, so

19   having a little bit more rich information on that

20   would make you look at these two similar

21   demographics and say I'm going to offer insurance

22   to the one because they are going to need it and

23   not the other.

24         Or another quick use is if they're only

25   using their internal data and they know that they

1    have got a thousand people who have $5,000 in their

2    checking account and always have had $5,000 in

3    their checking account, by overlaying some of these

4    segment codes, you can get a quick idea that five

5    of those people, that's all they're really ever

6    going to have in demand deposits at a bank, that's

7    really all they're qualified to have, and this

8    segment code would be something like a number, 27,

9    that would represent a string of demographics that

10   would predict that that person is probably in that

11   demographic.

12        And you might find out that half of these

13   people have a very high likelihood for using a loan

14   product.  So, if you wanted to offer them another

15   service, you would be better off offering them a

16   loan product than the other half who you would be

17   better off offering an investment product.

18        So, without having to know a ton of

19   personal information, you can at least make some

20   good guesses as to what the next most likely

21   product is to offer those people.

22        MS. ALLISON BROWN:  And can you give us a

23   couple of more examples of the segments, I think

24   that Mary in the overview gave us a couple from a

25   newspaper article, I think people might be

1   interested to hear what some of the other ones are

2   and how many there are as well.

3          MS. ELISABETH BROWN:  Well, we have --

4   there are several different segmentation systems,

5   and a segmentation system really starts off as just

6   a predictive model.  So, as Ms. Wunderman was

7   saying earlier in the session, different industries

8   care about different data.

9          So, a very generic model would be something

10  like our Prism segmentation system that's based on

11  the demographics of where you've settled, where you

12  live, there are several more like that out there in

13  the public domain, and they have -- some of them

14  have nicknames, they tend to be sort of upscale

15  suburban, like Blueblood Estates, Urban Singles,

16  Upscale Urban Singles, Midscale, you know, Urban

17  Dense Areas.

18         So, there's lots of different ways that you

19  can just get a quick snapshot of what the

20  settlement patterns are in that neighborhood.

21         And one of the things that we've -- because

22  these things, as everyone said, as I think Paula

23  was saying earlier, there's different uses for

24  that.  It's important to know that you're in a

25  suburban market area if you're trying to sell lawn

1    mowers.  You certainly don't want to be offering

2    that to urban upscale singles in high rises.

3            So, some of the data is critically

4    important to some of the things you're trying to

5    sell.  It may not be very important at all to

6    somebody who is selling a very targeted niche

7    magazine that could appeal to many different people

8    and has no relationship in terms of a geographic

9    reference.

10           So, there are 62 Prism clusters, which

11   means that we have predicted 62 different

12   neighborhood settlement patterns.

13           Another segmentation system is based more

14   on predicting financial services behavior, or

15   telecommunications behavior.  In those segments,

16   there are about 42 of the financial patterns, and

17   they are anything from upscale suburban families

18   with children, upscale suburban singles, upscale

19   urbanites, those type of cluster types or segment

20   types, and that's more based on a specific range of

21   income, asset prediction, age and presence of

22   children.

23           So, those -- they're slightly different,

24   but, you know, basically you can start with

25   anything.  In our audit of the convergence data,

1    which is the telecommunications, I think we have

2    about 57 different segments and they're based on

3    patterns of usage that we have seen in terms of

4    product usage, and then on the back end, we infer

5    the demographic segment for that.

6            MS. ALLISON BROWN:  Ted?

7            MR. WHAM:  There's a distinction which

8    might be valuable for the FTC in doing this,

9    there's two major categories of lists that you can

10   consider.  One would be compiled list information,

11   the other being response list information.

12           Compiled list information tends to be very

13   broad coverage, it's information about who you are,

14   whereas response list is more information about

15   what you've done, what type of products you've

16   done.

17           So, if I want to buy something that has a

18   very broad geographic coverage because I'm offering

19   a service that has something which is primarily

20   defined upon where people live and the types of

21   birds of a feather flock together type of analogy

22   that is the basis for Claritas' business, then I am

23   going to want that type of a compiled list.

24           If I'm trying to find people who have

25   interest in doing very specific types of activities

1    and so forth, I am going to want to buy lists from

2    similar businesses or businesses that point to

3    similar types of people.

4           Response lists tend to be very narrow.  I

5    can't typically take a response list and very

6    effectively use that as an overlay tool against my

7    universe of customers, and say tell me additional

8    things about this, because if I took my, you know,

9    300,000 customers and matched them against somebody

10    else's 300,000 customers, I might find, you know,

11    700 that match between those two of them.

12           I would have a rich data set for those, but

13    I wouldn't have enough to make it economically

14    worthwhile to do that.

15           Right now it's very easy to go from the hub

16    out to the spokes.  Go to a company that sells a

17    specific product and tell me all of the customers

18    for that product or set of products that they sell.

19           It's extremely difficult to say that I want

20    to start at a spoke and tell me all of the hubs

21    that they're attached to, so go to a specific

22    customer and tell me all of the products that they

23    have bought within a category, or perhaps even all

24    the products they have bought.

25           I will say that although you can't do that

1    today, there's an enormous economic potential
2    there, and I am certain that many, many very bright
3    people have spent a lot of time trying to figure
4    out how I can come up with a master universe of all
5    of the computing products that somebody has bought,
6    or all of the clothing purchases that somebody has
7    bought, because if I can do that, and if I'm a
8    marketer selling, you know, an upgrade to a
9    particular type of computer, that's the golden
10   list, and I will spend a lot of money to rent names
11   from that list.
12        MS. ALLISON BROWN:  Michael?
13        MR. PASHBY:  Yeah.  I think in the magazine
14   industry, one of the most important sets of data
15   that can be added to a magazine list is catalog
16   information, and the merging of catalog
17   information, because it does add the recency,
18   frequency and value component to the magazine list.
19        If you go back to the woodworking magazine,
20   a person may buy a woodworking magazine noting that
21   they're interested, but if you can match that with
22   catalog information about the purchase of tools or
23   the purchase of other supplies, and they're showing
24   some frequency there, that separates out one group
25   of people who are peripherally involved to

1 high-volume purchases within that area, and I

2 suppose it also gives a greater degree of value to

3 the broader lists, like a news magazine or a seven

4 sisters magazine, those people may be then

5 segmented into very specific interest areas.

6   So, you have a -- one of the seven sisters,

7 but you can match that with kitchen and food

8 catalogs to show a high interest in cooking.  So,

9 it then becomes much more interesting for other

10 marketers, and much more targeted to the consumer.

11   MS. ALLISON BROWN:  And what do businesses

12 do to ensure that the data that you collect are as

13 accurate as possible?

14   Win?

15   MR. BILLINGSLEY:  Well, we do several

16 things.  Marketing data does not have to be 100

17 percent accurate to be effective, but you want to

18 make it as accurate as you possibly can, within the

19 economic constraints that you have to deal with.

20   But an example of some of the things that

21 we do to make sure our data are accurate, even if

22 you permissioned us to use your data in a product

23 registration effort, you say yes, I would like to

24 receive offers from third party -- from third party

25 marketers regarding products and services that

1    would be of interest to me.

2         You don't automatically go into Naviant's

3    database just because you have permissioned us.  To

4    make sure that we're doing that accurately, we

5    match your name and address against a public data

6    source to make sure that you really are who you say

7    you are.  That helps us get out the Donald Ducks

8    and the Roy Rogers and some people who like to play

9    games, but we find the utilization of the public

10   compiled data, a very meaningful tool to ensure

11   that our file is as accurate as it possibly can be.

12        MS. ALLISON BROWN:  And can you just

13   clarify what you mean when you say public sources

14   of data and compiled sources of data?  Can you be

15   more specific?

16        MR. BILLINGSLEY:  Well, I probably

17   misspoke, I probably should have said compiled

18   sources of data which originated from public

19   sources of data.  But it's a very effective way to

20   make sure that data is accurate.

21        The other advantage that it holds for us is

22   that we're very sensitive in not collecting data on

23   children, and so by matching the name and a

24   registration with an aggregator's data or a

25   compiler's data, kids don't buy real estate

1     property and cars and things of that nature.

2          MR. WHAM:  You haven't met my brother.

3          MR. BILLINGSLEY:  So, it gives us a

4     reasonable check to make sure that we're not

5     collecting data on children.

6          The other thing that we do to make sure

7     data is accurate is we use the DMA suppression

8     file, and we find that a very effective way to make

9     sure that we don't include data in marketing lists

10    to the people who have gone to the trouble to go to

11    DMA and sign up for either their direct mail

12    suppression file or telemarketing suppression file,

13    and a new product they started just a few months

14    ago which is an email suppression file.

15         So, that's another way to make sure that

16    the data we provide a marketer is accurate.  And

17    the third way is the good old U.S. Post Office.

18    All marketers use the NCOA process, or should use

19    the NCOA process.

20         MS. ALLISON BROWN:  And what does NCOA

21    stand for?

22         MR. BILLINGSLEY:  National Change of

23    Address.  And the way that basically works is if

24    you move and you fill out a card at the Post Office

25    so your mail will be forwarded to your new

1    location, that information is collected by the Post

2    Office, and the Post Office has this very large

3    file of people who have relocated that's utilized

4    to redirect their mail.  And the Post Office

5    authorizes some 20-something companies to take this

6    data and do a match to make sure that if you have

7    an old address in your file, and you match the old

8    address, then you can substitute the new address.

9         And that's something that's been in

10   existence for a long time, it's been used in the

11   direct marketing world for a number of years.  It's

12   a very effective tool to make sure that if you're

13   doing a direct mailing of a marketing list, that

14   the marketing collateral that you're spending hard

15   dollars for to be delivered by the Post Office is

16   truly deliverable.

17        MS. ALLISON BROWN:  Thanks.

18        Michael?

19        MR. PASHBY: Some information really has to

20   be accurate.  Some years ago I marketed a magazine,

21   which I won't name, but, well, let's say a parents'

22   magazine, and our primary source of readers were

23   parents of newborn children.

24        We were extremely sensitive to the problems

25   inherent in that.  Somebody's buying lists of

1   potential new births, and some births obviously are

2   not live births, and you are mailing to people

3   saying congratulations, and that can be extremely

4   sensitive, obviously.

5         So, correcting data is very, very

6   important.  We spent an awful lot of time and

7   energy making sure that the sources we were

8   compiling that data from were accurate.  If we

9   found that there was an incidence of inaccuracy, we

10  would cut off from that source.  And we would not

11  buy information from that source ever again.

12  Because of the responsibility to the consumers that

13  we had.

14        MS. ALLISON BROWN:  And can you be a little

15  more specific about what the sources of that type

16  of data are?

17        MR. PASHBY:  The sources of that data were

18  from -- no, I can't, they were from compilers.  It

19  would come from doctors' office visits, from

20  insurance companies, from a lot of different

21  sources, I believe.

22        MS. ALLISON BROWN:  And what did you do to

23  make sure it was accurate?  How did you gauge that?

24        MR. PASHBY:  We would -- we would do it

25  from the complaint level.  That was the difficulty.

1    You were doing it after the event, but if one found

2    that there was a degree of inaccuracy there, then

3    we would cut off from that source.

4         MS. ALLISON BROWN:   Ted?

5         MR. WHAM:   You talk about data quality

6    issues, it's useful to look at it in two different

7    ways.   There's the quality of the data at the time

8    that it's collected, and there can be errors

9    introduced through typographical errors, or to

10   purposeful, you know, fraudulence, Mickey Mouse and

11   so forth, but there's also a more significant issue

12   of data decay.

13        Like if I, you know, show up in a database

14   that I'm 25 to 34 years old, how old am I tomorrow?

15   Okay?   So, date range information is very

16   inaccurate.   Births, deaths, marital status and so

17   forth, and people moving all the time, but we have

18   a very mobile society.   So, the statistic that I

19   heard, I can't vouch, say, for this, but the

20   average data in a data base decayed at a rate of

21   about one and a half percent per month, that was

22   the inaccuracy that built up over time.

23        The marketer has an absolute vested

24   economic interest in making sure that that

25   information is as accurate as possible.   If it's

1   inaccurate, they can't use it for the goal that

2   they have.  So the alignment of the market

3   interest, the consumer's interest of having

4   accurate information is absolutely, I mean,

5   perfectly together.

6        MS. ALLISON BROWN:  We have time for one

7   more comment and then we will go to questions from

8   the audience.

9        Betsy?

10        MS. ELISABETH BROWN:  One of the things

11   that I wanted to talk about data accuracy is that

12   from the Claritas standpoint, we've seen a lot of

13   different types of data.  We not only use Census

14   data and other public domain data, consumer

15   surveys, which is really self-reported demographic

16   information, but in order to -- as I was talking

17   about implementing, in order to actually implement

18   an actual marketing program, we will take our

19   segmentation codes and place them on list files,

20   such as Acxiom, InfoUSA, Experian and Equifax, and

21   many other compiled lists.

22        What we have found many times, especially

23   when we're using the types of models that I

24   discussed earlier that go down to a more specific

25   household level, in terms of the demographic

1    variables that we say are predictive of the
2    behavior that we're trying to help our customers
3    use, what we find sometimes is that these list
4    sources have, I guess, decay, some other
5    information, missing information, fill-in models,
6    and we will show them that the data that we have
7    proves out that their list is not really
8    distributing the way the U.S. population
9    distributes down to a low level of geography, a zip
10   code, a census tract, a block group.
11          So that we can take a look at a list of
12   data out there and say you're reporting that only
13   two percent are in the income category, 50,000
14   plus, and we expect to see more like 27 percent.
15          So, we have actually created models that
16   help some of these list sources to improve their
17   models, their income models or whatever that might
18   be, to base them more on sort of a benchmark of
19   data.
20          So, there's a lot of -- it's sort of a
21   symbiotic relationship, back and forth with
22   Claritas and the list providers, sometimes they
23   actually do change some of their model information
24   on their file based on our information, and other
25   times we just use it to assign what we think is a

1    more appropriate segment code, then they don't

2    necessarily change that source of data, it depends

3    on how they prioritize their models, and they

4    prioritize their input sources.

5           MS. ALLISON BROWN:  And I believe that

6    Claritas also updates Census data, how do you do

7    that?

8           MS. ELISABETH BROWN:  On an annual basis.

9    We update census data, again, from a list of a lot

10   of sources, some of the postal information, some of

11   the moving information, NCOA.  There's a lot of

12   intercensal data that is produced that's not

13   produced on 100 percent factor.

14          In other words, there are many, many

15   counties, communities and states that do many

16   updates of data and information, and we take really

17   whatever we can get that's available and utilize

18   that data.  There are also many models that we have

19   perfected over time, and we've been doing this,

20   this is our third census that we've been actually

21   updating information where we just do projections

22   and straight line information based on other data.

23          So, there are many sources that we can use,

24   both census-type sources that we think we can have

25   a high degree, feel that we have a high degree of

1    accuracy in terms -- and relevance, and some of the

2    consumer survey research that's out there just

3    allows you to take a look at shifting data in terms

4    of how people are self reporting where their

5    incomes are.

6         And in addition, we do use a lot of the

7    list data just to try to get a handle on which

8    areas are growing.  Postal drop rates, I think ADVO

9    counts, which is another list source where they

10   constantly are updating where the postal drops are

11   going.

12        MS. ALLISON BROWN:  One thing that becomes

13   clear pretty quickly is how integrated the

14   aggregators are with the sources and how the data

15   sort of rotate in and out of the different

16   databases.

17        I know when I open up the discussion for

18   questions from the audience, if you have a question

19   you would like to ask, please raise your hand and I

20   will recognize you after one of our staffers comes

21   over with the wireless microphone.  Please speak

22   into the microphone while asking your question and

23   state your name and organization before you begin

24   your question so the court reporters can get an

25   accurate transcript of today's proceedings.

1          MR. CATLETT:  Thank you, I'm Jason Catlett

2     from Junkbusters.  I have a question for Mr.

3     Billingsley.  I have an advertisement in a trade

4     magazine from Naviant, it's quite amusing, it shows

5     a biker with tattoos and a beard, and it makes

6     light of the fact that he likes roses, and when

7     you're going online, you might want to -- I infer

8     from this advertisement -- you might want to pitch

9     a banner advertisement for roses.

10          Could you please tell us the process by

11    which when this biker goes online and visits a

12    website the website would know that he likes roses?

13          MR. BILLINGSLEY:  Well, I'll talk a little

14    bit more about that this afternoon, if you would

15    like, because we'll talk about how the data is used

16    to administer marketing programs, but basically, we

17    would have business relationships with some of the

18    ad serving companies that collect data anonymously.

19          We would pass data attributes to those ad

20    serving companies anonymously, so that they could

21    then target a banner ad that was appropriate for

22    that particular person, without ever knowing the

23    person's name.

24          MR. CATLETT:  Thank you.

25          MS. ALLISON BROWN:  Don't forget to say

1   your name and affiliation for the record.

2          MR. HENDRICKS:  Thank you, Evan Hendricks,

3   Privacy Times.  I had one question, but first I

4   wanted to follow up on what you said about the

5   babies, because we always wondered about that, a

6   lot of us.

7          So, is it the doctor's offices would sell

8   that information, or the insurance companies were

9   some of the sources for people who are about to

10  have babies?

11         MR. PASHBY:  I am not absolutely certain, I

12  believe that was, and this was some time ago.

13         MR. HENDRICKS:  But I also wanted to

14  comment, hospitals and birthing classes, and do

15  they sell it to a compiler, is that how it would

16  work?

17         MR. PASHBY:  It's my belief that that's how

18  the information was compiled.

19         MR. HENDRICKS:  Okay.  The other thing is

20  you said that the magazines, I think correctly, are

21  at the front end of this process, much more so than

22  some of the others who are at the back end, and in

23  the UK, on a subscription form, the little cards

24  that you get in your magazine, you have a check-off

25  box, it says if you don't want your name shared,

 1   check here, and send it in with your subscription,
 2   and one of the big problems in the U.S. is that at
 3   the point of the collection of data from
 4   individuals, people are not notified what could
 5   happen or given the chance to even opt out.
 6          And so, do you think that makes sense from
 7   a data practices point of view, and do you think
 8   that your association is ready to sort of endorse
 9   that and recommend it, you know, considering the
10   growing strong feelings about privacy?
11          MR. PASHBY:  I think from the standpoint of
12   having to fill in, check a box on a card, what we
13   found in any promotional activity, having the
14   consumer take actions in a promotional activity
15   reduces the response.  Therefore, we have cards
16   which are prechecked, and yes I want this magazine,
17   and then all they have to do is tear the card out
18   and put it in the mail.
19          But as I mentioned, we also do publish in
20   the magazine the privacy policies and the ability
21   to -- and the ability to call an 800 number or send
22   to the magazine fulfillment house to be taken off
23   the list.
24          MR. HENDRICKS:  And of course what I'm
25   describing wouldn't even, I mean someone could

1    still take the card and just throw it in the mail.

2    It's only those people that took the time to look

3    and see that there was a check-off box, and could

4    check off they didn't want their name sold.

5         So, what I'm saying is would it interfere

6    with, you know, with what you're saying?  I mean,

7    it wouldn't require the individual to check the box

8    to say I don't want my name sold, it would only be

9    for those individuals that cared enough.  And if

10   this is practice -- am I confusing you?  You look

11   like you're not following me.

12        MR. PASHBY:  I'm saying that any time there

13   is -- you give people the option in a promotion,

14   the response declines.  And as we mentioned before,

15   the whole use of information has been more

16   effective and more efficient when we are spending

17   or when businesses are spending 65 cents to a

18   dollar to put a piece of promotion into the mail

19   and you're getting single digit responses, you're

20   trying to be as efficient as possible.

21        MS. ALLISON BROWN:  Ted, do you want to

22   comment on that?

23        MR. WHAM:  Yeah, I absolutely would.  The

24   basic fundamental question is if I -- if consumer X

25   chooses to do business with Business Y, should

1    consumer X have the opportunity to say Business Y,

2    don't contact me.  That's question A.

3          And question B is, Business Y, don't

4    share my information with company Z and Z sub

5    one and Z sub two and so forth.  I fundamentally

6    reject the notion that a consumer should be able

7    to say I want to do business with a particular

8    company Y, but that company can't follow on and

9    make money out of that relationship.  I think

10   that that has terribly negative consequences

11   for the efficiency of economic transactions in

12   this country.

13         The reason we don't have mom and pop stores

14   in the United States very successfully anymore and

15   the reason we have Wal-Marts in this country is

16   because they provided a very economically efficient

17   way of delivering low-priced goods in the United

18   States, for better or for worse, but the wheels of

19   that continue to turn by having the businesses be

20   able to use that information in the most effective

21   way possible.

22         MS. ALLISON BROWN:  We are trying to stay

23   on a factual level here and stay away from policy

24   discussions.

25         MR. WHAM:  I couldn't help myself.

1          MS. ALLISON BROWN:  Does anybody else have

2     a question?

3          MR. DIXON:  Tim Dixon from Baker McKenzie.

4     A question, just to pick up on that point to take

5     it a little bit further.  When we talked,

6     particularly when you mentioned the 30 million

7     permissioned people or households in the database

8     that you've got, what proportion do you know is

9     that people who have done the sort of check box as

10    opposed to the kind of I guess you could call it

11    permission by inertia where they would need to read

12    a privacy policy and then go through an active

13    process of say opting out if they wished to opt

14    out?

15         MR. BILLINGSLEY:  I don't know the

16    percentage.  We use in collecting the data, and

17    this is primarily a decision that's made between us

18    and the client that we're providing registration

19    services for, we use three different kinds of

20    permissioning processes.  I'll try to get through

21    this without confusing myself and the audience, but

22    we use the opt-in process, which we define as a

23    permissioning question with either yes or no, not

24    preselected.

25         We also use the opt-out permissioning

```
 1    process, which is a permission question with
 2    yes preselected, and in certain situations,
 3    not a lot, we use the explicit process, which
 4    basically is a bold statement that says, Do
 5    not provide us your marketing information unless
 6    you're willing to receive, you know, marketing
 7    offers.
 8           So, we utilize all three of those,
 9    depending upon the circumstance.  We do flag how
10    the permissioning process worked for that
11    particular consumer, and we are sensitive based
12     on the permissioning process, how that
13    information is used when it is -- when a
14    marketing program is generated based on that
15    permissioning.
16           But the percentage, I don't know the number
17    to be very specific about your question.
18           MS. WOODWARD:  My name is Gwendolyn Woodard
19    with Worldwide Educational Consultants.  I'm
20    consumer A, and I decide that I'm going to attend a
21    conference, so I go online and complete the form.
22    The site that I'm going to complete the form on has
23    a third party advertising network associated with
24    it, okay?  As I complete the form, I notice in the
25    URL the information that I put in the form is
```

1    reflected up there.

2        So, as a consumer, how would I know how

3    that information is going to be used, what

4    databases will it be going to, especially if this

5    third party advertising network uses a push and

6    pull technology to disseminate that information to

7    different databases?

8        MS. ALLISON BROWN:  Does anybody want to

9    take that on?

10        MR. WHAM:  It's very useful if you're

11    omniscient.

12        MR. BILLINGSLEY:  I'll respond a little

13    more.  The --

14        MR. WHAM:  Comprehensively, perhaps.

15        MR. BILLINGSLEY:  Yeah.  The way it should

16    work, in my opinion, is if you're in that kind of

17    situation where a redirect is occurring, without

18    your knowledge, then the privacy policy should be

19    very explicit in saying -- in discussing the

20    redirect to another website, why that is occurring,

21    what your choices are to either participate in that

22    or not participate in that.  And disclosure, in my

23    opinion, is the key for the consumer in

24    understanding what is or is not happening to

25    their data, particularly when you see it in the

1    URL.

2            MS. ALLISON BROWN:  And let me just say

3    that that's really a question that should be

4    directed to network advertisers, and none of the

5    panelists up here represent any network

6    advertisers, and it's really a separate issue that

7    we're not addressing today.  But, you know, that's

8    a question for other people.

9            We are running out of time.  Paula, did you

10   want to comment on that issue?

11           MS. BRUENING:  No, thanks.

12           MS. ALLISON BROWN:  So, I think we are

13   going to break for lunch now, and we would like to

14   see everybody back at 1:00, and I want to thank the

15   panelists for a very informative discussion.  We

16   really learned a lot.

17           (Applause.)

18           (Whereupon, at 11:30 a.m., a lunch recess

19   was taken.)

20

21

22

23

24

25

```
 1                        AFTERNOON SESSION

 2                    -    -    -    -    -    -

 3

 4    SESSION 3:   WHAT ARE THE BUSINESS PURPOSES FOR

 5    MERGING AND EXCHANGING CONSUMER DATA?

 6

 7    MARTHA LANDESBERG, Attorney, FTC, Moderator

 8

 9    PANELISTS:

10

11    MARTY ABRAMS, Executive Director, Center for

12    Information Policy Leadership

13    JOHNNY ANDERSON, Chief Executive Officer, Hot Data,

14    Inc.

15    C. WIN BILLINGSLEY, Chief Privacy Officer, Naviant,

16    Inc.

17    JERRY CERASALE, Senior Vice President, Government

18    Affairs, Direct Marketing Association

19    PETER CORRAO, Chief Executive Officer, Cogit

20    Corporation

21    LYNN WUNDERMAN, President/Chief Executive Officer,

22    I-Behavior, Inc.

23

24

25
```

```
 1                   SESSION THREE
 2        WHAT ARE THE BUSINESS PURPOSES FOR MERGING
 3               AND EXCHANGING CONSUMER DATA
 4                 -    -    -    -    -    -
 5        MS. LANDESBERG:  If everyone would please
 6   take a seat, we would like to get started.  We have
 7   a very full afternoon.
 8        Good afternoon.  My name is Martha
 9   Landesberg.  I'm an attorney in the Division of
10   Financial Practices here at the Federal Trade
11   Commission.  Let me just state, before we get
12   going, we have a couple of announcements to make.
13   I want to reiterate for everyone our ground rules.
14        We request that you turn off your cell
15   phones, please.  Once again we are going to very
16   gently but firmly hold our speakers to the time
17   limits we've discussed with them.  My colleague,
18   Allison Brown, will be your timer.  She's right
19   here, so just look for a sign from her that you're
20   coming toward the end of your time, if you would.
21        We will as time permits again have a
22   question and answer session.  I'll ask again that
23   you please identify yourself for the court
24   reporters before asking your question.
25        And finally, the record of the workshop
```

1    will be open until April 13 for submission of any

2    comments or materials you want the Commission to

3    consider, and we invite you to participate in that

4    process.

5         And also a fond welcome for those of you

6    listening on the audiocast.  We apologize and

7    understand there was some trouble this morning.  We

8    hope things are up and running, and we're happy to

9    have you with us.

10        One last comment, Michael Pashby in our

11   prior panel has submitted a written statement

12   regarding his comments on the use of medical

13   records to identify new prospects, and that

14   statement, as others, will be posted in the

15   workshop record for everyone to have a look at and

16   comment upon.

17        Now, it's my pleasure to begin session 3 of

18   our workshop, and this is where we really get to

19   the meat and potatoes of what it is that businesses

20   do with all the information we've been hearing

21   about all morning, and what we're going to do here

22   is have presentations from each of our panelists

23   one by one.  I'll introduce them one at a time, and

24   we'll take it from there, and as time permits have

25   some questions too.

1          We'll begin with Marty Abrams.  Marty is

2     the Executive Director of the Center for

3     Information Policy and leadership at Hunton &

4     Williams.  Before joining Hunton & Williams Mr.

5     Abrams, or Marty, spent 12 years as Experian

6     leading their information policy and privacy

7     efforts.

8          Marty?

9          MR. ABRAMS:  Thank you very much.  As we go

10     through this technical process of keying up my

11     presentation, I would first like to thank the FTC

12     staff for inviting me here this afternoon, and I

13     would also like to thank them for the excellent

14     program this morning.  I found it incredibly

15     worthwhile and very informative, and hopefully we,

16     this afternoon, can be just as informative.

17          And we are talking about the uses and

18     purposes for third-party data, and I think that the

19     best place to start with understanding third-party

20     data is understanding that it matches with in-house

21     data, and it begins with the in-house data because

22     that's what marketers begin with, their own

23     customer base, understanding their own customer

24     base.

25          And that data comes from multiple sources.

1    The most important of those sources is directly

2    from their customer, and the second is their

3    relationship with their customer, and this is the

4    majority of the data that the organizations,

5    marketers, have in their databases and their files.

6            And to understand that data, to make the

7    best use of that data, they have to match that up

8    with third-party data, and I'm going to be talking

9    about purposes and not processes.  I have

10   colleagues on this panel who I think are going to

11   get more into the processes, but I would like to

12   really put the emphasis on why the data is used.

13           And there's a paper that really goes in to

14   how this works that was released yesterday by the

15   Privacy Leadership Initiative and ISEC Council of

16   the DMA, and that paper is available on the DMA web

17   site I believe.

18           The first process, the first purpose, the

19   first reason for using third-party data is just to

20   make sure that your file is clean.  20 percent of

21   the American population moves each year.  People

22   use variations of their names.  They use variations

23   of spellings of their name.  I'm Marty Abrams.  I'm

24   Martin Abrams.  I'm Martin E. Abrams.  I've lived

25   in California.  I've lived in Ohio.  I've lived in

1    Texas.  I sometimes buy from my office.

2         So one of the purposes is to merge all of

3    those Marty Abrams that are sitting on a company's

4    file into one Marty Abrams so that I can market

5    that to me in a unified fashion.

6         The second is to have a deliverable

7    address.  We often have multiple addresses,

8    multiple variations of our addresses.  We

9    abbreviate our address.  We move, and one of the

10   purposes of using third-party data is to put that

11   data together to have an address that is

12   deliverable.

13        And having a deliverable address means that

14   you can deliver up to 15 percent more of the mail

15   that you mail on a regular basis, and that has

16   really cost implications for an organization.

17        The second purpose is to truly understand

18   your own customers, and I think Lynn Wunderman did

19   a great job of describing that this morning.

20   You're trying to understand what is similar about

21   your customers and what is different, and one of

22   the ways you do that is overlay your file with

23   demographic information from a third-party.

24        Examples of the type of data that you might

25   overlay is age because age is very predictive of

1    where you are in your life-style, what you might

2    buy and also inferred or modeled income, and again

3    we have no exact income on any files other than the

4    IRS's files, and those, of course, are not

5    available, so we model income to be able to try to

6    figure out how individuals are similar or

7    different.

8         And that information helps us understand

9    who to market to, how to market to them, what type

10   of products we should offer them in the future.  We

11   begin to understand what is predictive of who's a

12   buyer and what is just really a red herring, not

13   very predictive.

14        And then based on what we understand about

15   our own customers, we can go out in to the

16   marketplace and find individuals who are very

17   similar to our own customers, folks who have very

18   similar demographics, very similar psychographics,

19   so we can begin to build our customer base with new

20   customers who are similar to the folks that we are

21   marketing to at the moment.

22        And those sources include competitors,

23   because organizations do exchange lists,

24   noncompetitive marketers, and lastly aggregators or

25   compilers, organizations that put together files of

1     individuals for other organizations to use who

2     create mailing lists, and the results are more

3     effective communication with existing customers.

4          We can put together the right message for

5     the right consumer at the right time to maximize

6     that relationship with the customer.

7          We also find prospects who we have the

8     greatest probability of reaching, folks who are

9     most similar to our existing customers, and more

10    important, in this modern age, is we begin to

11    understand how our customers are changing so we can

12    begin to develop the products and services that are

13    responsive to where our customers are going over

14    time.

15         Martha asked me to talk a little about the

16    differences between marketers and aggregators in

17    terms of the type of data they have and the type of

18    processes.  When you think about marketers, the

19    folks who actually market to you and I, first their

20    data primarily comes from their own customers.

21         Even if I overlay with data from third

22    parties, if I'm a marketer, most of the data I have

23    is from my own customers.  Most of that data is

24    either self reported, I give you my name and

25    address, I volunteer information with you, or comes

1   from my own experiences with you as a customer.

2        And lastly, I as a marketer typically have

3   regular contact with my customer and can

4   communicate with you as my customer about both what

5   I'm selling and my processes and the choices that

6   you have.

7        Aggregators have data on a broader

8   population.  Some aggregators have most of the U.S.

9   population.  The data comes from many, many

10  sources.  As we discussed, some of them are public

11  record sources.  Some of them are surveys.  Some of

12  them are purchase data, but the data comes from

13  many sources, not a single source.

14       Typically the data that is held by an

15  aggregator is not experiential data.  It tends to

16  be demographic or psychographic data, and, last,

17  typically the aggregator does not have regular

18  contact with the customer, the consumer, but rather

19  relies on the party that collected the data to have

20  had that contact with the consumer, and most

21  aggregators build systems to make sure they only

22  get data from reliable sources.

23       Thank you very much.

24       (Applause.)

25       MS. LANDESBERG:  Thank you, Marty.

1          Next we'll hear from Win Billingsley, the

2     Chief Privacy Officer of Naviant.  Win?

3          MR. BILLINGSLEY:  As we talked this

4     morning, Naviant's key value that they bring to the

5     marketplace is that we provide a database of

6     consumers that are Internet enabled, and we sort of

7     phrase our mission statement as Naviant is a

8     leading provider of integrated, precision marketing

9     tools for online and offline environments, so we

10    can send marketing messages or marketing campaigns

11    to consumers either through direct mail or through

12    Email or through banner ads, so we work in both of

13    those worlds and actually try to integrate those

14    two worlds together.

15         So we enable marketers to reach and build

16    relationships with online consumers, and that's

17    really Naviant's key sole business purpose.

18         It's always tough to get a business model

19    on one slide, so I tried to simplify this as much

20    as I possibly can but still make it meaningful for

21    you, and for Naviant the world begins with

22    electronic registrations.

23         We work with manufacturers that build

24    computer hardware, computer software, and we

25    facilitate the registering of their products and

1   services via the Internet.  Most of that data, once

2   it's captured, is passed back to the original

3   manufacturer.  We keep the name and address and

4   designate a flag that this individual, since they

5   registered their product or service via the

6   Internet, is an Internet enabled household.

7          So the data point for us begins with the

8   name and address and an Internet household.  That

9   begins the database processing, and there's data

10  hygiene work that's applied to that database.  I

11  talked about it a little bit this morning.  We use

12  the compiler's information to make sure the names

13  that we have are accurate in our database.

14         We also append to that from the compilers

15  various data attributes that enrich the data and

16  make it meaningful and store and maintain the data.

17  We also use the DMA's file suppression list to make

18  sure that no one is in our database that has

19  expressed an interest not to be.

20         And I should have mentioned back in the

21  registration process that there is a permissioning

22  process that we go through before you ever really

23  enter into this diagram.

24         So once the data is there with an

25  enrichment of data attributes, then we have the

1    ability to deliver this data for marketing purposes

2    in a variety of channels in a variety of ways, so

3    the data can be used to administer direct mail or

4    Email campaigns.  It be used to deliver direct mail

5    campaigns, telemarketing and targeted banner ads.

6           And we analyze the data to determine counts

7    based on criteria.  A client will come to Naviant

8    and say, I'm looking for these kind of people, tell

9    me how many you have in your database so we can

10    analyze the data and determine how many people we

11    have that fulfills that particular requirement, so

12    that in essence is Naviant's business model.

13           Now, why do we do all this?  What purpose

14    does it serve the business community?  There are

15    many.  I've just noted three here that I thought

16    might be meaningful to you.

17           One is we provide the data back to the

18    registration client with the enhancement of the

19    data attributes that we've associated so the

20    registration client has some view of who is buying

21    their products and services.

22           That's very important to the manufacturer

23    to know that because they -- since they distribute

24    through some intermediary, they are not in direct

25    contact with their customers.

1    So we would provide that back to the

2    registration client, and the registration client

3    would say, Gee, we have this kind of person buying

4    this model of computer, how can we find more of

5    those kinds of customers and launch marketing

6    campaigns to increase and enhance our business.  So

7    that's the way a registration client would tend to

8    use this data is to find more like customers.

9    Another way they would use the data is say,

10   This particular product is being bought by

11   individuals that have these demographic

12   characteristics, so how can we fine tune our

13   advertising so that we are visible, more visible to

14   individuals with these kind of characteristics, so

15   it's used for a variety of purposes by a

16   registration client in order to improve the

17   efficiency of their marketing effort.

18   Another example would be a bank.  Banks

19   love to promote their Internet banking packages and

20   capability because they can provide enhanced

21   service to their customers at a reduced cost for

22   those of us who sign up for Internet banking.

23   So a bank will come to Naviant and say, We

24   really would like to promote our Internet banking

25   capability, but we have a problem, we have no idea

1    in our customer base who is on the Internet and who

2    is not on the Internet, and really rather than do a

3    mass mailing to all of our customers, we would like

4    to do some selection.

5         So they would come to Naviant and say, If

6    we give you a list of our customers, can you match

7    those names against the names in your database and

8    tell us which ones of those are Internet enabled,

9    and we provide that service.

10        And then the bank can then target or

11   deliver a marketing campaign only to those

12   customers who are Internet enabled, and they might

13   even refine that further.  They might refine it by

14   an age group or income level, but the primary key

15   for the bank, if they're promoting their Internet

16   banking package, is to only target to those that

17   can actually use that product or service.

18        A third example would be a retail dot com.

19   A retail dot com wants to drive traffic to their

20   web site, and you know you can always buy a

21   billboard on Highway 1 or you can by an ad for the

22   Super Bowl, but what they would want to do is to

23   work with Naviant looking for a particular type of

24   customer or individual that meets the selection

25   criteria and then do a direct mail campaign to

1    those customers with some kind of marketing offer

2    that would drive them to their web site so they

3    could offer a product or service.

4         Thank you.

5         MS. LANDESBERG:  Thanks very much, Win.

6    Our next speaker is Peter Corrao.  Peter is the CEO

7    of Cogit Corporation.  Before joining Cogit.com, he

8    was Division President of National Accounts

9    Marketing for ADVO and the owner and operator of

10   Sports USA.

11        Peter?

12        MR. CORRAO:  Well, thank you very much for

13   inviting me here today.  Even though I come from

14   one of the largest direct marketing firms in the

15   country in ADVO, my comments today will mostly be

16   related to online marketing and its applications.

17        So I would like to talk to you today about

18   the developing science of visitor relationship

19   management and how it's applied on the web.

20        Before I do that, though, let me tell you a

21   little bit about the dilemma in commerce today on

22   the Internet.  My company, like many other dot

23   coms, is a highly capitalized, venture capitalized

24   company.  We've taken around $50 million in

25   investment to date and have yet to turn a profit

1    with our company.  We look similar to others that

2    are out there.

3         The Internet commerce dilemma can be

4    summarized pretty much on the slide that I've shown

5    you here.  There's two ways in a B-to-C environment

6    that companies are making money or trying to make

7    money on businesses on the Internet today.

8         One is content sites, and they're heavily

9    required or exclusively required, excuse me, to

10   bring advertising in, so their model is all about

11   advertising.  They deliver free content to

12   consumers.  They put advertising up for sale.  They

13   sell that advertising, and their business model is

14   developed around that.

15        The other side of that is the commerce

16   sites, who are the E-tailers or retailers that are

17   trying to sell their goods and services online, and

18   theirs is a simpler model in that they're trying to

19   gather customers, turn those customers into

20   repeatable revenue.

21        Here's the dilemma.  The Internet today

22   isn't very efficient, even with the tools that are

23   being applied to it.  Imagine that you bought

24   133,000 banner ads, and you paid around $15 a

25   thousand for it, which would be the current going

1   rate if you had a media buying firm dealing with

2   either direct companies or with providers of those

3   services.

4         Of those ads that you bought out there,

5   around $15 a thousand, you would have earned

6   probably in the range of 300 visitors or so, so ads

7   saying 300 visitors clicked through from those ads

8   and came to your site to look.

9         Of those only five took action, so you're

10   getting started with the 133.  Now you're left with

11   five that took action, and if they did take action,

12   only 20 percent of those, or one, would return

13   within the next year to buy anything from your site

14   again.

15         So just think of it from its most simplest

16   format -- and you're only dealing with the

17   advertising and attention components of being an

18   Internet company, your acquisition cost for a loyal

19   customer in this model is $2,000.

20         So the imperative here is that the Internet

21   has got to learn to be better and more focused on

22   how it brings -- on how it brings its clients in.

23         Let me show you a little bit about visitor

24   relationship management and why it's important.

25   Merchants want to increase desired action and get

1    consumers to buy things and services from their

2    site.  Consumers want meaningful things to be shown

3    to them.

4           Merchants again want to display relevant

5    content to their customers.  Consumers are

6    demanding instantaneous and ever faster access to

7    relevant content.  Doing that is expensive.

8           Merchants want to optimize customer visits

9    and generate sustainable profits.  Consumers expect

10   free Internet, other than access, or inexpensive

11   services at significantly discounted prices often.

12   We think that visitor conversion is critical to

13   making this model sustainable on the Internet.

14          What Cogit does is capture registration

15   information, I'm giving an example of what we do

16   here, with and amongst our customers.  We match

17   that registration information then to available

18   data in the offline.

19          We have two data sources primarily.  One is

20   Equifax Corporation, which we use their own bulk

21   data, and the other as of March 31 will be Claritas

22   data, which will be entered in our file at the end

23   of this month.

24          When that information is matched, we

25   irreversibly discard any personally identifiable

1    information that we found on the consumer, so if
2    you registered by name, we get rid of the name,
3    replace that with a random ID, and that random ID,
4    we can't go backwards and reengineer to find out
5    who that consumer is.
6         We generate then an anonymous profile on
7    that particular consumer, and then we allow our
8    customers to, one, know who's visiting their site
9    if they're not a customer yet, and, two, target
10   them with relevant content that will then incent
11   them to want to buy.
12        We think privacy is a big piece of doing
13   this.  Consequently our profiles are 100 percent
14   anonymous.  We think consumer PII shouldn't be
15   stored and used for further personalization.  We
16   don't -- our visitors in the Cogit model are never
17   tracked across sites, so we only know what you're
18   doing on a specific site that you're dealing with.
19        Information from one client is never shared
20   with another.  Behavior information is
21   never appended to our profiles, so the fact that
22   you bought something on one of our customers' sites
23   isn't appended to further your profile.
24        Clients aren't allowed to store Cogit's
25   returned data, and we semiannually have our web

1    site audited to validate that everything that we've
2    got in our web site is, in fact -- in our policy
3    is, in fact, what we do.  Ernst & Young does that
4    audit.  We were the first cyber audit that they did
5    and first audit attestation that they did.
6             So the notion is from a visitor
7    relationship management standpoint or knowing who
8    comes to your site so you can do something about
9    it, we think that that's critical to being able to
10   sustain the Internet commerce that's having trouble
11   sustaining itself today.
12            We think that convenient and relevant
13   information for consumers is what they demand and
14   what they want.  Most of that information is given
15   to the consumer free today, although it's given
16   free against a model that is not panning out from a
17   general business model standpoint, and we think
18   that there's an optimum balance between
19   personalization and privacy.
20            We think we've come up with a method of
21   doing that and one that doesn't offend the consumer
22   and their ability to do it but yet does give the
23   tools needed to the sites so that they can continue
24   to make money in their commerce sites and/or money
25   in their content sites.

136

1           So thank you.

2           MS. LANDESBERG:  Thank you, Peter.  Our

3    next speaker is Johnny Anderson, President and CEO

4    of Hot Data doing double duty for us today.

5           MR. ANDERSON:  Thanks, Martha.  I wanted to

6    take a second and kind of look at a higher level on

7    how companies interact with customers and what are

8    the analytic and customer relationship management

9    applications that are driving a lot of the demand

10   for third-party information.

11          This really depicts a pretty typical

12   architecture of a CRM application that any marketer

13   would use one or more components of.  At the bottom

14   what you see is customer touch points.  That's how

15   businesses will either get information from their

16   customers and prospects or communicate with them.

17          So on the left-hand side you see kind of

18   the outbound communications media that a business

19   will use to communicate directly with the customer.

20   This is not TV and radio ads and so forth, but

21   they'll really use kind of Email, direct mail and

22   maybe some telemarketing either from an in-house

23   organization where they have their own telesales

24   organization or a contracted organization.

25          And on the right, what you will see is

 1    really the way that people get information and then
 2    sometimes communicate with their customers, and
 3    that would be kiosks, which is kind of a new
 4    emerging way to communicate with customers.  You're
 5    starting to see kiosks in, of all places, baseball
 6    parks where the San Diego Padres have a customer
 7    loyalty program.

 8          And a customer puts in their preferences
 9    when they sign up for the customer loyalty program.
10    When they visit the ball park they'll get the 10
11    percent off coupon for a specific restaurant that
12    happens to be in the area.

13          In-house or in-store communications, and
14    we're now starting to see companies even like food
15    chains implement customer loyalty programs where
16    transactions are tracked so that customized offers
17    and customized coupons can now be delivered to a
18    specific consumer.

19          Call center being somebody is calling an
20    800 number and talking to a customer service
21    representative, either a sales rep or a support
22    representative, and then obviously the web as one
23    of the major ways that customers are getting
24    information about products and services that a
25    company may offer.

1          It is a web visit where they may fill out a
2   form that says, "Send me more information," and so
3   that companies are getting some explicit
4   personalization type information that says, If I'm
5   going to a dot com or another sports kind of web
6   site, I'm going to check that I'm interested in
7   golf, so send me some golf information.
8          That's really stored in an operational data
9   store that's used for day-to-day kind of activity.
10  That's the data store that a CRM system may use so
11  that sales reps and a call center get access to a
12  customer record when an inbound call comes in.
13  They may have some transaction information, maybe
14  used for actually back-end processing where order
15  fulfillment takes place, but it's the data store
16  that's being used on a day-to-day basis.
17          Some companies actually will have a
18  separate data store that is used for data
19  warehousing and the analytics, and that information
20  is transferred back and forth with some
21  synchronization, extraction, transformating and
22  loading where a lot of information is both
23  rationalized, and that is, Bill Smith is also
24  William Smith and Bill Smith came in through the
25  Web and William Smith called in on a call, and that

1    information is rationalized.

2         And then the analytical tools at the top

3    are the things that are really driving a lot of the

4    marketing automation pieces, and that's things like

5    campaign management.  If I understand who my target

6    audience is and who my best customers are, let me

7    generate a campaign and plan that campaign and

8    implement that campaign and then manage the results

9    from that campaign.

10        RFM analysis has been talked about already.

11   That's really understanding recency, frequency and

12   monetary transactions on a per customer basis,

13   really to understand who my best customer is, and

14   then to clone that customer and find more that just

15   look like them or be able to recognize them when

16   one of those comes into one of my touch points.

17        Category management's driven from that, and

18   that's really driving product synergies so if

19   somebody buys a particular product, they know,

20   through doing some category management analysis,

21   retail analytics, that a customer is likely to

22   purchase an additional product.

23        And then that starts to drive a lot of the

24   tools that marketing managers use to understand

25   their business, and those are things like data

1   visualization, being able to look at customer maps

2   for drive time analysis and trade area analysis;

3   reporting, so aggregate reporting on a per product

4   or per customer segment or per campaign

5   performance, and then other kinds of data mining,

6   being able to mine data that's transactional and

7   maybe inventory management type applications and

8   merging that kind of piece together.

9        Where Hot Data fits is really on the left

10  side of the equation, and that is we provide a set

11  of services that offer data quality and enhancement

12  of those databases, whether that's an operational

13  database or a data warehouse database.

14       The business models that are really in that

15  kind of space, and not just Hot Data related but

16  kind of industry wide, are really geared around

17  four sets of services.  Marty mentioned address

18  data quality, and that's a big part, not only in

19  the real world, but also on the electronic commerce

20  side of being able to verify that an address is a

21  deliverable address, that it is standardized to

22  Post Office standards so I get a better postal

23  rate, that I can manage the consumer's change of

24  address, i.e., the 20 percent of consumers that

25  move every year, that that can be tracked in a

1    database, and then geo-coding addresses so that

2    addresses can be looked at in terms of where people

3    live.

4         Data rationalization and standardizing,

5    that's understanding Bill Smith is William Smith.

6    Consumer data enhancement is enhancement of

7    demographic, psychographic, and business data

8    enhancement.  The flipside for us is that we also

9    deal with business to business marketers.

10        In a broad sense this is the architecture

11   that we use.  We house consumer household

12   information.  We house carrier route information.

13   We have services that house standardization, area

14   code update changes and U.S. national change of

15   address.

16        We provide customer data integration

17   technology to our customer, to our customers who

18   are contractually bound to the privacy use

19   restrictions and viewing restrictions that we pass

20   along to them, and that really from one click of a

21   button they can profile a subset or their entire

22   database and do things like address standardization

23   and profiling.

24        This is kind of a bright real world example

25   of what one of our customers uses, and they're

1   really a wireless broadband provider that was

2   really looking for -- to really target market.  I'm

3   sure a lot of DSL, everybody has probably got DSL

4   things in the mail, and when I did, I went to try

5   to sign up for it, and I was out of range, and I

6   couldn't sign up.

7        So they got me to respond, but they got me

8   to be hostile because I was outside the range, so

9   our customer really wanted to target people outside

10  10,000 foot radius from a central office, and after

11  having done some ideal customer profiling for them,

12  identified who their target should be and who their

13  ideal target should be in that particular

14  environment.

15       I am out of time, and the band's about to

16  start playing, so I'm going to turn it back to

17  Martha.

18       MS. LANDESBERG:  Thank you, Johnny.  Our

19  next speaker is Lynn Wunderman, CEO of I-Behavior,

20  also serving two roles for us today.

21       MS. WUNDERMAN:  Actually, I don't know if

22  it's true, but I heard a rumor here today that the

23  real reason we've been asked to be here is that

24  we're being auditioned for participants on a new TV

25  game show.  It's called "Database Marketing

1    Survivor," you know the one where they put a bunch

2    of database marketers in a room in Washington to

3    talk about their business models.  Last one

4    standing wins a million dollars.  Anybody else hear

5    this?  I think I probably better keep my day job.

6           Anyway, I'm here to talk to you today about

7    a company called I-Behavior, and I founded this

8    company with my father-in-law, Lester Wunderman,

9    yes, there is a family relationship for those who

10   have asked, and we created this company largely

11   with the vision to bring a lot of the art and

12   science of traditional direct marketing to the web

13   and to new media.

14          Now, our formula is really very

15   straightforward.  Everything that we do, the way we

16   manage data, the way we structure it, the way we

17   analyze it, all the products that we create from

18   data has its roots in a very simple but proven

19   principle we've known for decades as traditional

20   direct marketers.  You've heard this theme a lot

21   today.  Past behavior is the single, strongest

22   predictor of future behavior.  It's no coincidence

23   that our name is I-Behavior.

24          Now, we take for granted gaining access to

25   behavioral information in direct mail.  We can pick

144

1    up the phone.  We can call a list broker, and we

2    can rent names from one of any 30,000 plus odd

3    lists based on what people bought, when they bought

4    it, how much they spent.

5          Can't do that today on the Internet.  That

6    type of behavioral information doesn't exist.  We

7    have interest categories.  We have product

8    registration data, but not that level of

9    behavioral, experiential information.

10          Beyond that, what's been largely unexplored

11   is the opportunity to target and understand

12   consumers based on their multi-channel buying

13   behavior.  Even though we know that a merchant's

14   multi-channel shoppers, the buyers, tend to be

15   their best customers, in fact statistics show that

16   they're worth an average of over 30 percent more

17   than their single-channel counterparts, and we know

18   that those customers that can master these tools

19   will be the multi-channel winners of tomorrow.

20          So to fill this gap in the marketplace,

21   we've created one of the first, if not some say the

22   first, cooperative database that truly combines

23   highly detailed, transactional information on and

24   offline on known direct channel buyers.

25          Now, before anybody starts slinging arrows

1    up here, I will tell you that there are significant

2    privacy safeguards built into this product, but

3    before I get to them, I want to make sure that

4    everyone has an understanding of the business model

5    so they have the context in which to evaluate them.

6            First of all, I mentioned earlier for those

7    of you who are not familiar with the concept of a

8    co-op database, it's created when marketers pool

9    all their customer names and related buying

10   behavior in order to gain access to names of

11   qualified prospects as well as additional data on

12   their current customers that would otherwise be

13   unavailable in the marketplace by which to build

14   their business.

15           Now, this is a proven business model in the

16   offline catalog industry.  I'm sure you're probably

17   familiar with names of companies such as Abacus.

18   Experian has a similar offline product catalog

19   called Z-24.

20           The reason that these products are so

21   successful is really two basic things; number 1,

22   the superior performance of a list.  The fact that

23   all this rich behavioral information goes in to

24   fuel the selections, they have significantly higher

25   response rates than the average mailing list,

1   outside mailing list, by which one would normally

2   have the opportunity to do prospecting in the world

3   today.

4          Secondly, in terms of their pricing, they

5   are offered to members, and by the way only members

6   have access to these names.  You have to contribute

7   in order to get data out.  Members get access to

8   these names at a preferred rate, virtually half the

9   price of a standard vertical list today.

10         So what we're doing at I-Behavior is we're

11  expanding this context so that beyond catalogers

12  we're including publishers, E-tailers, club and

13  continuity marketers, virtually anyone who does

14  direct-channel marketing, and we're creating it in

15  a way that's a true multi-channel vehicle so that

16  you can target more efficiently the Email and

17  postal mail today.  Tomorrow it will incorporate

18  wireless, interactive television and virtually all

19  forms of addressable media.

20         Now, there are two reasons why marketers

21  want to gain access to the data.  The first and

22  most obvious is prospecting, and certainly you can

23  see by the way that we consolidate information

24  across marketers, across channels, we have a much

25  more complete portrait of these shoppers, their

1    buying patterns and their value.

2           This thing is bigger, smarter than any

3    single marketer could ever create on their own.

4    That's because when we take data in from a

5    merchant, we get it down to each transaction, the

6    entire shopping basket of a person's purchases so

7    that we can collect all the rich recency,

8    frequency, monetary value information we've been

9    talking about earlier today as well as we also get

10   one component that's generally not been available

11   in co-op databases previously.

12          Instead of just giving to each marketer who

13   participates, to all their transactions, some high

14   level general category associated with the affinity

15   for that particular property, we actually get item

16   level data so that we know exact products down to

17   the SKU level that an individual is buying, and I

18   can tell you that that is incredibly powerful

19   information from a predictive standpoint when

20   you're looking for those subtle predictive patterns

21   in the data for those kinds of tools that we were

22   talking about earlier today.

23          Now, we have proprietary technology that

24   allows us to create a common language across

25   marketers that we can really leverage the value of

148

1    this product level information.  We also have

2    proprietary technology that helps us link multiple

3    Email addresses back to a single individual and

4    optimize the match between the on-and the offline

5    data, but I'm not here to talk to you about some of

6    our competitive strengths.  I really want to focus

7    on the business model itself.

8            There are two key features that I think are

9    inherent in the kinds of co-op you should be aware

10   of.  First of all, this is the only place on the

11   Internet today where you are assured of not talking

12   to your own customers as prospects.  That's

13   because, unlike in the traditional direct mail

14   community where mailers are really familiar and

15   comfortable with the process of sending their files

16   to a compiler -- I'm sorry, to a reputable service

17   bureau, I see I'm getting short on time here,

18   whereby they can exchange their names, they can

19   unduplicate them, you can suppress out your current

20   customers, we already know who your customers are

21   because we already have them in the database.

22           Secondly, it's a closed loop process so

23   when we send an Email to someone about this

24   product, they may read the Email.  They may not

25   respond to that particular communication, but if

1    they remember the marketer and two or three weeks

2    later they have a particular need, they go to the

3    Web site and they buy, we would know about that,

4    not because we're tracking anything in terms of

5    cookies.  I don't want to get anywhere near that,

6    in terms of your surfing of the Web, but we know

7    because the merchant sends us back their data.

8         We match that back to our contact history.

9    We get smarter about targeting you the next time

10   around in the future, even if we don't get credit

11   for that response, because we maintain a

12   professional history on the file.

13        Now, the fact that we maintain a promotion

14   history is really of true benefit to both the

15   consumer and to the merchant.  First of all, it

16   allows us to identify habitual non responders.

17   That's very important.  Don't want to keep mailing

18   to people who don't want to purchase from you.

19        Secondly, we keep tabs on any correlating

20   between the volume of mail so we can look at your

21   individual saturation rate and any negative

22   correlation against response.

23        Now, the second way that mailers want to

24   gain access to this database is to be able to

25   target their own and mine the value of their own

1    customers.   Now, we can do that to help them expand
2    it into new categories, to reactivate lapsed
3    buyers, to turn their offline buyers to more
4    efficient online buyers.
5        So, for example, if an apparel merchant
6    comes and says, "We're expanding into swimwear,"
7    and they may say, "I want to target everybody in
8    own our file that has bought from us in the last
9    12 months, who has bought swimwear from any other
10   merchant in your database.  We'll create a one time
11   file, do a one time mailing.  Anybody who responds
12   to that mailing, they own the rights to that data.
13       But we will not append any information
14   permanently to that marketer's files, not an Email
15   address, not a transaction because we don't have
16   marketing rights, and there are privacy issues
17   attached to that.
18       What we will append on an ongoing basis are
19   model scores.  Remember from our discussion
20   earlier, it's nothing more than a mathematical
21   probability.  I have a .8, you have a .4.  I'm
22   twice as likely to buy swimwear as you are.  Even
23   if we have the same score, you don't really know
24   what it is in terms of personally identifiable
25   information that got us there because it's a

151

1    formula, and it's made up like a Chinese menu.  I

2    got there because of age and income.  You're there

3    because you just bought shoes over the Web and you

4    have kids.  We don't necessarily have the same

5    profile.

6         I will also say that there's some other

7    creative ways to use these tools.  In fact you can

8    use them to serve up dynamic content right on the

9    Web site to register users.

10        Now, I promised you that we would talk

11   about privacy, and I just want to say that in terms

12   of the offline data, we follow the industry

13   standard which is opt-out for direct mail

14   solicitations.  We're not looking to reinvent the

15   wheel in direct marketing from that standpoint.

16   All of our member companies actively notify the

17   people who buy from them that they share data with

18   trusted third-parties.

19        If they choose not to do that, they send a

20   request to the merchant.  That data comes back to

21   us in one of their updates, and that information is

22   removed in the course of our database build.

23        However, online is a different animal, and

24   we know that people have different expectations

25   from a privacy perspective online.  We respect

1    that.  We've been extremely proactive on the

2    privacy front going what we believe is really above

3    and beyond today's best practices in industry

4    standard.

5         First of all, this is a double opt-in

6    database, so in other words, no consumer will be

7    targeted for an Email communication unless they

8    raised their hand, self selected, and said they

9    actively agreed to participate.  When they do, we

10   allow them to tell us the maximum number of Emails

11   that they're willing to receive in any time period.

12        We will not exceed that.  We give them

13   access and control to the aggregated level of

14   information that we utilize for selections, so they

15   can come in, request a copy of their profile.  They

16   can say, "Don't use this Email address, use that

17   one.  I know I bought sports equipment in the past;

18   but you know what, that was just a gift, please

19   don't send me any more sports offers."  Obviously,

20   they can opt-out at any point in time.

21        I will also tell you that we do not allow

22   marketers to cherry-pick this file.  They can not

23   come in and say, We want people of this age and

24   this income who bought these products in this time

25   frame."  Not online, because as far as we're

1    concerned, anyone who would respond to that kind of

2    an offer, you could attach that purchase history

3    and that profile of the individual and you would be

4    releasing personally identifiable information, and

5    we don't think you should do that.

6          So we work with the marketer to understand,

7    What's the product you're selling, what's your

8    price point, what's the promotional nature of your

9    offer.  We construct targeting tools, create a

10   composite score, rank them on the database.  All

11   you know is these people had a score of .75 and

12   above.  That's nothing in terms of personally

13   identifiable information.

14         Finally, we do not release any of the data

15   on this file to -- no addresses -- to anyone for

16   any purpose beyond a reputable service bureau

17   offline.  They go seemlessly through our own

18   service bureau online.  They never get access to

19   the data.

20         I will also tell you that we took this

21   concept into consumer research.  We told them what

22   kind of data we have, how it benefits them, what we

23   do with it, what we don't do with it, and they were

24   not only very positive about the concept, they

25   actually embraced our privacy policies.

1         So, in summary, I just want to say that we

2    have a proven business model in terms of the

3    behavior-based co-op, which has been expanded to

4    meet the unique needs of multi-channel marketers.

5    We have superior technology and a level of data

6    that helps us generate superior behavior

7    predictions at a good value to our clients, and

8    we're doing it in a way that we believe respects

9    consumer privacy and is looking to set new

10   standards in that area.

11        Thank you.

12        MS. LANDESBERG:  Thank you, Lynn.  The last

13   speaker on our panel today is Jerry Cerasale,

14   Senior Vice President for Government Affairs at the

15   Direct Marketing Association.  Jerry joined the DMA

16   in January 1995 and is in charge of the DMA's

17   contact with Congress, all federal agencies and

18   state and local governments, a very busy man.

19        Thanks for being with us.

20        MR. CERASALE:  Thank you, Martha.  Lynn,

21   just so you know, for this panel, I'm the last one

22   standing, so send the check.

23        Before I get to my slides, I wanted to

24   just, first of all, thank the FTC for having me

25   here and for having this workshop.

1             I wanted to make three quick points.  The

2       first is that the information that we're talking

3       about today is marketing information, information

4       that's used to send you a solicitation, an offer

5       for something.  It's not being used to give you

6       employment or refuse employment or anything of that

7       sort or for insurance, whether or not you're

8       eligible for insurance and things like that.

9             In particular as well, just to get on a

10      topic that was raised, DMA guidelines would also

11      say that information that comes from a doctor-

12      patient or medical provider-patient relationship

13      should be only on a consent basis, and that's

14      pretty well standard within the industry as far as

15      we know.

16            Second, the information that you gather is

17      basically to send a solicitation about a particular

18      product, so it only goes once.  It's a one-time use

19      that people use to try and find new, prospective

20      clients.

21            And third is that, generally speaking, the

22      information doesn't go to the marketer.  What you

23      receive is, the information goes to a service

24      bureau that is either sending out -- making phone

25      calls or sending out the mail pieces and then

 1   returned back to the -- it's not used again, so
 2   it's that kind of information that we're talking
 3   about.
 4       Martha asked me to talk specifically about
 5   prospecting and why we do it and how is it used, so
 6   I wanted to use because of my -- to make it simple
 7   so I could understand it, use some hypotheticals,
 8   and if Allison gives me time, I'll go to some more
 9   specifics after the hypotheticals, depending how
10   nice she is to me.
11       The first is the idea of a new company.  I
12   just started something, I have a brand new idea.
13   Think about Marty's view when he had the list of
14   what marketers have and what compilers have.  He
15   said marketers have information on their customers.
16       Well, I'm brand new.  I haven't got
17   anything.  I have no customers, nothing.  I have a
18   new idea for a new golf club, so what am I going to
19   do?  And the other thing is I'm going to sell it
20   over the Internet.  That's what I want to try and
21   do.  So what do I do?
22       Well, I'm going to go to a golfing magazine
23   likely and try and see if I can rent the list,
24   because those are people I would assume would be
25   interested in golf, and I'm going to use this list

1    to mail it because I'm starting to find -- and

2    we're starting to find that mail, snail mail is

3    being used successfully to drive customers to Web

4    sites to make sales.

5         We find that from our catalogers and so

6    forth, that it is a very important piece tool in

7    E-commerce or multi-channel marketing.  So, this is

8    what I want to do so.

9         So I go and get the golfing magazine list,

10   and it's one million names, and that is

11   outrageously expensive to send, so I can't do it,

12   so I want to go -- I go to an information compiler,

13   and I say, Look, I would like to have some more

14   information from an information provider, I want to

15   try and narrow this list down.

16        I think that maybe this piece would likely

17   be best suitable for women.  I think that it may be

18   for women probably over 40 because it helps give

19   distance, and if you really swing hard it messes up

20   the way the ball goes, so I think that that's what

21   I want, and I know that likely I think that it's

22   expensive, higher income, let's see if I can get

23   that from Census data.

24        I'm selling it over the net so I want to

25   use Win's stuff to make sure they're Internet-

1    enabled, and I think maybe five miles from a golf
2    course.  Let's just pick these out of the air.
3    Maybe we can get these things, and it finally comes
4    down to 500,000 pieces, people that I can send this
5    to, and that's within my budget, and that's what
6    I'm going to use, and that's how a marketer can try
7    and prospect a new start-up business.

8          Without the information from third parties,
9    I can't start.  I cannot start a catalog.  I cannot
10   start driving people.  I can try, put it up on a
11   Web site, see if search engines get me some people,
12   but that's not going to be a viable economic model.

13         Another idea for prospecting is a current
14   marketer looking for new customers.  The idea I'm
15   trying to use here, I'm selling books and probably
16   I'm selling books online, I'm trying to use online
17   and offline because this is supposed to be online
18   and offline information so these are my examples.

19         And I know because I sell books that
20   they're upper income, they're Internet-enabled and
21   these people that purchase from me happen to be
22   people who live more than 20 miles from a book
23   store and more than a hundred miles from a discount
24   book store, so that's my marketplace of my current
25   set of customers.

1          40 percent of Americans never purchase

2     remotely.  60 percent of Americans do, so I want to

3     try and reach some new customers, so I'm going to

4     go and try to find information that matches that

5     market because it works for me today, and I'm going

6     to send a mail piece to them.

7          I may in fact ask for a split on this test,

8     people who have purchased, those that were in the

9     60 percent piece of the pie, and those in the 40

10    percent that have never purchased, to try and see

11    if I can reach new customers differently through

12    this mail piece, and so I send it.

13         This is what I want.  This is the

14    information I asked for.  The information provider

15    supplies a list to the letter shop I'm going to

16    use.  They send it out.  They make sure the current

17    customers are deleted.  They use hopefully the DMA

18    mail preference list, and they prepare the pieces,

19    and they send them out.

20         I never see the list.  I only know someone

21    was on the list if in fact they come back and

22    purchase from me.  Then I would know that they

23    responded, so that's the only way it happens, and

24    that's generally how you use prospecting data.

25    That's to try and find someone new.  You know from

```
 1    past behavior or you have a guess, if you're brand
 2    new.  You don't have any past behavior in your --
 3    on your product.  You make a guess:  We think this
 4    is what the market is for.  That's how we use the
 5    prospecting.
 6            Now, let me give you a couple of quick
 7    examples of real life things that have been
 8    testified, to the process has been in Congress, in
 9    testimony before Congress.  One company is Grolier.
10    It's no longer in existence.  It's been bought out,
11    but Grolier is a bookseller selling things remotely
12    out of Danbury, Connecticut, and it basically sells
13    to children, basically sold discounted Dr. Seuss
14    books.
15            The market for this company was rural
16    Americans who lived more than 50 miles from a book
17    store, families that had young children and were
18    low income.  The only way for Grolier to find these
19    people to give them books that their children can
20    read or books that they could read to their
21    children was to have information to find them, so
22    it was necessary to have a free flow of
23    information.
24            And marketers -- the other is stylists, an
25    after-market automobile company that sells after-
```

1   products for minivans, seat belts that can be

2   adjusted better for children, back-up warnings on

3   minivans, so their market, families that own

4   minivans that have children that are outside of car

5   seats, to try to give them an offer of some safety

6   to add to their cars, and that's the market, and

7   they needed the information to try and find it.

8          One of the things that I want to make sure

9   that you also know, my time is now up, I did get

10  through the two examples, thank you, I didn't get

11  my million dollar check yet though, but the one

12  thing that the DMA says, you have to tell people

13  that you share information with third-parties and

14  give them an opportunity to say "no."

15         And that's really the basis, that people

16  who take the information and share with

17  third-parties have to tell you that they do that,

18  and to be a member of DMA you must do that.

19         Thank you for the time.

20         (Applause.)

21         MS. LANDESBERG:  Well, we have just a very

22  few minutes for questions from the audience.  If

23  you would raise your hand, and if do you have a

24  question, we'll bring the mike to you.

25         MR. HENDRICKS:  Two quick questions.  Evan

1    Hendricks, Privacy Times.  In the offline world, a
2    lot of times people want to know when they receive
3    a mailing, "Where did you get my name?"

4          Aren't there a lot of instances where
5    there's contractual language that prevents
6    organizations from disclosing that?  That's the
7    first question.

8          And the second question is I assume that
9    the 20 licensees of the NCOA sell new movers' lists
10   which they're able to produce because of the data
11   they get from NCOA, but do other companies also
12   sell new movers' lists?

13         MR. ANDERSON:  I'll answer the NCOA
14   question, and one of the restrictions that we have
15   from the USPS is that we specifically cannot
16   generate new movers' list, so this is specifically
17   -- our NCOA services are specifically for people
18   that are in a database, but we will not, cannot
19   contractually generate a new movers' list that can
20   then be sent out to marketers that are interested
21   in people that have just moved.

22         MR. HENDRICKS:  How are they generated,
23   where they're moving?

24         MR. ANDERSON:  A lot of other different
25   sources, but none of which come from the USPS.

1           MR. ABRAMS:  In terms of the question

2    about, "Where did you get my name?"  Increasingly

3    during the 12 years that I was with an information

4    aggregator, the contractual arrangements that

5    limited the ability of the marketer to say where

6    the name came from began to disappear from the

7    marketplace.

8           And increasingly organizations are

9    acquiring data from organizations that have given

10   notice, and organizations that even if they say,

11   "No, you can't tell them where the data came from"

12   they say "Pass on the name to us and we will call

13   the individual and let them know that we were the

14   source."

15          So while that was the norm ten years ago,

16   that norm has been changing over time.

17          MS. LANDESBERG:  Jerry, did you have a

18   comment?

19          MR. CERASALE:  I was going to just comment

20   specifically on the NCOA because actually there is

21   a contract, but no one can use that for marketing

22   purposes.  It's just to correct mailing lists, to

23   increase the efficiency of the Postal Service, so I

24   don't have a lot of those letters.

25          MS. LANDESBERG:  Other questions?  All

1   right, then.  Seeing no more questions, I would

2   like to thank our panelists for a wonderfully

3   informative session.

4          Thank you.  If I could ask you just to bear

5   with us for a moment, we'll go straight into the

6   next session -- so don't go anywhere.

7          (Discussion off the record.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   SESSION 4:   HOW DO MERGER AND EXCHANGE AFFECT

 2   CONSUMERS AND BUSINESSES?

 3   JESSICA RICH, Assistant Director, Division of

 4   Financial Practices, FTC, Moderator

 5

 6   PANELISTS

 7

 8   FRED CATE, Professor of Law and Harry T. Ice

 9   Faculty Fellow, Indiana University School of Law

10   JASON CATLETT, President, Junkbusters Corporation

11   JERRY CERASALE, Senior Vice President, Government

12   Affairs, Direct Marketing Association

13   MARY CULNAN, Slade Professor of Management and

14   Information Technology, Bentley College

15   EVAN HENDRICKS, Editor/Publisher, Privacy Times

16   RICK LANE, Director, eCommerce and Internet

17   Technology, U.S. Chamber of Commerce

18   GREGORY MILLER, Chief Privacy Officer and Vice

19   President of Corporate Development, MEconomy, Inc.

20   BRIAN TRETICK, Principal, eRisk Solutions, Ernst &

21   Young

22

23

24

25
```

```
 1                    SESSION FOUR
 2            HOW DO MERGER AND EXCHANGE AFFECT
 3               CONSUMERS AND BUSINESSES?
 4              -    -    -    -    -    -
 5          MS. RICH:  Hello.  If everyone can take
 6    your seats again, please.  We're going to start
 7    this next panel.  I'm Jessica Rich.  I'm an
 8    Assistant Director in the Division of Financial
 9    Practices here at the FTC, and I'll be moderating
10    this fourth panel, which will focus on the effects
11    of merging and exchanging consumer data on both
12    businesses and consumers.
13          In other words, how do consumers and
14    businesses benefit from these practices and what
15    concerns, if any, do these practices raise.
16          I think we've heard some references to the
17    various ways in which people benefit or some of the
18    concerns that people have, but we're trying to
19    drill down and talk more specifically about this
20    particular topic.
21          We have a great group of panelists for this
22    session.  We're going to start with brief
23    statements from each of them, three minutes each,
24    and we're going to hold everyone to that, but I
25    don't want to be too -- everyone has been great
```

 1    about keeping to their time, so I probably don't

 2    have to lecture them too much.

 3         Then we'll have a discussion among the

 4    panelists so we can examine the issues in greater

 5    detail, and we'll hopefully have time for

 6    questions.  I think for this panel questions are

 7    fairly important, so at about 3:15, if you're in --

 8    get ready to ask some questions if you're in this

 9    room, and if you're in one of the overflow rooms,

10    please come up to the door here so we can give you

11    a microphone to ask your question.

12         I want to emphasize that this is a long

13    panel, and it's easy to focus on a lot of different

14    topics, but we really want to focus on the effects

15    of the particular practices we're talking about

16    today, which is the merger and exchange of consumer

17    data, the effects on consumers and businesses, that

18    specific topic.

19         We're going to let our speakers go

20    alphabetically.  I think they may be seated

21    alphabetically, and we're going to start with Fred

22    Cate, and I'll introduce him.  He's a professor of

23    law and Harry T. Ice Faculty Fellow and Director of

24    the Information Law and Commerce Institute at the

25    Indiana University School of Law in Bloomington.

1        He also serves as senior counsel for

2    information law with Ice Miller Legal and Business

3    Advisors and is a visiting scholar at the American

4    Enterprise Institute.  He specializes in privacy

5    and information law and appears regularly before

6    various legislative committees and professional

7    groups on these matters.

8        Fred?

9        MR. CATE:  Great.  Thank you very much, and

10   thank you also for the opportunity to be here.

11       I've tried all morning long to condense

12   this to three minutes, and I think I've got it now,

13   so let me just make two points.  I'm just going to

14   take up one of the questions that was asked, and

15   that is the impact on consumers, and let me talk

16   about just briefly two points.

17       One of them is the use of information to

18   overcome the obstacles of market size and distance

19   to make it possible to deliver customer service,

20   customized service and personalized service to

21   customers, and there are many examples of this,

22   such as better targeting of what is stocked in

23   stores.

24       We've already heard about better targeting

25   of the type of mail or commercial offers that are

1     sent into homes, more accurate decision-making
2     about customers, about consumers who come seeking
3     service, greater convenience for consumers in many
4     ways all the way from having forms pre-filled in,
5     one call service center being able to change your
6     or address in multiple accounts with a single call,
7     loyalty programs.
8           I think frequent traveler programs are
9     something we almost all share in common at least in
10    this room, or returning goods without a receipt.
11    These are exactly the types of examples of, if you
12    will, sort of overcoming the type of problem that
13    large, diverse and particularly online markets
14    pose.
15          The second, I think, set of examples of the
16    real impact on consumers is where we see
17    dramatically new and different types of benefits,
18    and maybe the best example is lower cost, and this
19    is one area in which there's been a fair amount of
20    studies completed recently showing, for example,
21    Mike Turner's study, a billion dollars in the
22    retail apparel industry in cost reduction by the
23    ability to use personalized information, Walter
24    Kitchenman's study showing $85 to 100 billion in
25    annual savings in the mortgage credit market

1    because of access to personalized information, the

2    Staten and Barron Study showing $150 billion

3    annually in non mortgage credit, the Ernst & Young

4    study, Ernst & Young will be speaking later, $17

5    billion a year focusing just on 30 percent of

6    financial services companies.

7         The point is this consistent evidence from

8    these studies about the way in which the use of

9    personalized information saves consumers money, but

10   there are other good examples, either dramatically

11   new and different services, for example, the wider

12   availability of products and goods and services.

13        I don't mean simply expanded access to

14   credit, although we have studies clearly

15   demonstrating that, but even the points made on the

16   earlier panel about the way in which a business

17   operates, the way in which AOL got started by

18   sending out floppy disks to people who had

19   computers (and identifying people who had computers

20   of course was key to that strategy), and finally

21   the more apt, rapid and efficient, more accurate

22   fraud detection and prevention.

23        I think one thing that almost anyone who

24   works in that field will say is that personalized

25   information is the key to detecting and preventing

1    fraud.  If you don't have access to it, you'll lose
2    one of those key tools.

3         Thank you.

4         MS. RICH:  Next we have Jason Catlett.
5    He's President and Founder of Junkbusters
6    Corporation, a computer scientist with a Ph.D. in
7    data mining.  Dr. Catlett has worked on issues
8    relating to the interplay between technology,
9    marketing and privacy at such places as AT&T, Bell
10   Laboratories, the University of Sydney and various
11   other academic settings.

12        In addition to academic publications, Dr.
13   Catlett has contributed articles to such
14   publications as the Privacy Journal and Direct
15   Marketing News.

16        DR. CATLETT:  Thanks very much, Jessica,
17   and thanks again to the Commission for inviting me
18   today.

19        First let me put a concern to rest of Jerry
20   and anyone who feels like they're on a survivor
21   program, or Commissioner Swindle, that I'm not
22   going to be posting any profiles of people.  I did
23   go through an exercise that you can read in the
24   handout out there of asking people if they would be
25   willing to have their profiles posted and then

1   going to companies to actually see the profiles

2   that the consenting data subjects have.

3           Unfortunately, though I have a number of

4   volunteers, I have no company yet willing to place

5   on the table before us a real profile, which I

6   think is regrettable.

7           However, what I'm going to talk about today

8   is not that.  It's three points.  First, let me

9   state that Fred is absolutely right that the

10  benefits of information processing are enormous.

11          Let's remember, however, that the

12  overwhelming majority of those benefits come

13  without personally identifying information.

14  Wal-Mart is an extremely good example.  It's all

15  about inventory and forecasting, and most of the

16  benefits come without PII.

17          Where you do use personally identifying

18  information, as Marty Abrams pointed out, the vast

19  majority of that is about personal information that

20  the business already has and not that it gets from

21  third parties.

22          Now, turning to the question of whether

23  direct mail actually reduces -- sorry, targeting

24  that information reduces the amount of junk mail

25  that people get, in fact it actually increases it.

1    If you look at the historical trend from say 70

2    billion direct mail pieces per year in the United

3    States, it's been trending up as the technology has

4    made targeting better and better.

5         We do see more offers that people respond

6    to.  This is true, but the typical response rate

7    being in the low percentage figures as Michael

8    said, that results in a lot more junk, and Jerry's

9    example of the golf course magazine is a good one

10   here because without the information, a lot of

11   offers are uneconomical and would not be mailed.

12   So the additional information causes more offers to

13   be responded to, also causes more unwanted

14   solicitations because the information isn't

15   perfect.

16        Now, let me turn to some of the negative

17   aspects of personal information.  One that we

18   haven't discussed yet, I think is important, goes

19   under the name of dynamic pricing or price

20   discrimination.  The American public loathes the

21   idea that the person sitting next to them is

22   getting a lower price on the same goods that

23   they're getting.

24        They loathe the idea that I'm getting a

25   lower price than Fred is for example, and I think

1   Amazon learned this to their distress when it came

2   out that they were randomly, they said, pricing,

3   and Amazon very quickly stated that they would

4   never base price points on demographic information.

5   They said they didn't really have click stream

6   data.  I would like to see a clarification on that.

7          I'll wrap up with my last point, which is

8   the effect on non-participation.  I would dearly

9   love to see some figures that talked about the

10  impact on participation of profiling, but we don't

11  have those figures.  We just have figures that

12  Forester put out last year of $12 billion lost in

13  online commerce due to privacy concerns.

14         But those privacy concerns were not

15  specified to the level of particular profiles where

16  the people were concerned about SPAM, or about the

17  actual nature of the profiles.  We simply do not

18  know.

19         I'll leave it at that.

20         MS. RICH:  Great.  Jerry Cerasale is next.

21  He was just on the previous panel, but I'll remind

22  you that he's Senior Vice President of Government

23  Affairs at the Direct Marketing Association.

24         MR. CERASALE:  On this panel, still looking

25  for my million dollars, but whatever, I wanted to

1    just take a look at that study of restriction of

2    data that was released yesterday and just raise to

3    you that it's a billion dollars in just the apparel

4    area, but there's an additional study that's an

5    overlay on it that says that the individuals -- the

6    groups that purchase apparel remotely to a greater

7    extent, a greater proportion than their density in

8    the population, are rural Americans and

9    economically disadvantaged intercity, the people

10   who are not adequately served by brick and mortar

11   retailers, the people who don't have other choices,

12   who end up paying a disproportionate share of any

13   restrictions, cost of restrictions on privacy.

14          Those who have the fewest choices are the

15   ones who pay the most based on that study.

16          I want to add to what Fred had said.  What

17   we know is that the sharing of information helps

18   reduce fraud.  We've seen studies where fraud,

19   credit card fraud over the net in Europe is twice

20   as great as that in the United States.  We can

21   attribute that in part I guess because we're more

22   honest than Europeans, but I'm not certain that

23   that is the full case.

24          The real reason is that part of the

25   restriction in Europe is you can't use information

1    collected for purposes other than the specific

2    reason that information was collected, so a billing

3    address on a credit card cannot be used for

4    anything other than billing.

5         So that in the United States, if you're on

6    the Internet or even on the phone, if you call or

7    want to purchase a good and here's the credit card

8    saying, I'm Jerry Cerasale, give them a credit card

9    number, and it's being delivered to the billing

10   address, that's fine.

11        In Europe they can't check that.  In the

12   U.S. they can.  If it's not going to the billing

13   address, I'm sending it to my mother or ostensibly

14   I'm sending it to my mother, they ask for the

15   billing address.  If I can't give them the billing

16   address, then they figure it's probably not Jerry

17   Cerasale, so it's an added thing for fraud

18   prevention.

19        So information flow is important from that

20   score as well, giving benefits to people.  There

21   are an awful lot of jobs, low income jobs.  It's

22   interesting when you go on visits with senators and

23   representatives that they want direct marketers to

24   come with them to set up call centers, to set up

25   warehouses and so forth in areas where there are

1    economic downturn areas because they want to try to

2    build them up.

3           These are jobs that can be part time.

4    People can be trained fairly readily, so those are

5    advantages as well as choices to consumers.  You

6    also have employees and the efforts there in trying

7    to do that.

8           It also allows for easy entry, easier entry

9    for new businesses so that you can get greater

10   competition.  I do not have to build the store.  I

11   can be L.L. Bean in my basement getting a list of

12   Maine hunters, Maine hunting licenses, out of state

13   people, sell 15 shoes, have to repair 14 of them,

14   but that's how I start a billion dollar business.

15          Those are the things that can happen and

16   happen readily with the sharing of information.

17          Thanks.

18   MS. RICH:  Next we have Mary Culnan.  As we

19   noted earlier, Mary is the Slade professor of

20   Management and Information Technology at Bentley

21   College in Waltham, Massachusetts, where she

22   teaches and conducts research on information

23   privacy.

24   MS. CULNAN:  Thanks, Jessica.  My point I

25   would like to make in my three minutes is that fair

```
 1    information practices should apply to the merger
 2    and exchange of consumer data, that is to
 3    profiling, and it's not clear that it really does
 4    today.
 5           One way I think to close the trust gap and
 6    the misunderstanding that Commissioner Swindle
 7    talked about this morning is through much greater
 8    transparency about how compilers and co-op
 9    databases acquire personal information and what
10    they do with it.
11           There's some parallels here to the network
12    advertising model where in fact consumers do not
13    have a direct relationship with the compilers and
14    the co-op databases, and they frequently don't know
15    who these firms are, so if they wanted to contact
16    them, they would not know how to start.
17           So what are some of the things that we
18    need?  We need much more notice where data are
19    collected directly from consumers.  I've never seen
20    a notice that says, "We share your name with
21    carefully selected companies or carefully selected
22    third parties and one of America's largest data
23    compilers."
24           And I think to the consumer in fact the
25    idea of a carefully selected company, while in fact
```

the information is being shared for marketing
purposes, that is not the same thing to the
consumer as you buy from L.L. Bean and you get a
mailing from Eddie Bauer or something like that.

So I think that all the compilers should
provide an easy way for people to opt-out, and
there needs to be a better way for people to be
pointed to the Web site or however the opt-out is
handled, and I think the companies that enhance
their customer databases should include this fact
in their privacy notices just out of fairness.

There are a couple questions that need to
be answered.  What does opt-out mean for compiled
databases?  Does my personal information stay in
the database?  Is it still used for enhancement
purposes, or does it just mean that my name is
removed from the mailing list when people come to
get a prospecting list and it is just gone?

Should consumers be able to have their
personal information removed from a compiled
database?  And then, second, the always popular
"What kind of access is appropriate?"

In conclusion, I think really there's a
need to bring consumers into the loop.  What I hear
-- it strikes me a lot of it is "We know what's

1    good for you" is kind of part paternalistic because

2    most consumers are smart, and they make good

3    choices in their own interest when they have

4    information.

5         And I think access to personal information

6    is not an entitlement just because people don't

7    know about the compilers, and basically then they

8    don't know about it.

9         Consumers do benefit a lot from compiling,

10   and I think the marketing profession needs to

11   develop some effective strategies to educate and

12   communicate with consumers the benefits of

13   profiling and that these benefits outweigh the

14   risks, which also means that the people that hold

15   these databases have to make sure that they have

16   very good privacy policies in place and that they

17   enforce them.

18        MS. RICH:  Next we have Evan Hendricks.

19   Evan is the Editor and Publisher of Privacy Times,

20   a biweekly newsletter that reports on privacy and

21   freedom of information law.  He's also the author

22   of several other publications on consumer privacy,

23   including his book "Your Right to Privacy" and he's

24   Chairman of the U.S. Privacy Council.

25        He regularly lectures on information policy

1      issues in the U.S., Canada and Europe.

2            MR. HENDRICKS:  Thank you, and thank you to

3      the FTC for the hard work they've put into this and

4      the opportunity.

5            In January I had the good fortune of

6      hearing Commissioner Swindle speak not once but

7      twice in different gatherings, and he said

8      something that I strongly agree with.

9            He said that when we talk about this issue,

10     we should not talk about it emotionally because it

11     can be an emotional issue, and it doesn't really

12     help.  This is something we need really more light

13     than heat, so I made a commitment to him that when

14     I come before the FTC, I will not discuss this

15     emotionally.

16           And then I started thinking about it this

17     morning, and I started getting really mad because I

18     love to talk about this emotionally, but I'm a man

19     of my word, so I can't do that.

20           Seriously I think that we should speak

21     about this in cool and analytical ways, and I

22     think, first of all, there's a greater irony here,

23     and one of the ironies is that the direct marketing

24     industry was subsidized by the taxpayers.  The

25     direct marketing industry was able to get public

1    records at low or no cost, which was a great way to
2    start a business if you can get your primary source
3    that makes your business possible paid for by
4    taxpayers.

5        We've seen it -- and that's not such a bad
6    thing.  We've seen it with investment in computer
7    chips by the Defense Department has led to the
8    computer revolution, but let's recognize that as
9    people speak against government regulation, what
10   got them to a point where they can speak about
11   that.

12       Second of all, I think already from today
13   and all the years I've seen leading up to this, on
14   the issue of warranty cards, I think there's enough
15   evidence to justify an investigation of unfair and
16   deceptive trade practices.

17       I think it's widely understood that
18   consumers fill out warranty cards thinking that
19   they need to do this for the warranty to be good,
20   and in fact you do not need to fill out a warranty
21   card for the warranty to be good.

22       The purpose of warranty cards is generally
23   to collect information by database companies.  It
24   is then sold and used for other purposes, and
25   warranty cards are one of the primary sources of

1    unlisted phone numbers, which people are unable --

2    companies are unable to buy from phone companies,

3    but they can get them.

4         And I think it shows that people who pay

5    extra for an unlisted phone number would not be

6    giving their unlisted phone numbers if they knew

7    that information was going to be sold on the open

8    market, so I think we have a real problem there

9    that deserves official attention.

10         I think another example -- since I only

11    have three minutes, another example of something

12    that cries out for concern is say a company like

13    American Student Lists based in New York.

14    Factually, for instance, they have over 12 million

15    names of children ranging in age from 2 to 13 years

16    representing PK through 8th grade.  All names are

17    selectable by age, birth date and heads of

18    households, and approximately 25 million age birth

19    through 17 compiled from numerous direct response

20    sources selectable by age, birth date, head of

21    household, income and geography.

22         Well, I doubt that most of the people in

23    those categories or their parents really had a

24    chance to exercise much in the way of notice and

25    choice.

1           A third area of I think concern which now

2      -- finally the good thing about the workshop -- is

3      it is being described as a very routine process and

4      it has been for years, but that is not known to

5      consumers, is the idea of enhancing your database,

6      which really means by virtue of being a customer of

7      a bank or of an Internet provider or whatever,

8      because you're a customer, then they go to outside

9      sources of data and fatten their file on you

10     saying, This is what kind of car you drive, this is

11     what kind of home you own, this is your estimated

12     income, do you have children.

13          And I think that there is again no notice,

14     awareness or education to consumers about what's

15     happening and certainly no rights for individuals

16     to do anything about it; and I think that is a very

17     significant privacy issue because if you join a

18     company, you know they're going to have information

19     on you as a customer, but when they merge

20     information, they're basically creating a whole new

21     file that you don't know about.

22          I think also the whole issue of public

23     records, I think that in public records, it's a

24     difficult issue.  As a FOIA advocate, I think there

25     should be public access to public records, but when

1    it's personal data, I think we should apply the

2    purpose test that we find in Fair Information

3    Practices and that if it's a driving record, it can

4    be accessed for driving purposes.

5          Well, if it's a voter record, and in answer

6    to one of the earlier questions, Are there

7    restrictions on public records, half the states

8    have laws that say you cannot use voting records

9    and the other half don't, but I think the idea is

10    that if it will interfere with people's right to

11    vote, if they're concerned that their information

12    will be used for commercial purposes, that's the

13    purpose of the privacy law there.

14          I think we have to apply that kind of

15    purpose test where people can get access to a

16    voter's list if they're doing a campaign.  How do

17    we do that?  I think one way to do it is that I

18    think we should have to certify to the record

19    holder that you're using it for this purpose and

20    then have a notice sent to the data subject so they

21    know that someone has accessed their record.

22          That can be done either by postcard or

23    electronically to reduce cost, but I think that's

24    the direction we need to go to handle the public

25    records issue.

1          My final point is that I think there's a
2     lot of important players missing at this workshop
3     starting with Acxiom, which has records on over a
4     hundred million Americans, something like 120
5     million Americans pulled from all sorts of sources.
6     I commend you to two articles in the Washington
7     Post that dealt with Acxiom over the last couple
8     years.
9          I think a lot of hard work goes into
10    putting a workshop together like this all the way
11    up and down the Commission, and I think it's a
12    disservice to the Commission and the American
13    public if a major player like Acxiom and other
14    players like that don't participate to shed light
15    on what they do.
16          Thank you.
17          MS. RICH:  Our next panelist is Rick Lane.
18    He's the director of E-Commerce and Internet
19    Technology for the U.S. Chamber of Commerce, where
20    he's responsible for coordinating the development
21    and implementation of the Chamber's E-commerce and
22    technology, legislative, and policy initiatives.
23          Mr. Lane has served in leadership positions
24    on a variety of federal, state and local
25    commissions and committees, including the

1    Montgomery County Cable and Communications Advisory

2    Committee.

3          Rick?

4          MR. LANE:  Thank you very much.  I just

5    have a quick question.  How many people in the

6    audience have started a small business, have

7    started their own business?

8          That's what this is all about.  That's what

9    we're talking about in the free flow of information

10   and being able to have entrepreneurialism in this

11   country.

12         I started my own business called Cyber

13   Sports.  We spent a lot of money in development of

14   a product, and basically what the product was was a

15   database that college and university sports

16   programs could use to help track the college

17   recruits that they were recruiting through the

18   recruiting process.

19         In the old days they had paper files, and

20   they had problems complying with NCAA requirements,

21   but how did I get that product to market?  It was

22   easy for the most part to develop the product, but

23   how did we target our audience?  Our audience was

24   college coaches.

25         What we did was, first, we looked and

1    thought, Well, we can call every college and

2    university sports program in the country.  I think

3    there are about 5,000 colleges.  We were four

4    people.  We couldn't afford to do that.

5              So what we did was we found a list that was

6    already available, that had information on all the

7    college coaches in every sport across the country.

8    It made our life easier.  Then we got additional

9    information from other sources that put on top of

10   it the coaches win-loss records.

11             So we saw those coaches that were losing

12   would be a better potential market for our product

13   than those that were winning because the ones who

14   were winning figured, Hey, we already understand

15   this game.

16             And then on top of that, we took the

17   information of size of school because what we found

18   was the smaller the school, the more kids that they

19   had to recruit because they didn't have name

20   recognition.

21             I have a nephew who is six-three, 215, the

22   fastest kid on the team.  He's not hard to find.

23   He's going to be recruited by Michigan and Ohio

24   State and other schools are going to find him and

25   probably offer him a scholarship, but what about

1    the kids who are in the smaller towns and how do we

2    get information about them?

3           Here's the next part of the process, which

4    is people send information on college kids

5    throughout the country into these coaches'

6    databases which they search on grade point

7    averages, height, weight, positions and they fill

8    them.

9           Now, what we're talking about is, Is that a

10   bad thing?  Is offering kids scholarships a bad

11   endeavor?  We have information, these college

12   coaches, on thousands of kids based on public

13   information through newspaper articles and so on

14   and so forth.

15          Yet they are using it to offer kids

16   scholarships, and those of us who enjoy March

17   Madness think, well, maybe it's not a bad idea at

18   all, but what we found is the academic side of the

19   colleges liked it because we were tracking grades

20   and other information for the kids that were being

21   sent in, but then other departments who were

22   offering scholarships began using our software to

23   offer kids scholarships for music and academic

24   scholarships and drama and so on and so forth.

25          So the information flow is critical.  We

1    looked at it in Acxiom, yes, big macro, large

2    company, important to look at, but there are also a

3    lot of smaller, targeted uses of information

4    database and flow that is beneficial to the

5    foundation of this economy and how we operate.

6         So from our standpoint, we look at this

7    issue from a small business perspective.  Let's

8    give small businesses the opportunity to grow and

9    survive and to create competition in the markets

10   unlike in the EU, and let's not arbitrarily just

11   cut that information flow off.

12        Thank you.

13        MS. RICH:  Greg Miller is Interim Chief

14   Privacy Officer and Vice President of Corporate

15   Development for MEconomy, an Internet privacy

16   infrastructure venture.  Before joining that

17   company, Mr. Miller was Medicologic Netscape's

18   chief Internet strategist of governmental affairs

19   and a director of strategic marketing for Netscape.

20        Mr. Miller has worked on issues involving

21   technical Internet infrastructure, online marketing

22   strategy, including personalization and data

23   warehousing, and Internet security and privacy

24   policy issues.

25        Greg?

1          MR. MILLER:  Thank you, and I want to thank

2     the Commission for inviting me to participate this

3     afternoon.

4          Actually a little bit beyond MEconomy, I

5     have the privilege of being a venture capitalist,

6     not to be confused with capitalist, so MEconomy is

7     one of my portfolio companies.

8          But in the process of doing that, I

9     facilitate the development of emerging security and

10    privacy companies in the digital economy and advise

11    up-starts on issues of consumer privacy and

12    information security, and two very different, yet

13    perhaps paradoxically complementary sectors of

14    digital entertainment and U.S. health care.

15         I've been asked here today to participate

16    with my esteemed colleagues on an exploratory

17    discussion on the effects to business and consumers

18    of the merger and exchange of consumer information

19    and digital economy.

20         And of potential applicability to this

21    discussion, I spent the last six months working

22    with a client start-up to engineer an inflow

23    mediation and user registration system that was

24    designed specifically to address required

25    consorting of offline and online consumer

 1    information for multiple sources in order to create

 2    the best possible user experience and online

 3    digital entertainment while simultaneously

 4    respecting the privacy of those subscribers.

 5         Our solution, which we dubbed JOIN for

 6    "just opt-in," addressed many of the issues raised

 7    by this workshop, so the net of my work there, as

 8    it may contribute to today's discourse, can

 9    probably be summed up as follows:  Over time the

10    convergence, Consortium and brokering of personally

11    identifiable information, or PII, we believe will

12    require a balancing test between the needs of

13    business and the needs of consumers, nothing too

14    profound there.

15         And I can see the broken smiles of the

16    lawyers among us.  I call it YABT, "yet another

17    balancing test," and thankfully for all of us I'm

18    going to avoid going down that particular rat hole

19    of jurisprudence.

20         But anyway, what we learned last year in

21    this online music start-up was that consumers might

22    not worry about privacy per se as much as they

23    worry about surprises and uninvited interruptions,

24    and apparently Seth Goddin this week concurs at

25    least in part with that finding in the current

1    issue of Red Herring Magazine.

2         So I submit that consumers simply want to

3    be left alone and are not interested in being

4    interrupted, unless they've agreed to such as part

5    of the deal for receiving the information, product

6    or service that they're seeking.

7         I also submit that the majority of

8    businesses are not interested in snooping but

9    simply selling more products and services.  For

10   business success in the digital economy means

11   gathering information to improve the customer

12   experience and relationship.

13        Compiling information on consumers from

14   whatever source is legally available should be

15   intended to improve the customer experience and

16   nothing more, and this may mean not only sharing

17   and consorting of PII, but synthesis of data into

18   homogenized databases.

19        This can raise potential concerns.  The

20   ease with which PII can be extrapolated is

21   improving -- it's proving really possible to be a

22   very powerful thing and perhaps to one's detriment.

23        Witness Web M.D.'s move last week or the

24   week before to rescind their contractual

25   obligations to provide certain data to Quintiles,

1    one of their supply chain trading partners, due to

2    the technical wherewithal to ascertain an identity

3    with only a date of birth and a postal code.

4         I submit there are demonstrative benefits

5    to PII compilation and the downside in terms of

6    consumers' lack of confidence in business to do the

7    right thing or unwillingness to participate I think

8    can be addressed through what we call permission

9    based approaches to the data gathering use.  Of

10   course, consumers should be aware of the possible

11   misuse of PII but also understand the cost benefit.

12        So through that work we also came to the

13   conclusion that unless and until the incentives of

14   business and consumers are matched in a manner that

15   encourages and authorizes the compilation and usage

16   of PII, something we're studying right now at

17   MEconomy, this so-called digital economy we think

18   may stall.

19        For the consumer the concern should

20   probably run to security more than privacy as the

21   real threat may lie in identity theft.

22   Unfortunately we weren't able to find a lot of

23   empirical evidence last year on the use or misuse

24   of PII.

25        I think the digital economy is still fairly

1  nascent, but I think prospectively industry should

2  focus on the now well settled principles of notice,

3  choice and access, and as they're equally important

4  in the compilation of PII, we think the consumer

5  should be notified of information gathering

6  practices and policies whenever they're used in any

7  service, online or not, and where appropriate or

8  practical given the choice to participate in

9  advance of such gathering.

10       We think the compiled PII by business

11  should be accessible to the consumer's review, too,

12  and we think applying these three principles with

13  equal force and meaningful standards for each

14  empowers the consumer to take an active role in

15  protecting their own identity and its uses.

16       So as we grapple with the complex issues of

17  the underlying and I think most valuable commodity

18  of a digital economy, PII, I believe that notice,

19  choice and access can serve as safeguards for over-

20  reaching data collection, and I think that that

21  would be the basis for my contributions today, if

22  any, that are hopefully useful.

23       Thank you.

24       MS. RICH:  Thanks.  Lastly Brian Tretick is

25  a principal with Ernst & Young, who works in the

1    area of global privacy assurance and advisory

2    services.  He serves clients in the online

3    financial services, retail and software industries

4    focusing on the technological, organizational,

5    regulatory and third-party relationship aspects of

6    data privacy.

7         He also works in the firm's global privacy

8    practice where he helps to provide various

9    consolidated services, technical, advisory, and

10   legal, to Ernst & Young's global clients.  Brian?

11        MR. TRETICK:  Thank you, Jessica.  Prior to

12   this panel, you heard from marketers, and I

13   represent here the assurance industry.

14        I want to talk a little bit about what

15   companies are doing, especially companies that hold

16   on to marketing information, hold on to information

17   about their customers, merge third-party

18   information with that to get to know their

19   customers better and perhaps then provide an avenue

20   for other parties, their merchant partners,

21   business partners, to reach the company's customers

22   with those third-party messages.

23        First off, I would like to talk a little

24   bit about the organizational issues, namely, the

25   appointment of privacy officials, and these aren't

1      the privacy officials, the celebrity CPOs that were

2      appointed over the last year, year and a half.

3              These are people with a lot less glamor.

4      They have assurance, audit and compliance

5      responsibilities, so what we're doing, we're seeing

6      a push, an evolution of privacy and privacy

7      responsibilities out of the PR, the business

8      development type environments and down into the

9      business.

10             We're seeing an emergence of the roles and

11     responsibilities, the policies and procedures out

12     of marketing groups for marketing data, although

13     they need to keep executing those policies and

14     procedures.  There's someone with authority and

15     accountability in companies who is much more,

16     pardon the expression, humorless about the use of

17     information because they're much more regimented

18     and disciplined in their backgrounds.

19             So we're seeing those again

20     accountabilities and authorities extending outside

21     of the marketing arrangement, marketing groups, and

22     into business development, into other compliance

23     and auditing functions.

24             We're seeing the extension of security and

25     controls, again not just on Web sites.  All this

1    data is back in enterprise systems and increasing

2    technical, procedural controls in these situations,

3    and also assurances where management needs to

4    establish confidence among themselves that their

5    technology groups, that their business development

6    groups, customer service groups, marketing groups,

7    sort of fulfillment groups, are all meeting these

8    policies and procedures, these internal policies

9    and procedures.

10          So they're seeking assurance internally and

11    externally on these practices.  They're providing

12    training and awareness for their employees and

13    third-party vendors on their policies, on their

14    detailed practices, dos and don'ts, what they

15    should and should not do regarding the use of

16    collected data.

17          And they're also reregulating their

18    dealings with third parties, with people who they

19    receive information from and people who they

20    provide information to, vetting them, selecting

21    them carefully and doing due diligence and

22    including specific terms of use in contracts with

23    third parties and also then various verification

24    and monitoring.

25          The final point here is that these

1    companies are working again internally or with

2    third parties to establish assurances that their

3    controls are in place to prevent bad things from

4    happening, to discourage bad things from happening,

5    and to put controls in place to encourage the right

6    things, the appropriate business practices to

7    happen.

8         Thank you.

9         MS. RICH:  Thanks to everybody for your

10   prepared statements.

11        We thought it would be useful next to open

12   up the panel for a discussion of some of the issues

13   you touched on in your opening statements.  Some of

14   you have identified ways in which consumers and

15   businesses benefit from the merger and exchange of

16   data, for example, better targeting of ads, lower

17   costs, better customer service, lowering end

18   barriers for start-up, other examples.

19        I think it would be useful if the panelists

20   expanded on some of these points and had a chance

21   to comment on others' points that were made in this

22   area, and also if anybody has data to support or

23   even contradict the points they're making, if you

24   could mention it now, I think it would make for a

25   better discussion if there was any data and

1    everyone could hear about it.

2         I guess Jason is putting his tent up, so he

3    would like to start it off.

4         DR. CATLETT:  Thanks very much.  Let me

5    talk about dynamic pricing a little.  There's very

6    little data on this because companies don't put out

7    press releases saying," We are able to gouge our

8    customers to the extent of $6 million."

9         However, I would point you to an article in

10   Harvard Business Review last month that says that

11   an unnamed consumer electronics store was able to

12   differentiate between price sensitive consumers and

13   price insensitive consumers who were in a hurry and

14   to charge the more hurried customers a 20 percent

15   premium over the more diligent shopper, so that's

16   the only empirical data point that I have about

17   dynamic pricing, an area that's shrouded in

18   secrecy.

19        What could we possibly do about dynamic

20   pricing?  Well, there's a diversity of opinion

21   about whether this is a good thing.  The airline

22   industry does differential pricing, not based on

23   personal information, but whether, for example, you

24   want to be home with your wife and children on

25   Saturday night.

1          A benefit to rationing that, and I think
2    there's a diversity of opinion on whether dynamic
3    pricing is a good thing.
4          What privacy protections are necessary in
5    that environment?  I believe the appropriate one
6    here is that adopted in the EU's data directive
7    which gives the data subject not only the right to
8    see the base data on which the decisions are made,
9    but also to have an automated decision-making
10   process explained to him or her.
11         So that, for example, if an E-commerce
12   merchant is charging Fred $2 less for a paperback
13   book than it is charging me, then I can, in
14   principle, ask to have that decision-making process
15   explained to me, and then the merchant can say,
16   "Well, it's because of your past behavior in this
17   area," and then at least I have some understanding
18   on which to base my future behavior.
19         MS. RICH:  Is that Rick down there?
20         MR. LANE:  Yes.  Just a couple points.  On
21   the dynamic pricing issue, obviously that just puts
22   up red flags for us in terms of you're dictating
23   how businesses are going to charge particular
24   customers for particular items.  Does it mean
25   dynamic pricing includes presenting certain

1   customers with coupons that provide a 10 percent

2   discount over maybe my neighbor who doesn't get

3   that and based on my buying habits, and so that is

4   obviously of concern.

5        Also market forces, if what happened at

6   Amazon.com is accurate and all this brew-ha-ha

7   erupted, obviously there is concern in the

8   marketplace that reacted very quickly and swiftly

9   that consumers weren't ready for that or did not

10  appreciate that, and it stops, so there are market

11  forces already out there.

12       Also the direct marketing that Jason put

13  forth in his discussion about the increase in

14  direct marketing over the course of time, well,

15  yes, obviously there's been more mailings done.

16  There are more people in the country.

17       So, of course, you're going to have more

18  mailings.  There's more businesses.  There's more

19  small businesses, and we've had a dynamic growth

20  over the past couple years.  It's called economic

21  growth.  I thought it was a good thing.

22       So, yes, you're going to have more direct

23  marketing out there, but the fact is you're getting

24  less mail that's not of interest to you, and that's

25  a critical point, and that's what this is all

1    about.

2         DR. CATLETT:  Could I respond to that

3    quickly?  There are several factors at work, the

4    increase in population, the increase in the price

5    of paper and the price of postage, which Jerry I

6    guess constantly is working on, all work to cause

7    the total number of solicitations to vary for a

8    number of different areas.

9         But I think if you learn DM Math 101, you

10   will find that more information means more total

11   solicitations, more accepted solicitations, but

12   also more unwanted solicitations.

13        And on the issue of dynamic pricing, I

14   didn't seek to say that the Federal Trade

15   Commission should stop dynamic pricing or stop a

16   company from offering a coupon to a subset of its

17   customers based on the Claritas Prism rating or

18   whatever criterion.

19        I simply think that from the point of view

20   of privacy and fair information practices, the

21   consumer should have the right to see the

22   information that that decision is being based on.

23   The information may be incorrect, and they may be

24   missing out on something that they might otherwise

25   be entitled to, and the decision-making process

1    should be transparent.

2         If there is a trust gap, and I agree with

3    Commissioner Swindle and the many other speakers

4    who have said that there is a trust gap here, the

5    way to close that gap surely is greater

6    transparency, to give the consumer the right to see

7    what's going on and the right to delete it if they

8    don't want it.

9         MS. RICH:  Evan, you've been waiting

10   patiently, calmly.

11        MR. HENDRICKS:  And unemotionally too.

12        MR. RICH:  Unemotionally, yes.

13        MR. HENDRICKS:  Well, let's talk about

14   small business.  If you look -- I commend everyone

15   to the latest study from Forrester.  Jason cited

16   one earlier in our Privacy Times.  It's out on the

17   table.  We report on the latest Forrester which

18   looks at wireless, how privacy is not only integral

19   to wireless, but privacy is integral -- it's the

20   core business issue, and that it has to be dealt

21   with top to bottom or businesses will suffer.

22        And Forrester staff are not consumer

23   advocates or political.  They're just worried about

24   their clients' bottom line, and I think it's a very

25   important analysis.

```
 1              Let's talk about small business.  I mean,
 2     so much of being in business depends on your
 3     judgment as a businessman and what is your business
 4     model, and so sometimes you need information to
 5     make your business go, and sometimes you can
 6     configure your business so you don't need to rely
 7     on people's personal data.
 8              I started my small business in January
 9     1981, and I had $3 in my pocket, and I've not
10     borrowed money, and I'm still in small business
11     and -- is the business you described still going?
12              MR. LANE:  It's the number 1 recruiting
13     software in the country.
14              MR. HENDRICKS:  Excellent, excellent.  So
15     we like that, but I think the other thing that
16     happened to be in the 1980s is when the federal
17     agencies were making a lot of claims about computer
18     matching and that computer matching -- when I
19     wanted to match databases from different agencies
20     to fight fraud, they would make these projections
21     about how bad fraud was among federal agencies.
22              And I was part of studies that actually
23     drilled down and looked at the numbers, and we
24     found that the costs and the fraud projections were
25     completely specious.  There was no basis in fact to
```

1    them, and that they were just pulling numbers out

2    of the air.

3         So I look in today's Wall Street Journal,

4    and I see that the cost of the 90 largest financial

5    institutions will be $17 billion for some sort of

6    restrictions on sharing or selling customer

7    information, and Fred is quoted as saying that the

8    costs run into the trillions, so I look forward to

9    looking at those numbers too.

10        I'm very skeptical that these will hold up

11   to objective analysis and that the one thing when

12   you hear about Gramm Leach Bliley, notices will be

13   going to customers by banks of information

14   practices and privacy policy.

15        But Gramm Leach Bliley, the provisions in

16   there were -- that's what the banking lobby wanted.

17   They got what they wanted in this bill, and the

18   other proposals advocated by the consumer advocacy

19   community were rejected.

20        So this is a case where maybe they didn't

21   think out long enough what really were the best

22   privacy standards and the most cost efficient ones.

23        MS. RICH:  Fred?

24        MR. CATE:  Thank you very much.  I think

25   one of the points Evan makes, he raises one, and

1    frankly this goes to something Jason said which

2    might be worth following up on, several people have

3    mentioned, and Evan just did then, the question of

4    how many people don't engage in an activity because

5    of privacy fears and trying to put numbers, and

6    Forrester certainly tried to do that.

7         I think there's some reason to be a little

8    skeptical of that, and I think Europe is the reason

9    for that.  Europe offers the most restrictive set

10   of privacy laws we have on the books.

11        The polling data on reasons for staying

12   offline is just as high as in the U.S., so in the

13   presence of very high legal protection, you have a

14   very high anxiety rate.

15        Moreover, something else we seem to know is

16   that there's a certain disconnect here between what

17   you want to be worried about and what you are

18   worried about, that what we might perceive because

19   we don't know, because we don't understand, and

20   that this is also reflected frankly in a lot of

21   these -- a lot of these numbers.

22        And if you read the whole survey you see

23   what they were really talking about was something

24   different.  They were talking about security or

25   they were talking about some specific issue, not

1    the question of, Is this information going to be

2    shared.

3            They're worried about, Is the information

4    even going to get to the end point, but this

5    reminds me -- this is my segue alert.  This reminds

6    me of Jason's point, which I think actually is

7    excellent, dynamic pricing is an issue.  If it's a

8    problem, it's a problem that should be looked at as

9    a phenomenon itself.

10           And if Commissioner Swindle can get me a

11   cheaper fare home because I'm not going to be

12   subject to the sort of pricing that the airlines

13   use, I think that would be terrific.

14   Unfortunately, I guess jurisdiction doesn't extend

15   there.

16           But it highlights the sort of need to focus

17   on what is the use of the information that causes

18   the problem; in other words, not what's the specter

19   of uncertainty.  What's the way in which you can

20   sort of look across sort of all possible uses of

21   information.

22           But if in fact there is a use of

23   information, for example, we have all sorts of laws

24   in this country prohibiting discrimination, that

25   you would use information to discriminate in.  We

1  don't have nearly as many laws restricting the flow

2  of that information.  We have laws restricting the

3  use of that information.

4       You cannot use it to discriminate in

5  certain ways, housing, public accommodations and so

6  forth, and so I think really both of these points

7  highlight the importance of focusing on

8  demonstrated behavior and real harms as opposed to

9  sort of speculation and system wide regulation of

10  information flows.

11       MS. RICH:  Mary?

12       MS. CULNAN:  This is another segue alert,

13  but I think for the business people in the

14  audience, I mean, one way to think about privacy,

15  it's not really privacy, it's really disclosure.

16  You want consumers to be comfortable disclosing

17  information and allowing it to be used for

18  marketing.

19       And there have been a couple of good Harris

20  surveys that have looked at people's willingness to

21  disclose.  There was one done in 1997 so these were

22  mostly computer geeks in the sample because at that

23  time everybody wasn't on AOL like they are now.

24       But they asked some questions about, Have

25  you ever either lied or not disclosed information

1    to a Web site when they asked for it, and everybody

2    knows the numbers.  A huge number of people say,

3    Yes, at some point I did do this.

4         So then they asked, Well, what if the Web

5    site told you, gave you notice and choice, and a

6    huge -- about half the people who did not disclose

7    before or lied say, "Yeah, I'll disclose my

8    information then," or if you already had a previous

9    relationship with a firm, then a lot of people

10   would disclose.

11        I think what it says is you've got to get

12   at least notice and choice into the equation, and

13   it does make people more comfortable.

14        Now, the other interesting side to this is

15   there is still a clump of people that under any

16   circumstances are still not comfortable disclosing,

17   and the issue is, What is it that would make these

18   people disclose or, in fact, is this just how

19   marketing works, and there's a segment of people

20   that don't want to do business online.

21        MS. RICH:  Jason?

22        DR. CATLETT:  Let me go from those

23   habitual, non responders, who comprise

24   approximately half of the United States, back to

25   the dynamic pricing issue.

1          Rick said that market forces have corrected

2     that, and in the case of Amazon, I would feel a lot

3     more comfortable if Amazon disclosed the fact that

4     they were doing dynamic pricing.  This was not the

5     case.  It was discovered by someone who talked

6     about it on an Internet discussion group, and then

7     it went out to the media.

8          So I think again the problem we have is a

9     lack of transparency here.  If we want to

10    investigate the practice, we have a very difficult

11    time doing so, if we don't have a right of

12    consumers to see what information is being held

13    about them and how it is specifically being used in

14    their case.

15         MS. RICH:  Since we seem to be moving

16    partly into what effect this has on consumers, let

17    me just go back to a point made earlier, which is

18    if there are cost efficiencies and lower costs

19    generally from being able to share data, are any of

20    these cost efficiencies passed on to consumers?

21    Has anyone measured that or thought about that?

22    No.

23         Another point I just wanted to go back to

24    before we move into effects on consumers completely

25    is I heard different statements being made about

 1     whether the number of solicitations is really

 2     reduced when you can share data and target more

 3     efficiently with some people saying that, Yes,

 4     people will get fewer solicitations and others

 5     saying, Well, they'll be targeted more.

 6              Does anyone have any data on that or any

 7     information that would be useful in talking about

 8     that issue?

 9              Evan?

10          MR. HENDRICKS:  Well, in the credit cards,

11     we do have data out, just in the last few months,

12     showing that the response rate for pre approved

13     credit card is plummeting, and I think that deals

14     -- I mean, here's a situation where they're able to

15     use credit bureau data, highly targeted, and it's

16     just a question of the market is so saturated, and

17     there's not much differentiation anymore among the

18     credit card offers.

19              So I can't remember, someone told me it was

20     .4 percent or something was the response rate, so

21     the customer acquisition is going much higher, and

22     that's many factors.

23          DR. CATLETT:   They key point there is the

24     number of credit card solicitations is going up.

25          MS. RICH:  Jerry?

1          MR. CERASALE:  The basic -- this isn't
2    precise data, but the basic use of mail
3    solicitation tends to be standard mail, although
4    there are solicitations that go out first class,
5    and standard mail growth is growing faster than the
6    rest of the mail volume is growing, but
7    significantly below what would be expected in
8    the -- what was expected in the growing economy.
9          The Postal Service is coming in and asking
10   for new rates and so forth based on new market
11   forces, so that the amount of total volume of
12   standard mail is not growing, what would be
13   expected in the economy.
14         One of the things you can see has changed
15   over time, however, is what used to be known as
16   resident or occupant mail, that in standard mail
17   the non resident, non occupant mail percentage of
18   standard mail is growing, meaning that the
19   targeting has increased.  It's not just the
20   saturation shock on hitting every house everywhere,
21   even though those have the lowest postage rates
22   offered by the Postal Service.
23         So that type of data we have seen as well,
24   and the solicitations also tend to follow a pattern
25   of the economy, that if the economy turns down, you

1    tend to get a significant increase in standard mail

2    solicitations to try to drum up the business that's

3    being lost, and that lags the drop in the economy

4    about six months to nine months before that

5    plummets down as it follows the economy.

6         So that's what's happening.  You have an

7    increase in targeted pieces, less saturation pieces

8    going through the mail, but they are growing less

9    rapidly than they have historically based upon

10   what's happening in the economy.

11        DR. CATLETT:  Jerry, could you just clarify

12   that standard mail is what used to be called third

13   class mail?

14        MR. CERASALE:  Yes, that's what the Postal

15   Service used to call third class mail.  They now

16   changed it to standard.

17        MS. RICH:  Before we get too deep into

18   consumers, I realize I left out the piece of -- we

19   talked about the benefits for businesses of these

20   practices.

21        Does Greg or Brian or anyone else want to

22   talk about some of the downsides or the risks for

23   businesses of these practices?

24        MR. MILLER:  We both probably have

25   interesting remarks to make about this, and just

1    perhaps as a segue from the business side over to

2    the consumer side, I want to speak to you a moment

3    about infrastructure cost on the business side and

4    then how that transitions over to consumers.

5         And I have two quick case points for you

6    that would be great for you to comment on too, and

7    I will start with health care, which is where I

8    spent a lot of time in the medical records space,

9    and what we were trying to do at Medicalogic was

10   give to the consumer for the first time in history

11   a secure, authorized access to their authentic

12   medical history.

13        Well, it turns out that for most of us, our

14   medical history is comprised of several records,

15   our primary care physician and at least a couple of

16   specialists, and so what we were trying to do was

17   give a view port to that comprehensive medical

18   history, and that required literally the opt-in of

19   several physicians and the proactive relationship

20   building that went on with the patient to encourage

21   them to allow that.

22        That required a lot of infrastructure cost

23   for us in the consorting and homogenizing of that

24   data and creating the necessary safeguards to even

25   create Chinese walls, if you will, between the

1    dermatologist and the OB-GYN and the primary care

2    physician, so there was a view port challenge

3    there.

4         In the entertainment space, the most recent

5    case, we had a very challenging one with -- another

6    one of our panelists, Ted Wham and I worked

7    together on a project in the music space, and the

8    problem we had there was when you go buy music, you

9    don't say to yourself, I've got to go get me one of

10   those Sony records.  You say, I want to go buy a

11   Dave Matthews album.

12        You, the consumer, purchase by artist, but

13   the music industry, by which I mean the five record

14   labels that control 90 percent of the music that's

15   distributed worldwide, have their view of the world

16   on you.

17        So we literally had to engineer what we

18   called a data escrow service to ensure that privacy

19   policies across five labels actually reconciled

20   with one another and then the JOIN, the just opt-in

21   program, was the means by which we encouraged the

22   consumer to get the experience that we're really

23   looking for which was a unified locker service

24   which allowed them to compile all music they've

25   ever purchased across any label from any retailer

1    in history into one homogenized database.

2          This really presented a lot of problems

3    because all the labels jumped up immediately and

4    said, Not on my watch are you going to be mixing my

5    data with the data of Universal without my customer

6    explicit opting in says BMG, so we literally had to

7    create this membrane.

8          This produced some substantial costs, and I

9    dare say it may have been the straw that broke the

10   camel's back because unfortunately that company is

11   now in receivership.  They spent tons of money on

12   infrastructure to build the data escrow service

13   that would ensure the privacy policies of five

14   labels were maintained and protected and then still

15   get the subscriber, the consumer, opting in to

16   participate.

17         And I think that put a lot of pressure on

18   them from the standpoint of ensuring privacy as

19   well as building infrastructure that would support

20   and then shield them from a certain amount of

21   liability which I think segues over to you.

22         MR. HENDRICKS:  Also, Greg, wouldn't an FTC

23   standard, a uniform standard solve that problem

24   across those five Web sites?

25         MR. MILLER:  I think to a certain extent

1    that's possible, yeah, but it's interesting the

2    challenge of being a lawyer, working with lawyers

3    and their view of each of their privacy policies.

4         MR. TRETICK:  I think there are always some

5    risks in the exchange of any valuable asset, both

6    upstream and downstream from a marketing data

7    provider to a marketing data consumer company.

8         The providers are looking to make sure that

9    the information that they provide is going to

10   reputable and responsible parties and going to be

11   used in reputable and responsible manners, that

12   children's information that is being offered up

13   about all these school kids and college kids isn't

14   going out to market them, drugs, liquor, cigarettes

15   to athletes, things like that upstream.

16        Downstream is the same thing.  We want to

17   make sure that when we receive information it's

18   coming from sources that got this data under again

19   a reputable and responsible regime and that we can

20   reach out and touch these customers and make sure

21   then that they're not annoyed by our message, that

22   the frequency of being able to be touched is

23   reasonable, that the method of touching these

24   customers is reasonable and responsible and

25   appropriate for that.

1        So these are the risks that are faced both

2   upstream and downstream.

3        MR. CERASALE:  I think we're switching to

4   some risk to businesses.  I think the first risk a

5   business has is they promise more than they can

6   deliver, so that you have to make sure that you

7   promise to do certain things and that you can and

8   will be able to do it.

9        The risk -- the real risk you have, a

10  business has in sharing information is to become

11  complacent and sloppy.  If you don't treat the

12  information that's given to you as part of a trust

13  relationship, ensure that you have safeguards to

14  keep the data secure, you want to make sure -- as

15  you just said, you want to make sure to whom data

16  is being shared, what type of procedures, what type

17  of marketing piece is going out.

18       If you're just sharing data from one

19  marketer to another, you want to see what the

20  marketing piece is.  You want to make sure if

21  you're -- for a one time use that the list is

22  seeded so you can see, to make sure the person you

23  dealt with actually does, in fact, live up to his,

24  her, its agreement they had with you.

25       So that those -- and you have to train your

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

1   employees as they work with -- we've seen that way
2   back with -- an example that was publicly stated
3   here with Metro Mail where on the 13th phone call,
4   an untrained person gave information out.  You have
5   to make sure that you work that way because you can
6   quickly lose consumer trust.
7           A 60 Minutes program, something like that,
8   can destroy your business, so I think that that's a
9   big downside for businesses.
10          The upside is that you can try and grow and
11  expand and give people who don't have as many
12  choices more choices and so forth, but you can, if
13  you are reckless, totally destroy your business
14  with some mistakes.
15          MS. RICH:  I'll take Jason, and we'll move
16  on.
17          DR. CATLETT:  Thanks.  Building on Jerry's
18  point there, it's not any danger to the individual
19  company.  It's a danger to the collective trust by
20  consumers of companies and the technologies.
21          I would refer you to another Harvard
22  Business Review article by Susan Fornia called
23  "Preventing the Premature Death of Relationship
24  Marketing" in which she tells -- gives an example
25  of a supermarket with a loyalty card that would

1    send out personalized letters saying, You haven't

2    bought X lately, why don't you come in and buy some

3    more.

4           And of course, inevitably some woman became

5    pregnant, and the company -- the supermarket sent

6    out a solicitation saying, Why don't you come in

7    and buy some more tampons.

8           There are a number of similar horror

9    stories.  We heard the miscarriage example this

10   morning.  We've heard the prison inmate sending the

11   personal letter to Beverly Dennis.

12          It's very difficult to quantify the degree

13   to which the average consumer is aware of these

14   horror stories, but I think that the American

15   public is largely aware that they have very few

16   rights in these cases.  The company takes a PR hit.

17   They change supplier, but what about the individual

18   whose data was used inappropriately?

19          And I submit that the American consumer,

20   under current law in the U.S., has inadequate

21   recourse.

22          MS. RICH:  Well, in addition to these

23   issues Jason has just raised about how consumers

24   are affected, I think the main concern for

25   consumers that I heard identified in the opening

1    statements was whether the practices are

2    transparent to consumers.

3              Mary, you're nodding.  Would you like to

4    expand on the points you raised earlier in the

5    panel?

6              MS. CULNAN:  I just don't think people know

7    what's -- the average consumer knows what's going

8    on, and then the problem is, and it exacerbates the

9    trust gap, that people are surprised.  Then they

10   become unhappy.

11             And it's when -- wasn't what they were

12   expecting, wasn't the bargain that they bought

13   into, and so then they write to their members in

14   Congress or they do whatever, there end up being

15   stories in the newspaper, et cetera, and it causes

16   a lot of problems for the collective business

17   community.

18             One of the things I forgot to mention

19   before too, the people who were sort of the least

20   trusting and the more concerned about privacy and

21   the least willing to disclose were also the ones

22   who were most likely to favor legislation, so I

23   think there's a take-away there.

24             I think the industry can do a lot to help

25   educate people as they've done in other areas,

1    online privacy, kids privacy.  There were some

2    terrific presentations at today's sessions.  Why

3    not put them up on the Web?  Why not try to get

4    people to go there?

5         I think the DMA can play a big role in

6    terms of trying to push your members along to do

7    better disclosures by putting -- changing the model

8    disclosures in the compliance manuals to be more

9    forthcoming about what is really happening to your

10   information when it's shared or when you provide

11   it.  I think -- go ahead.

12        MS. RICH:  Before we talk about this issue,

13   could somebody, Jerry, Brian, somebody describe

14   what kind of notice is being provided regarding

15   these practices?

16        MR. CERASALE:  I can start this at least.

17   Notice has been provided by catalogers, for

18   example, for an awful long time, and the notices

19   generally -- I have a box of catalogs I was going

20   to give Martha, I forgot to do it, I'll do it later

21   now, that show on the order forms, basically is

22   where they are, mailing, preference service

23   information, so forth on how to, and they state

24   basically that information is shared with third

25   parties to send you -- to market to you offers that

1    you might be interested in, and if you don't want

2    that, either call this number or write to us here.

3          MS. RICH:  Does that encompass --

4          MR. CERASALE:  That's the notice that

5    generally comes in the off -- I would say in the

6    offline world.

7          Online is a little different in the sense

8    that there's more space.  The real estate is fairly

9    inexpensive, and some privacy policies are very

10   lengthy, as some people have heard when they went

11   to testify up on the Hill, a little bit too long,

12   so they can -- some of them are a little bit more

13   detailed in the offline world.

14         Plus if you have a network advertiser on

15   there, you have to add -- there's a whole slough of

16   more notices that are required.

17         MS. RICH:  When you say the notice says we

18   share with third-party, does that include sharing

19   with compilers?

20         MR. CERASALE:  Yes, that's the way it is

21   today, sharing with third parties for marketing

22   purposes to send you offers, and it does say for

23   marketing purposes, and that's where DMA requires

24   it be for marketing purposes as well, but that

25   would include that at this point, yes.

1          MS. RICH:  Do the notices talk about

2     bringing in data from third-party sources and to

3     provide overlays or other enhancements?

4          MR. CERASALE:  Generally the examples I

5     have with catalogers, they do not.

6          MS. CULNAN:  I would say, first of all, I

7     think again saying you share for marketing

8     purposes, most consumers understand that if you buy

9     X, you get Y where Y is the same industry as X, but

10    they don't understand compilers.

11         Second thing -- and now I've forgotten what

12    I was going to say.

13         MS. RICH:  We'll come back to you.

14         MS. CULNAN:  Oh, oh, oh.  The enhancement

15    thing, I have seen -- there was one excellent

16    financial services notice about enhancement that

17    basically said, We do profiling, we do data mining,

18    we acquire third-party data, non credit report

19    data, to understand how you use our card and we use

20    this to serve you better, and they had an opt-out

21    form right with the notice, and you could mail that

22    back or call the 800 number.

23         Unfortunately, with the Gramm Leach Bliley

24    requirement, that doesn't cause companies to have

25    to specify how they're going to use information,

1    just what they collect and who they disclose it to.

2    That very nice statement disappeared from the Gramm

3    Leach Bliley notice that this company has sent out,

4    which is now their de facto privacy notice.

5           So I think that's an issue that's probably

6    not going to get Congress to act on it, but again

7    more disclosure I think makes people more

8    comfortable.

9           MS. RICH:  Fred, were you going to address

10    this point?

11           MR. CATE:  Yes, and I have to say I am

12    genuinely confused, and that is we talk a lot about

13    transparency and that we all want transparency and

14    we want more transparency, we want more disclosure.

15           On the other hand, we know as a statistical

16    matter people don't read these, and therefore we're

17    saying we're going to make ourselves feel better

18    about privacy because we're going to mail a lot

19    more notices to people so they can throw those

20    away, but we can then say we've met disclosure

21    obligations.

22           And what I wonder is if there isn't a

23    better way, in other words, if there isn't a way to

24    make -- to go back to that point.

25           I mean, two things that have been said.

1    One is people don't want to be bothered, period.  I
2    think you could just stop there.  It doesn't need
3    to be qualified.  They don't want to be bothered
4    with privacy notices any more than they want to be
5    bothered with anything else.
6           And if you want empirical evidence of that,
7    just go home and set your own browser so it asks
8    you every time you get a cookie and see how long
9    you live under that system.
10          You just don't want to be bothered.  I
11   mean, it's that simple.  You will set the default
12   to accept all cookies or you will stop browsing on
13   the Internet.   I'm only describing 97 percent of
14   the population.  I know there are three of you out
15   there who will be different.
16          So is there a better way to provide to get
17   rid of the surprises, if you will, yet recognizing
18   people really don't want to be sort of educated
19   generally about this?  I mean, as a professional
20   educator, I know how hard it is to hold the
21   attention of anybody at any time, but the idea of
22   providing sort of a lesson on privacy at point of
23   sale, it's a little easier maybe on the Internet.
24          But it also comes back to that problem of
25   thinking specifically about when are we talking in

1    a transaction and what is the impact on the

2    consumer depending upon when that is?

3           At time of collection it's probably much

4    easier, Why am I asking you for this information,

5    here's why I'm asking, but that requires of course

6    that we're only talking someone who is dealing

7    directly with the consumer.  We're not talking

8    about any third-party activity there, and we're

9    talking about they're going to anticipate all

10   possible uses at that moment.

11          And of course remember that notice, if it's

12   complete, will be criticized as being overly

13   detailed, and if it is incomplete will be

14   criticized as forming a contract that doesn't

15   include all of its correct terms.

16          But what I worry about is the later use.

17   Back to the AOL example, AOL decides it wants to

18   start mailing disks to people's houses.  It didn't

19   have any dealings with any of those people.  It had

20   no chance to talk about consent with any of them.

21   It can't mail them notices for consent because to

22   do that, it would have to use the very information

23   we want them to get consent before they use.

24          What are they to do, buy ads educating

25   people, I'm a start-up business.  You have $3 in

1    your pocket but you can buy an ad in the New York

2    Times saying, let me educate you about something we

3    know the public is not interested in generally

4    being educated about?

5         I think it's a real conundrum that frankly

6    none of us, and I'm certainly including me, have

7    done a very good job getting at.

8         MS. RICH:  Evan?

9         MR. HENDRICKS:  That's why I brought up

10   earlier, I think it has to be case by case.  I

11   think we have to be practical here because nobody I

12   know in the privacy advocacy community wants to see

13   bad things done in the name of privacy.

14        That's why I brought up with the magazine

15   publishers, How about putting a box at the bottom

16   of the card?  It's not going to cost you anything.

17   A lot of people -- and it's opt-out, which is the

18   altar that many people here are praying at, and

19   still there was no willingness to commit to

20   anything like that, and I think that evidence is a

21   certain level of bad faith, to be frank.

22        I think the one -- the other thing I fear

23   is like the two real harms to privacy, the most

24   extreme harms are identity theft which is supposed

25   to be the fastest growing crime in the U.S., and

1    information brokers, the guys that get your

2    information.

3            And for many years the credit reporting

4    agencies have been the easiest target for those

5    people, and I think because of litigation under the

6    Fair Credit Reporting Act and business cases and

7    settlements and losses, the credit reporting

8    agencies, you're going to see them tightening and

9    tightening and tightening the procedures and

10   protections against those two threats.

11           And what you're going to see is the

12   identity thieves are going to be turning to these

13   other sources of data, and so when the marketing

14   material says this will only be used for marketing

15   purposes, I think there's a real warning cloud out

16   there about these existing threats that you can

17   anticipate.

18           And finally, I have to point to the

19   ToySmart case which the FTC is familiar with.   I

20   mean, here's a company that had a privacy policy.

21   It went bankrupt, and its privacy policy lost out

22   to its fiduciary duty to in that case the trustees

23   and the bankruptcy, that they had to sell their

24   data.

25           And I think that if a marketing company

1   basically says they only want to sell this

2   information for marketing, but if certain revenue

3   streams and opportunities come up which says that,

4   Well, you can sell more individual profiles for

5   different purposes for screening, then that's going

6   to create the same quandary because that

7   corporation will have a fiduciary duty to its

8   shareholders to go after those revenue streams.

9           MS. RICH:  We'll take Greg and then Jason,

10   and then we'll open it up for questions.

11           MR. MILLER:  Just a quick couple of points.

12   One, I also was sort of surprised this morning

13   about the response with regard to the check box on

14   the bottom of the card.

15           For some empirical data from the

16   entertainment industry from the focus groups we've

17   been working on, we actually got quite a different

18   result.  We discovered that if we engage consumers,

19   a trust relationship was built.

20           We started to minimize the notion of

21   surprising, and we actually found there was an

22   updraft or an uptake in people opting in if you

23   gave them the permission to opt-in.

24           I think one of the big fears about this,

25   from the marketers is that, Gosh, if we start

1    asking people for permission, they're going to say

2    no.  That was a suggestion this morning that was

3    made that, no, people won't fill it out.  They'll

4    actually not opt-in.  In fact, we find -- we have

5    empirical data that shows they will.

6          Another point we found out is nobody reads

7    the privacy policies, as Professor Cate observed

8    correctly, and we once we started describing to

9    people the notions of data gathering and what can

10   be done with it, that was really what started

11   sending people into a tizzy because, let's face it,

12   people have no idea what an aggregator is.

13         They don't know the difference between an

14   aggregator and a marketer.  They couldn't recite

15   that slide up there to make a conscious decision

16   about whether they should participate or not, and

17   as you begin to educate them, you end up drifting

18   into this rat hole of technicalities and nuances.

19         So we had that problem, and to speak to Mr.

20   Cate's notion of what do we about it, one thing

21   that we have been experimenting with is the sort of

22   interactive privacy policy, and it was because on

23   advice of legal counsel, somebody started saying,

24   Guess what, it turns out it's not really a policy,

25   it runs more like an agreement, like a terms of

1    service agreement.  We're going to find that a

2    privacy policy is in fact a contract, and that sent

3    up the red flag.

4         And we said, Okay, so we need to reengineer

5    the privacy policy and be an interactive document,

6    so what we did with the JOIN program is that we

7    asked people to actually read through the policy,

8    meanwhile in the back while we're consorting their

9    data and setting up their locker, and we asked them

10   to click off a check box between each major section

11   in the privacy policy.

12        And we started compiling that data to see

13   which sections people were reading and what they're

14   doing with it.  It also gave us some affirmation

15   that they had at least seen the privacy policy,

16   whether they were going to do anything about it or

17   not, and we found that that was pretty instructive.

18        And then finally the last thing was that in

19   the focus groups that we ran, and they were in New

20   York and Texas and North Carolina and Seattle,

21   Washington, Los Angeles as I recall, it turned out

22   that the most common thing that people reacted to

23   about what would happen with their data was again

24   being surprised, being bothered, not being left

25   alone.

1        They didn't give permission to get that

2    piece of mail or that announcement or whatever, and

3    the second thing, identity theft.  The second most

4    popular concern turned out to be identity theft,

5    and this is data, talking to people who are

6    consumers of musical and video entertainment and

7    are looking for ways to get that through the

8    Internet.

9        MS. RICH:  Jason?

10       DR. CATLETT:  Thanks.  I think the solution

11   to Fred's conundrum about transparency is to

12   guarantee each individual access to the data about

13   them.  If you think transparency means putting up a

14   long notice, I think that's very much mistaken.

15       Let's take the analogy with the federal

16   government departments.  I don't read the mission

17   statement of every federal government department

18   that might have personal data about me, but I know

19   that if I think they're doing something wrong, I

20   can put in a FOIA request, find out the specific

21   data they have and see if I need to fix something

22   there.

23       So I think a similar principle of

24   transparency would provide a lot of assurances

25   about direct marketing companies.  Unfortunately,

1     and other trade groups and companies have refused

2     not only to give general access to marketing data,

3     but also even at this workshop to show us specific

4     examples of known individuals who have consented to

5     it.

6          I think that's astonishingly arrogant, and

7     that the FTC should have a forceful response to

8     open up that transparency to the degree people

9     want.

10          MS. RICH:  Let me follow up.  Jerry, when

11     you said that the privacy policies, when they in

12     general talk about sharing with third-parties and

13     that encompasses sharing with compilers, is that --

14     some of the comments here made me realize we may

15     not have -- I didn't understand your response.

16          Does it actually discuss sharing with

17     compilers?

18          MR. CERASALE:  No, no.  It's sharing with

19     third parties.  The view of DMA is that data that

20     is shared should be subject to a notice and an

21     opportunity to say no, and that data can be shared

22     with third-parties for marketing purposes and

23     compilers.

24          And I think Win talked about making sure

25     the information they received had come from

1    marketers that had given notice and opt-out, so

2    that's where it's at.

3           As far as the general common notice, there

4    is no statement concerning compilers at this point.

5           MS. RICH:  We'll go to questions, but if

6    Fred and Evan could -- did you want to say

7    something?

8           MR. HENDRICKS:  Go to questions.

9           MS. RICH:  Fred, did you have something

10   very quick to say.

11          MR. CATE:  I just wanted to say, there is

12   now a data set, which Jason has reminded me of, and

13   that is if we're going to talk about the federal

14   FOIA, there's excellent data under what access

15   under FOIA costs, about the litigation it generates

16   and about the amount agencies spend on it.

17          At some point in the late 90s the agencies

18   stopped collecting data because the process of

19   collecting that data was high, but certainly for

20   the preceding 20 years, there's excellent data

21   which would be easily available to the Commission

22   on what complying with an access regime costs.

23          MS. RICH:  I saw some questions in the

24   audience, lots of questions.  This gentleman right

25   here was holding his hand up earlier, right here

1    with the gray or the -- I can't see in the light.

2            MR. O'HARROW:  I don't know if this is

3    going to work.  I'll talk into it.

4            MS. RICH:  Could you say your name?

5            MR. O'HARROW:  Robert O'Harrow.  I'm a

6    reporter at The Washington Post, and I have written

7    a little bit about this over the last couple years.

8            MS. RICH:  I didn't know who he was when I

9    called on him.

10           MR. O'HARROW:  That's okay, and excuse me,

11   and one thing I thought was very interesting, and

12   I've actually noticed it for several years is the

13   discussion oftentimes found its way back to the

14   question of whether or not the use of data

15   warehousing, data mining and so on increases or

16   reduces the mail that an individual receives at

17   home.

18           And then the discussion sort of surrounds

19   that for quite awhile, and I guess I wanted to sort

20   of raise a question of whether that's really the

21   issue.  It seems to me that in some ways it used to

22   be the issue, but in many cases it might be a

23   canard that tends to distract us from the larger

24   issue at hand, which I think is profiling.

25           And so I wanted to sort of raise that as an

1    open ended question, of whether or not that's

2    something that's salient at this point.

3           Secondarily, there was an assertion up

4    there that people don't want to be educated, and I

5    think what I've found in interviewing many, many

6    people and industry folks, academics and so on is

7    that the reality is that people don't want to read

8    legalistic privacy policies that are written to

9    meet a very low threshold for privacy disclosure.

10          I find it very difficult, and I've read a

11   lot of them, and some of them I've actually

12   understood.  In fact, I would have to say as gently

13   as possible that I don't think anything could be

14   further from the truth, and that at my paper, it's

15   one of the most widely read subjects that we've

16   written about and that people can't seem to get

17   enough of true, clear, explanation.

18          And oftentimes a clear explanation will

19   create a great deal of anxiety which, to loop back

20   to my original assertion about the direct marketing

21   and the mail and so on, the real issue, is the

22   question is, Do people want to feel like they're

23   being watched, and charted without their

24   permission?

25          Just some food for thought or if anybody

1    wants to address that.

2         MS. RICH:  Evan?

3         MR. HENDRICKS:  Yes, thank you.  I think it

4    is because some of the steadiest pollings by Lou

5    Harris and through the 1990s was, "Do you feel like

6    you're losing control of your data," and that was

7    the issue.

8         And, of course, the direct marketing

9    industry is in the business of sending out mail, so

10   they're going to try to refocus the issue there,

11   but the truth of the matter is what's driving this

12   issue is people feel they're losing control of

13   their data, and they don't like it, and they would

14   like something to be done about it.

15        MS. RICH:  Fred?

16        MR. CATE:  Yes.  I think on the education

17   point, of course it's exceptionally well taken.  If

18   you write it in language that people don't

19   understand, they're less likely to perceive it.

20        I think, however, the issue goes much

21   farther than that, and I think probably everyone in

22   the room would know it, and if you want to try a

23   test, have The Washington Post when people call to

24   subscribe or to buy classified ads read the first,

25   say, page of their privacy policy on the phone to

1    them, people aren't overly interested.

2         They really didn't want to go on.  They

3    want the service.  They couldn't care less.  Let's

4    move ahead.  It might be different if you were

5    going to a doctor or something, very contextual.

6         I understand that, but I think the problem

7    is, is when we talk about transparency, whether we

8    mean notices or that you tell everything you do or

9    you make it possible for them to find it, that

10   there really is a reality that people are not that

11   interested in that they love great stories.  They

12   love human interest stories and all of that.

13        But to describe the data processing

14   operation of a corporation, to have anyone do it,

15   the best marketer in the world, I just don't think

16   it can be done.

17        MR. O'HARROW:  If I could add one follow up

18   thought, which I think is interesting.  One of the

19   things that's interesting here is without a doubt

20   that without a doubt, people love the services,

21   even if they don't know how it's done.

22        There's no question, people are loving the

23   personalized services.  They're climbing on to the

24   stuff like crazy, and it's definitely the future of

25   business in our time.

1        Yet, when they find out how that service is

2   provided, and not just necessarily in a human

3   interest story, but let's say an analytical story,

4   they find -- we find that oftentimes they get

5   freaked out, and they're not so sure they like the

6   service under the terms that they've taken it.

7        MS. CULNAN:  Jessica, can I add just one

8   quick point?  I think we don't really know a lot

9   about sort of the consumer process of learning

10  about this and what really works.  We haven't done

11  a lot of research, and I think it's an area where

12  now that we've moved past sort of the, yes,

13  everyone is concerned about privacy kind of surveys

14  that are coming in, is to really do some academic

15  research.

16        What are the trade-offs people make?  What

17  kind of notices make sense?  I think the idea that,

18  well, notices are too hard to understand so let's

19  not have any notice at all is a bad idea, just my

20  personal preference.

21        There's also a lot of research that's

22  looked at justice, fairness, because this is what

23  this is really about, treating people fairly, and a

24  lot of times people may not want to read the policy

25  or they may not want to exercise their rights under

1    some kind of a justice system, but they want to
2    know that they have the rights, and that then makes
3    them more comfortable in participating, and it
4    makes them think things are fair.
5         So even if they don't click on the privacy
6    policy, they may want to see that link.
7         DR. CATLETT:  Just to comment on Robert's
8    observation that people like the product but when
9    they found out how it's made, they're not so sure,
10   it reminds me of Prince Von Bismark's remark that
11   the less people know about what goes into making
12   laws and sausages, the better they'll sleep at
13   night.
14        I think that the food analogy is a useful
15   one here.  Congress passed the Pure Food Act in
16   1904.  It didn't actually say you couldn't put
17   cocaine into the Coca-Cola.  They said you just
18   have to label the fact that you're putting it in.
19        And I think that transparency in terms of
20   actually showing us the data about you and what
21   goes into making it is part of enabling consumers
22   to have a real choice about whether they want to
23   buy or participate in that product.
24        MS. RICH:  Let's take the next or a few
25   more questions.

1           MR. LE MAITRE:  I'm sorry, I was going to

2      respond on the point, Am I losing control of my

3      data.  My name is Marc Le Maitre.  I work at

4      Nextel.

5           I moved to the U.S. about four years ago,

6      and I started from ground zero literally.  Nobody

7      had anything on me, including the credit reporting

8      or anything, and the first pieces of mail and the

9      first unsolicited phone calls were actually quite

10     welcome.  My wife engaged the gentleman on the

11     phone for an hour and a half.  She didn't buy

12     anything but was delighted to receive the phone

13     call.

14          It actually taught me a lot about the

15     community that I moved into, so I actually welcomed

16     it, but it's now got to the point now where I can't

17     sit down in the evenings to dinner with my children

18     without getting an unsolicited phone call.

19          And I think it's got to the point now where

20     I -- at first I knew exactly who it was who was

21     abusing it.  The first company I gave my

22     information to was my bank.  I will not say which

23     bank, unless you ask me afterwards, but it's now

24     got to the point where I bought a DVD player two

25     weeks ago, and I was getting unsolicited requests

1    to join clubs to buy DVDs.

2         And so some of it is good.  My question is:

3    Where is it going to end?  I don't have a great

4    deal in the way of health information in this

5    country yet, so I still don't know whether that's

6    being abused.

7         Financial information I'm fairly confident

8    is being used without my knowledge, but working in

9    the wireless industry, things like location

10    services, where will it end?  At which point do I

11    say, This data is sacrosanct, you cannot have

12    access to it, or will I have the opportunity, or

13    will it just be taken for granted that this is just

14    another piece of information that can be used to

15    market to me?

16         MS. RICH:  Does anyone want to respond?

17         DR. CATLETT:   Your video rental records

18    are sacrosanct according to Congress.

19         MR. LE MAITRE:  But not DVDs.

20         DR. CATLETT:  I know the fact that you

21    bought a DVD is not sacrosanct.

22         MR. HENDRICKS:  Okay.  I think that to

23    answer your question in the short run, no, you will

24    not have that right.  I don't there's any realistic

25    chance in the next six months to nine months that

1    significant legal protections for privacy and

2    individual's personal information will be passed.

3           I don't think the current power machine and

4    the administration in the Republican leadership is

5    interested, and so I think this is more of a long

6    term struggle.

7           MS. RICH:  The gentleman on the left there?

8           MR. BEHRENS:  If this is working, I'm Ed

9    Behrens with the Progress and Freedom Foundation.

10          I wanted to follow up briefly on Mr.

11   Miller's comments on providing notice, choice, et

12   cetera, in the interest of serving consumers, but I

13   think there's two dimensions to the question.

14          One is:  Should they be provided?  The

15   second is:  Should they be mandated?  And I think

16   that's a separate question.

17          And I would like to draw out the panel on

18   the practical ramifications of mandated principles

19   versus not, both beneficial and adverse.

20          Thank you.

21          MS. RICH:  Who would like to respond?

22          MR. CERASALE:  Sure, what the hell?  I like

23   to use an example of a business model that would

24   not be allowed by the DMA guidelines and decide

25   whether or not we want to outlaw that business

1    model.

2           You go to my Web site, Jerry Cerasale.com,

3    and the first thing you see, notice, and I sell

4    radios, so it's a commodity.  I try and sell you,

5    provide you these radios at the lowest price

6    possible.  I hold down costs as much as possible.

7    In that light I share and rent your information to

8    others and provide the savings on to you.

9           I do not provide you the opportunity to not

10   participate in this sharing.  I do not provide

11   access opportunity to you because both of those

12   things will increase my costs and therefore

13   increase the cost of my goods to you.  If you don't

14   like this, please, please shop elsewhere.

15          Is that business model illegal?  And that's

16   what most -- a lot of people discussing would make

17   that an illegal business model.  I don't think

18   that's where we should be.

19          MS. RICH:  If people are willing to go a

20   little bit into the break, we could take some more

21   questions, and it looks like everyone wants to ask

22   questions.

23          MR. HENDRICKS:  And, Jessica, just quickly,

24   the OECD guidelines were adopted in 1980 and

25   endorsed by the United States government and all

1    Western, European and Japan and Canadian.

2         Yes, I would say we want to see those

3    guidelines incorporated into law across the board,

4    yes.

5         MS. LEGIEREM:   (Phonetic)  My name is Ann

6    Legierem with a banking agency, and my question's

7    really with as far as I'm a consumer, this morning

8    there were statements made that best practices

9    would have it that marketing associations disclose

10   that you're going to share the information or

11   whatever.

12        And I was wondering if there's any kind of

13   figures that you collect that you really have an

14   idea of how many do really make disclosures to

15   their consumers.

16        And then as a consumer, a mother and all, I

17   saw an article on the CNN Web site recently, about

18   two weeks ago, about how schools had -- the kids

19   were surfing the Internet I think as part of their

20   classroom studies, and there was a marketing

21   company who had software on the computers.

22        They were following the click streams.

23   Well, the parents didn't know about it, but then

24   that, like the dynamic pricing, somebody tripped

25   over it, found out about it, caused an uproar, it

1    was pulled.

2         So I guess what I'm saying is this morning

3    representations were made about -- representations

4    were made about, Well, our best practices are that

5    we disclose to consumers but I'm wondering in

6    reality how many really do.

7         MS. RICH:  Would anyone like to respond?

8    Jerry's on the hot seat.

9         MR. CERASALE:  DMA has a privacy promise

10   that requires disclosure.  We have an FTC letter

11   exempting us from antitrust problems as long as we

12   can kick people out.  There are 3,000 marketers,

13   3,500 marketers that have signed it.

14        I would say that 80 percent of the mail you

15   receive is probably from members of the Direct

16   Marketing Association, and so we have -- so those

17   are the numbers we've got.  We have our own mail

18   preference service, telephone preference service to

19   pull people off of lists.

20        There are well over 3 million names on each

21   of them.  They're free to consumers to get on, and

22   so those are the numbers that we have, so the major

23   marketers who are members of ours do direct

24   marketing, which are some of the largest marketers

25   in the country, do provide notice and an

1    opportunity to say no.

2          They in a sense would not follow that

3    business model I just mentioned.

4          MR. LANE:  Can I just make a comment

5    getting back to Mr. Behrens' comments about

6    federally mandated laws?

7          I think what this panel has shown, for the

8    most part because it was supposed to be empirical

9    evidence about the effects of mergers and

10   acquisitions or mergers and exchange on consumer

11   businesses, and there are reports that are

12   beginning to come out to highlight what some of the

13   costs are.

14         But I think what we have found is we don't

15   have a lot of information, that we are just looking

16   at the impact that information sharing has on the

17   overall economy.  Who is in Mary's first survey on

18   Web sites and who has privacy policies and who

19   doesn't and what impact that has on consumers.

20         We have the Forrester research that says $2

21   billion lost on Internet sales.  Are they real?

22   What other information do we have?

23         So from our point of view, what our biggest

24   concern to get to federally mandated legislation is

25   that we don't have enough information on what harms

1    are we trying to address specifically and how those

2    harms -- and the cost benefit ratio of those harms

3    and where really are the American people.

4          We know the American people are concerned

5    about privacy.  We all know that.  That's why this

6    room is filled.  Yet we don't have the details of

7    what are those concerns, the next five layers below

8    that, and I think before we move forward in any

9    federal legislation, we need -- or state

10   legislation -- we need to get a little more

11   dynamics and not the rhetoric that we constantly

12   hear across the board on both sides, but some real,

13   factual data of what are we talking about.

14         And I don't think we're there yet, and this

15   panel is a perfect example.  We don't have a lot of

16   facts.  We're all saying the same rhetoric that

17   we've been saying for five years now.  Yet nothing

18   has improved, but we're beginning slowly to get

19   information, and that's critical.

20         MS. RICH:  The gentleman back here?

21         MR. MEISINER:  Thank you, Madam Chair.

22   Speaking of facts, my name is Paul Meisiner from

23   Amazon.com.  I have to do this stand up routine

24   now.

25         Maybe it's the lack of oxygen in this room,

1    but I understand it was alleged that we engaged in

2    dynamic pricing last fall.  In fact, there was

3    apparently some long description of how this

4    so-called dynamic pricing was discovered.

5          But let me assure you that policy making is

6    difficult enough based on facts, but when it's

7    based on fiction, it cannot go right.  We did not

8    engage in dynamic pricing.  We never have, and we

9    actually have promised never to do it, even though

10   it would be perfectly legal for us to do so.

11         Let me repeat, back last fall we engaged in

12   some random price tests where we would serve up

13   different prices to consumers based on when they

14   came on.  If you were the same person sitting at

15   the same terminal, same browser, you hit our site

16   several times, you're going to get a different

17   price for the same item.

18         The whole idea was to figure out where to

19   price the item.  Well, random, again based not on

20   demographic information.  It was not a privacy

21   issue, full stop.

22         Well, we got a lot of flack for it and

23   rightfully so.  It confused our consumers, our

24   customers, and we regretted doing it.

25         As a result what we did is we promised

1   never to engage in dynamic pricing ever again,

2   something that would be perfectly legal for us to

3   do, and then we went and refunded all of our

4   customers, even the ones who had paid willingly 12

5   bucks for a CD.

6       We went and refunded them the difference to

7   the very lowest price, and we said, If we ever in

8   the future ever do this random price testing again,

9   we'll do the same thing so that everyone will

10  always pay the lowest price.

11      Frankly we're being held to a much higher

12  standard than other businesses are being held to,

13  but I think frankly it really pains us all when we

14  have to sit through one of these meetings and find

15  out that what has been discussed here is factually

16  inaccurate.

17      DR. CATLETT:  Paul, I don't think I

18  misrepresented that Amazon did the random pricing.

19  I think I said that it was accused of -- we'll have

20  it in the record.

21      MS. RICH:  Ted Wham has a quick comment,

22  and then we'll take one more question, and I think

23  everyone wants to splash water on their face, it's

24  so hot in here.

25      MR. WHAM:  Ted Wham with Database Marketing

1    for the Internet.  I had one quick statistic I

2    wanted to share.  I previously worked at

3    Excite@Home, and when I was there, I was the Chief

4    Privacy Officer among several hats that I wore at a

5    rapidly growing company.

6         There was a segment on 60 Minutes regarding

7    Internet privacy.  It was approximately two years

8    ago, two and a half years ago.  Jason Catlett

9    actually was one of the speakers on that session

10   just describing -- so you hold it closer, it works

11   -- describing the risks to the consumer on the

12   Internet basis.

13        We were asked by 60 Minutes to participate

14   as one of the companies being interviewed, and we

15   originally said yes, and then we went, Oh, God, we

16   don't want to do this, and we said no.

17        And because we additionally owned a

18   third-party ad serving firm, MatchLogic, we were

19   concerned that we were going to be targeted within

20   the segment and wanted to be very prepared, so we

21   went full out and made certain everything was

22   aboveboard, and we went through the privacy policy

23   links, privacy policy on absolutely every page of

24   the site, where they remain I believe to this day,

25   and really tried to make certain that we were

1    ready.

2         The day immediately following the airing of

3    one of the top five most watched television shows

4    in the United States where portions of our site

5    were shown and the risks to consumers of privacy,

6    Excite@Home, as it does every day for the past year

7    or so forth, received over 20 million unique users

8    visiting the site that day.  If my recollection is

9    correct fewer than 100 of them accessed our privacy

10   policy links.

11        The notion that consumers want to take --

12   now, you can argue whether the privacy policy that

13   I wrote was easily readable and comprehensible and

14   so forth, but only a hundred people got there to

15   find out.

16        The notion that the consumer is interested

17   in learning about this and spending the investment

18   I think is mistaken.  I think the comments that

19   Fred brought up, Fred Cate brought up that most

20   consumers want to have, quote, privacy, don't

21   bother me with the details, is much, much more

22   accurate.

23        MS. RICH:  One more quick question, and the

24   gentleman over here.

25        MR. SMITH:  Yes, Richard Smith, The Privacy

1    Foundation.  One thing we're hearing a lot about,

2    how profiling and gathering of consumer information

3    benefits businesses.

4         I've heard very little about cost, other

5    than two very interesting numbers.  One person said

6    acquisition costs today for E-commerce sites was

7    $2,000 a customer, which is probably on the high

8    side, but I don't know of really any business,

9    other than maybe the yacht business, that could

10   afford that.

11        And then also the issue of the credit card

12   offers, that the number that are going out is going

13   up dramatically in the last two or three years.  At

14   the same time the response rate inversely

15   proportional is going down at the same rate.

16        So I'm wondering here in business how much

17   feedback in the process is really going on.  Were

18   these online and data gathering things cost

19   effective really or is it just we're on a sled here

20   and we're heading in this direction and we'll go

21   on?

22        Thanks.

23        MR. LANE:  I think a lot of businesses, and

24   if you look at the downturn in ad revenue on the

25   Web sites, as we all know, they're hurting, in the

1    newspaper industry where San Jose Merc is laying

2    off hundreds of people because ad revenue is

3    dropping, and companies are beginning to

4    reevaluate, Is it worth spending $2 million

5    advertising on the Super Bowl.

6          I think there's a wholesale looking at what

7    is the best way to reach out to your customers, and

8    that is the whole goal, but what I think is great

9    though, having said that, there hasn't been a lot

10   of facts in terms of pure data and research from

11   this panel.

12         What I think has been very important, and

13   one of the reasons why I was one who supported the

14   FTC putting this workshop together, was we do have

15   an education process to consumers of how

16   information is used in the economy.

17         And I think the other previous panels were

18   better at doing that than maybe this one, but I

19   think once you have a better understanding, I think

20   there will be less fear, and the trust deficit will

21   be reduced once there is again an educated

22   consumer.

23         And so I appreciate and I wanted to thank

24   the FTC for putting this forth to begin our efforts

25   at having the business community focus our efforts

1    on educating consumers on I think these critical

2    issues because they are all about how our economy

3    is going to grow and work in the future.

4         MS. RICH:   Thank you.   Finally we're at our

5    break.   If you could keep it at a short break since

6    we did get into the break, maybe five minutes, and

7    then come back, maybe we can try to open the

8    window.

9         (A brief recess was taken.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    SESSION 5:   EMERGING TECHNOLOGIES AND INDUSTRY

2    INITIATIVES:   WHAT DOES THE FUTURE HOLD?

3

4    DANA ROSENFELD, Assistant Director, Bureau of

5    Consumer Protection, FTC, Moderator

6

7    PANELISTS:

8

9    JOHN KAMP, Counsel, CPExchange

10   LAWRENCE PONEMON, Founding Board Member,

11   Personalization Consortium

12   BECKY RICHARDS, Director of Compliance and Policy,

13   TRUSTe

14   ARI SCHWARTZ, Senior Policy Analyst, Center for

15   Democracy and Technology

16   RICHARD SMITH, Chief Technology Officer, Privacy

17   Foundation

18

19

20

21

22

23

24

25

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

```
 1                    SESSION FIVE

 2      EMERGING TECHNOLOGIES AND INDUSTRY INITIATIVES:

 3                WHAT DOES THE FUTURE HOLD?

 4                 -   -   -   -   -   -

 5           MS. ROSENFELD:  Okay.  Everybody, we're

 6      getting ready to start our last panel of the day.

 7      Please take your seats.  Please take your seats.

 8      Thank you.

 9              Welcome, everyone, to our last panel of the

10      day.  I'm Dana Rosenfeld.  I'm an Assistant

11      Director in the Office of the Director and the

12      Bureau of Consumer Protection.

13              Our final panel is entitled emerging

14      technologies and industry initiatives, what does

15      the future hold, which I think will be a very

16      interesting panel.

17              We are going to discuss whether new

18      technologies are emerging that will increase the

19      sharing of detailed consumer data, and also we will

20      focus on what self-regulatatory initiatives are

21      underway to address the privacy of consumer data in

22      the merger and exchange process.

23              Our first presenter today is John Kamp.

24      John is an attorney with Wiley, Rein & Fielding in

25      town and serves as counsel for CPExchange.  He has
```

1   extensive experience in privacy and other

2   regulatory issues through his work of over more

3   than ten years as senior vice president with the

4   American Association of Advertising Agencies, the

5   four As, and from his ten years at the FCC before

6   that.

7          CPExchange Network is a volunteer

8   Consortium of over 90 business organizations.  It's

9   dedicated to developing a vendor-neutral open

10  standard to facilitate the exchange of privacy-

11  enabled customer information across enterprise

12  applications.

13         CPExchange facilitates the management and

14  promotion of customer relationships by businesses

15  across industry sectors.

16         Special data elements of the CPExchange

17  specification support the development of privacy

18  policies by companies consistent with Fair

19  Information Practices.

20         And with that, I will turn the podium over

21  to John.

22         MR. KAMP:  Thank you, Dana.  As I'm

23  bringing this up, I must remind some of you, many

24  of you know that I'm a former college professor,

25  and as such, we former college professors know that

1      there is only one class in the day that's worse

2      than teaching an eight o'clock in the morning

3      class, and that's a four o'clock class.

4              So we're going to make this quick.  We're

5      going to keep it lively and go forward from there,

6      and we also, as professors, know that we learn more

7      from our students, and thank you to the FTC for

8      organizing this today because I know that we all

9      have learned a lot.

10             The CPExchange is about consumers

11     generally, and one of the things I think as we've

12     listened today through the morning, we heard people

13     talking about it, was businesses who were doing

14     most of this, but they were doing it in order to

15     reach consumers.

16             And looking at our sort of then and now

17     kind of yin and yang here, this is about long-term

18     customer-focused relationships, about new business

19     processes, but it's mostly about high consumer

20     knowledge, mass customization, multiple channels,

21     proactive, integrated and highly responsive to

22     consumer preferences.

23             We want to know who are our customers, what

24     are their wants and needs, what are the economic

25     value of those needs, and how do we apply that

262

1    knowledge and how do we focus on those consumers.

2         So the successful enterprise interacts with

3    consumers through many channels such as -- and has

4    many opportunities to understand those consumers.

5         The imperatives in all of this, this

6    customer driven, are protection of privacy, the

7    sensing and responding to consumers' needs,

8    satisfying those needs, reducing those costs to

9    consumers and increasing the shareholders' equity

10   of the company.

11        Looking at this, the CPExchange was really

12   designed to facilitate an enterprise's ability to

13   share consumer information internally in large

14   companies.  Of course it's gone forward.  It's no

15   longer just used, designed for consumers.

16        If you look at this model here, the

17   schematic here, the CPExchange core, the group got

18   together to look at the preferences, business

19   objects, whatever, also added the functionality of

20   the Web, most importantly through Dan Jaye, also

21   someone who is very familiar in these quarters, at

22   Engage Technologies, was part of the FTC Advisory

23   Committee on Access and Security, worked very hard

24   to develop the CPExchange privacy principles, which

25   are P3P compatible, and all this is an XML

1    schemata.

2         Looking at just the privacy declaration

3    component in the P3P compatible, you see in that,

4    you see very specific data elements for purpose,

5    retention and access, and looking just at one of

6    those, the retention component, you can see that

7    there are many data elements that make it possible

8    for this system, this protocol to ensure that there

9    is a face with the consumer.

10        Now, remember, CPExchange is not a data

11   aggregator or a business that's in the business of

12   aggregating these data.  It essentially is the

13   development of a protocol that people can use, may

14   use.  It's wholly voluntary, can be used by

15   companies for the purposes they wish.

16        But because in this -- in these late data

17   sensitive times, privacy times, it was created

18   during the period that the FTC was looking at these

19   privacy principles and customers were making their

20   preferences so apparent to companies, these privacy

21   elements were contained in it.

22        So quickly our summary slide, CPExchange

23   facilitates that customer awareness and focus,

24   enables corporate privacy policy implementation and

25   addresses the privacy preferences of the consumer.

1          It's platform, vendor and application

2     independent, provides a comprehensive view of the

3     customer and the way that customer interacts with

4     the many facets of the enterprise, provides

5     granular privacy and an authorization model and is

6     designed to promote optimal query and reporting

7     systems.

8          We suggest that you, as you look at this,

9     remember that it's neutral, and it's open, and you

10    also can find more information about it by going to

11    the Web site CPExchange.org.

12         Thank you.

13         MS. ROSENFELD:   Thank you, John.   That was

14    very succinct.

15         Our next presenter is Ari Schwartz.   Ari is

16    a policy analyst at the Center for Democracy and

17    Technology, CDT.   His work focuses on protecting

18    and building privacy protections in the digital age

19    by advocating for increased individual control over

20    personal information and expanded access to

21    government information via the Internet.

22         Ari also serves on the advisory committee

23    of the Worldwide Web Consortium and is a monthly

24    columnist for Federal Computer Week Magazine.

25         Ari?

265

1          MR. SCHWARTZ:  Thank you.  This is the

2    first time I've ever seen the windows opened up in

3    this room, and I kind of like it actually.

4          I'm going to talk about how technology has

5    both -- kind of the positive ways that these new

6    technologies can be used to protect privacy.  The

7    story with most of these new technologies is always

8    bad news for privacy and good news for privacy.

9          In this case the bad news is you look at

10   XML technologies, technologies that allow companies

11   to tag information and exchange it more clearly and

12   more openly means that there's greater sharing and

13   that there's going to be greater profiling.

14         Richard Smith will go into this in a little

15   bit more detail, but the good news is that these

16   same technologies open the door for new types of

17   privacy enhancing technologies.

18         I'm just going to give you two examples of

19   this to kind of kick things off.  At CDT we don't

20   build technologies, and that's for other people to

21   come up with those kind of -- these kind of

22   applications, but just to give some ideas of what

23   people have been talking about and what they've

24   been thinking about.

25         The first one is the idea of tagging data

1    collections with a current privacy policy using the

2    P3P vocabulary.  John talked about this a little

3    bit, but I'm going to try to explain a little bit

4    more what P3P is and how other technologies can use

5    this.

6         P3P was really designed originally to do

7    business to-consumer transactions, to get at the

8    question that we heard on the last panel asked

9    maybe seven or eight times, about how consumers are

10   having trouble reading privacy policies, that

11   they're seven pages long, that they don't go there.

12        Ted Wham brought up the point that people

13   aren't going to a page.  Well, having read many,

14   many, many privacy policies over the past six

15   years, I can tell you that I find them difficult to

16   read, and therefore I know how consumers must feel,

17   that you go to one, you don't really feel the need

18   to go to the next one if you're not going to be

19   able to understand it.

20        The idea of P3P was to allow a consumer to

21   put in their preferences, their expectations of

22   what they want to see out of a site and have the

23   site put in what their privacy policy is.  When the

24   browser gets to that site, they match up, and at

25   that point the consumer has more control, and they

1   can decide whether to block that site.  They can

2   decide whether to provide information.  They can be

3   prompted.

4        Really that's up to the browser

5   manufacturer right now, and we're going to be

6   seeing some of these applications in the next few

7   months, but in order to do this, we had to create a

8   vocabulary because we went around looking for

9   vocabularies for privacy that went in to the real

10  details about retention, as John showed us.

11       And no vocabularies existed that really

12  gave kind of multiple choice answers in the way

13  that a Web site would need to be able to describe

14  it if P3P were going to work.

15       So we created this vocabulary.  Let me see

16  if I can get it open now.  I lost the mouse.  Oh,

17  here it is.  This mouse, okay.

18       So this is just the basic P3P vocabulary,

19  and we came up with these questions based on the

20  Fair Information Practices.  The eight Fair

21  Information Practices in the OECD guidelines were

22  the starting point, but we really instead of --

23  because those are really at a high level and we had

24  to go into the detail and answer the multiple

25  choice questions underneath, we worked with -- this

1    is a P3P working group, worked with data

2    commissioners in the EU and in Canada, privacy

3    advocates, companies and others, and really built

4    this kind of -- the kind of questions that would

5    need to be answered.

6           But the idea here is that this is -- while

7    this was -- we originally came up with this

8    vocabulary to be used for business to consumers,

9    people quickly found out you can use this for

10   business to business as well, for sharing of

11   information.

12          You can tag this on and use it to help

13   companies audit internally or have third parties

14   come in and audit for them, to set up software that

15   controls the use of information so that you can't

16   send out, put people's Email addresses in the "to"

17   field when it has -- when individuals sign up to a

18   policy saying that their Email address would not be

19   shared.

20          There's a company called Privacy Wall

21   that's building this kind of software right now, so

22   there's a whole bunch of uses for this technology

23   not originally envisioned, but you can use this

24   vocabulary to answer that.

25          Also, there's the ability of access that

1    these new technologies provide.  We heard a lot in
2    the last panel again about cost and how cost -- how
3    this was going to be -- that access was too
4    expensive for consumers, this was discussed a lot,
5    to provide to consumers.
6             Well, if companies can provide the sharing
7    between companies and make that less expensive,
8    then they can also make it less expensive to
9    provide it to consumers as well, and we shouldn't
10   be overlooking the fact that making it cheaper in
11   one aspect is also making it cheaper in another
12   aspect.
13            And then the final point here is the
14   question of how this is really going to work and
15   whether there will be market incentives for
16   companies to use this vocabulary, to use the new
17   access features, and that's still really
18   questionable.
19            This is obviously all stuff that happens
20   behind the scenes, and right now responsible
21   companies seem to be taking up these ideas, but
22   will it be wide spread practice?  And the answer to
23   that is that we still don't know.
24            MS. ROSENFELD:  Thank you.  Ari.
25            Our next presenter is Richard Smith.

270

1    Richard is the Chief Technology Officer for The

2    Privacy Foundation, where he directs The

3    Foundation's research activities.  He also has

4    primary responsibility for explaining The

5    Foundation's research findings to the media and at

6    public events like this.

7         Richard?

8         MR. SMITH:  First of all, I want to thank

9    the FTC for inviting me to speak today, and I was

10   asked to actually look into the crystal ball here

11   to see where technology is heading in terms of

12   sharing more data, this idea of emerging

13   technologies increasing the sharing, and very

14   fortuitously yesterday, Steve Ballmer, the CEO of

15   Microsoft Corporation, gave a speech for the

16   Association of Computing Machinery, that's sort of

17   like the Bar Association for the lawyers in the

18   group here, gave a talk about XML which was going

19   to be my topic so I thought that was very good.

20        And I would like to quote from the article

21   that ZDNet wrote which said that XML as the lingua

22   franca of cyberspace would affect -- and it would

23   effectively clear away lingering barriers blocking

24   companies from exchanging information over the

25   Internet.  And then the article goes along to talk

1    about the tools that are being developed to support

2    XML and so on.

3            What I found very interesting was there was

4    really no discussion of what kind of data is going

5    to be going back and forth, and pretty obviously

6    some of it is going to be about widgets, about

7    cars, packages and whatever, but it also is going

8    to be personal information, so the answer here,

9    looking into the crystal ball, is clearly yes,

10   we're going to see more sharing because tools are

11   being developed to make it easier to do.

12           There's nothing magical about XML.  It's a

13   particular specification of how companies agree to

14   communicate data from one place to another, just

15   like English is a way that humans communicate.

16           The nice thing about it, it's very easy to

17   understand, and it's also human readable, so for

18   folks like myself who kind of like to look at

19   privacy practices of companies, it's actually going

20   to make it easier to look into things, but clearly

21   we're going to see it's -- XML is going to help in

22   the sharing of data, but it's also going to help in

23   some of these areas like P3P and CPExchange,

24   providing some privacy controls.

25           The question is is, Will they be

1    implemented?  Just because they're in a

2    specification there's still the issue of, Will they

3    be implemented.

4         Now, another issue, if you want to predict

5    the future, I believe in looking in a crystal ball,

6    you have to also follow the money.  We first follow

7    the technology, but then we also follow the money.

8         And pretty clearly in the Internet I think

9    the most ardent cheerleader would now say that

10   we've had a dot com meltdown of companies literally

11   wasting billions of dollars on business models that

12   are not going anywhere.

13        But one thing is very clear is that the

14   Internet is a very good place to get information on

15   things.  If I wanted to go to the Google Search

16   Engine, I could get information about anyone in

17   this room probably, except for myself because I

18   have a common name.

19        But if you have a not so common name, it's

20   a lot easier to find out information, and I think

21   that really shows a good business model here, which

22   is the idea that people are going to go to the

23   Internet to make purchase decisions but then go to

24   the offline world and buy stuff, like buy a car.

25        And so I really see that as sort of the

1    money starting to focus people and business models

2    in that direction, and what that's going to mean is

3    the people that provide the information on the

4    Internet are going to want a piece of the action

5    when the sale is made in the offline world.

6           So I see technologies like XML and

7    CPExchange being done for that, so let me give you

8    a quick example here.  We've all bought cars, and

9    it's always an interesting experience.  Now that

10   I'm older, I actually feel fairly confident about

11   going in the showroom but at a younger age, it was

12   sort of like me against them, and they had the

13   information, and I think that's going to get more

14   interesting here.

15          For example, we go to a car Web site,

16   research three different models of cars that we're

17   interested in, and the Web site remembers that

18   information.

19          Well, the fun thing is going to be I

20   believe in the future is you can walk into the car

21   dealer.  They ask for your driver's license in

22   order to do a test drive, and the other thing

23   they're using that for is to go find out what

24   you've been researching on the Web here, for what

25   kind of cars you're interested in.

1          And that gives the salesman one up on you,

2     which is he knows the other competitive models

3     you're looking at, and he can have computer

4     software that recommends how to sell against these

5     cars.  You can also be scored on the likelihood of

6     buying a particular model that you express interest

7     in and so on.

8          So I think we're going to see this very

9     strong economic push, and I think it's basically

10    inevitable that when we have one part of the market

11    which seems to be dollar poor and another part of

12    the market where the money is being spent, that the

13    business models are going to have to go that

14    direction.

15         And we're going to see -- be forced into

16    more information sharing.  It's just an inevitable

17    part of this economics, much more so than we've

18    seen on the Internet itself.

19         Thank you very much.

20         MS. ROSENFELD:  Thank you, Richard.

21         Our next panelist is Lawrence Ponemon, who

22    is the president of Guardent, a services and

23    technology company enabling security, privacy and

24    data protection.

25         Prior to joining Guardent, Larry was the

1    founder of the PricewaterhouseCoopers global
2    privacy practice.  Larry is a founding board member
3    of The Personalization Consortium, and he will talk
4    about that organization today.
5         MR. PONEMON:  Thank you.  Everyone looks
6    really hot and really tired.  Is that true or is
7    that just a perception that I have?  I need to
8    personalize on you.
9         How many people worry about personalization
10   and privacy?  Raise your hand.  Oh, come on.  I
11   know it's late, everyone.  How many people worry
12   about personalization privacy in the wireless Web?
13   Let's see if we can get those hands a little bit
14   higher?
15        Quite frankly, there is actually a lot to
16   worry about, in my opinion, and I know I sound like
17   a heretic as a founding member of the
18   Personalization Consortium.  I have good news.  I'm
19   going to be fast in my presentation, and I do not
20   have Power Point slides so you can actually watch
21   me.
22        The bad news is I'm going to read to you
23   our blurb about what the Personalization Consortium
24   is, and I'm going to tell you where we are and what
25   we are trying to achieve.

1          The Personalization Consortium is an

2     international advocacy group formed to promote the

3     development and use of responsible one-to-one

4     marketing technology and practices on the worldwide

5     Web.

6          The Consortium encourages the growth and

7     success of electronic commerce that delivers the

8     benefits of personalized electronic marketing while

9     articulating best practices and technologies that

10    protect the interest of consumers, and I want to

11    underscore consumers.

12         To achieve its goal of expanding the scope

13    and use of personalization technology that respects

14    consumer privacy, the Consortium has many

15    functions, for example, to provide a forum for

16    industry discussion and information, sponsor

17    research, foster standards for technology and best

18    practices and work towards consumer understanding.

19    And toward this end the Consortium has established

20    ethical information and privacy management

21    objectives that articulate its goal to create a

22    solid process that enables consumers to confidently

23    use personalization technology for their benefit.

24         Now, the Consortium was established about a

25    year ago chaired by Don Peppers and a few other key

1    folks.  I was co-oped into joining the Consortium

2    because of my very strong and very weird views on

3    privacy.  So like you, I was pretty suspicious.

4         So I attended my first board meeting, and

5    at the first board meeting were about 30 or 40

6    company representatives, and I saw a sincere

7    interest to do it right, and I had this kind of

8    vision in my mind.

9         If someone could invent a cigarette that

10   didn't cause cancer, wasn't habit forming, maybe it

11   won't be so bad to smoke, right, and maybe that's

12   where we are in the evolution of personalization.

13   It's probably a bad analogy unfortunately, unless

14   you're a smoker.

15        But the idea is that we've grown from a

16   small group of good companies to 67 great

17   companies, and there are many, many other companies

18   that are taking a wait and see attitude.

19        Let me tell you a little bit about some of

20   the challenges.  First, we set high standards.  If

21   you read the Personalization Consortium and you go

22   to our Web site which is www.Personalization.org, I

23   don't know how to spell personalization, but my

24   friend Jason can spell it for you.  And I think at

25   the end of the day though when you go to that Web

1    site, you're going to find that these principles
2    are about equal, not better than, not worse than,
3    but about equal to many wonderful statements about
4    privacy.
5           So then you scratch your head and you say,
6    "What's the difference here."  The difference is
7    we're basically holding our members to a very high
8    standard.  That is, it's not just good enough to
9    say you're going to comply with these principles,
10   but you have to undergo an audit, the A word,
11   audit.
12          And that's pretty scary because if you're a
13   small organization or a large organization and you
14   say you're going to be a member and suddenly you're
15   no longer a member, you're basically killed or
16   kicked off the membership list, it's a signal that
17   basically suggests -- not suggests, that tells the
18   universe that the company failed to comply.
19          Let me just tell you the courage of
20   members.  The founding members are very courageous
21   because right now they just generally assume that
22   they're going to pass this audit, but my guess is
23   many will fall by the wayside and that the end
24   result will be that some members will not make the
25   grade.

```
 1            Now, let me just tell you it's not for pure
 2   altruism, it's not because we're good guys.
 3   There's a real economic value proposition,
 4   something a little bit different than regulation
 5   and lawsuits, and that is if we do it right,
 6   becoming a member is going to be a good thing.
 7   It's going to be something that is of great value.
 8   It's going to be a way to differentiate your
 9   services and product in this ever evolving
10   marketplace.
11            Now, if that's so, then people will knock
12   the door down to become a member.  To become a
13   member will have real substantive meaning, and
14   that's really what we're trying to achieve through
15   the independent verification.
16            Also, some people are confused, and the
17   next speaker will talk about TRUSTe.  The next
18   speaker will also discuss the issue of seals.  This
19   is not just a seal.  It's not a new form of a seal
20   program.  It is in fact about an independent audit
21   conducted by a trusted party.
22            So that's all I want to say about the
23   Personalization Consortium.  I'm very proud to be a
24   member, even though I was co-oped to becoming a
25   member originally.  It's a great group, and I
```

1  really encourage everyone here, as well as in the

2  spillover rooms, to go to our Web site and to find

3  out more about what we are and what we want to

4  become.

5      Okay so without further ado, I'll sit down.

6  Thanks.

7      MS. ROSENFELD:  Thanks.  Thank you, Larry.

8  Our next panelist is Becky Richards.  Becky is the

9  Director of Compliance and Policy for TRUSTe, an

10  Internet privacy seal program.  She oversees all

11  aspects of enforcement operations and policy

12  developments for the TRUSTe program, including

13  TRUSTe's compliance operations and the TRUSTe Watch

14  Dog Dispute Resolution Process.

15      Prior to joining TRUSTe, Becky was an

16  international trade specialist on the electronic

17  commerce task force at the U.S. Department of

18  Commerce's International Trade Administration.

19      Becky?  That's a mouthful.

20      MS. RICHARDS:  It is a mouthful.  I don't

21  have a Power Point presentation either, so being

22  the last person to speak on the last panel, I hope

23  we'll get through this quickly.

24      I'm actually not going to really talk about

25  seals today.  Most of you probably know what they

1   are.  Instead, I'm going to talk -- we've heard

2   today a lot about merging and exchanging of

3   consumer data and what the benefits are and what

4   the risks are.

5           And at TRUSTe, we've been following the

6   practices of merging and exchanging consumer data

7   closely, but TRUSTe's main focus in the past has

8   been on the explicit and inexplicit collection of

9   information from consumers and the sharing of such

10  information.

11          TRUSTe's monitored the increasing practice

12  of merging and exchanging and has been and will

13  continue to work to ensure that consumers are aware

14  of these practices.

15          Mary Culnan in the previous panel brought

16  up a very good point.  Transparency is very

17  important.  If we're going to continue to increase

18  growth via E-commerce, we need to have consumers'

19  trust, and trust comes through transparency and

20  understanding of what those practices are.

21          Currently because we've really been looking

22  at how information is collected from the consumer

23  as opposed to the other way around, our license

24  agreement doesn't -- does not explicitly address

25  the disclosure of merging and exchanging of

1    information, although depending upon the practices,

2    it could be required.

3         As we look to the future, we will

4    explicitly require companies to disclose the

5    practices of merging and exchanging information, to

6    increase the transparency and to increase trust.

7         Our current practices are that we ask Web

8    sites whether they're combining information from

9    third parties by asking in the self-assessment," Is

10   your company supplementing the information that you

11   receive directly from users with information

12   received by an offline means or from a third-party?

13   If so, explain."

14        So if a Web site states that information is

15   being supplemented from such sources, this should

16   be disclosed in the privacy policy.

17        TRUSTe has a model privacy statement that

18   is currently used by a number of companies as a

19   privacy resource, and in this model privacy

20   statement, we provide two different examples of how

21   a company can address the supplementation of

22   consumer information from third parties.

23        The first example is really more

24   appropriate for gathering of financial information,

25   and so I won't go over that specifically.

1          Our second example deals with the combining

2     of marketing information with consumer information.

3     It states:  "In order for this Web site to enhance

4     its ability to tailor the site to an individual's

5     preference, we combine information about the

6     purchasing habits of users with similar information

7     from our partners, Company Y and Company Z, to

8     create a personalized user profile."  So this is

9     the disclosure.

10          Now, for perhaps maybe a more real world

11     example.  I have three examples.  The first one is

12     one of our licensees that states explicitly that

13     they do not supplement consumer information by

14     stating that all information excluding our user

15     passwords originates solely from our primary

16     client.

17          Now, in the case of a company that does

18     supplement consumer information, one of our

19     licensees states:  "We may research demographics,

20     interests and behavior of our customers based on

21     the information provided to us upon registration."

22          And finally, a third example that gets

23     lengthier; and as we've discussed, privacy policies

24     can be rather long:  "The combination of offline

25     and online information provided by the customer has

1   the ability to enhance the customer experience and

2   make customers' interaction more meaningful and

3   relevant.  Company X requires that any consumer

4   profiling or purchasing behavior captured online

5   and combined with offline information be clearly

6   stated to the consumer at the time of the online

7   data collection.  The consumer will have the

8   ability to choose not to be part of a subsequent

9   marketing campaign."

10          So in this last disclosure, the company is

11   giving the individual the opportunity to opt-out of

12   being profiled.

13          I would like to thank the Commission for

14   having today's workshop.  I think it's been very

15   informative as to both the benefits and risks

16   involved in merging and exchanging information

17   across businesses.

18          The important part of each of these, in

19   thinking about this for both businesses and

20   consumers, is that the consumer needs to be

21   informed of the practice if we are going to

22   continue to increase transparency and trust and

23   continue to see increase in business on the

24   Internet.

25          And as I mentioned at the beginning, TRUSTe

1    will be changing our license statement to

2    explicitly address this particular practice in the

3    future.

4         Thank you.

5         MS. ROSENFELD:  Thank you, Becky.  I have a

6    few questions, we want to try to stick to the time

7    frame here, and then we'll open up the floor to

8    questions from the audience.

9         John, we know CPExchange is an open and

10   it's a voluntary standard, and I think that means

11   that the privacy related features also have to be

12   voluntarily adopted by the users.

13        How likely is it that companies are going

14   to deplore the privacy-related features of the

15   specification in your view?

16        MR. KAMP:  I hope they don't deplore them.

17   It is getting late though.

18        MS. ROSENFELD:  Did I say deplore?

19        MR. KAMP:  Deploy.

20        MS. ROSENFELD:  I'm sorry, the heat is

21   getting to everyone here.

22        MR. KAMP:  We don't know.  In fact, we have

23   reason to believe that they don't deplore them,

24   that they will deploy them, but because it's a

25   voluntary standard, as Jason once described it,

1     it's a safety that may or may not be used.

2          We expect though, because remember the

3     whole point of all of this day has been businesses

4     are interested in customization because consumers

5     are demanding it.

6          As consumers demand more and more privacy

7     transparency, the privacy transparency will be used

8     by the successful companies, and they will use that

9     part of the CPExchange protocol.

10         MS. ROSENFELD:  Is there any effort

11    underway to develop a code of best practices for

12    those users of the specification?

13         MR. KAMP:  We worked first of all to make

14    sure it was P3P compatible because we believe

15    that's really very important, and we have, just in

16    the last week, sat down again with the P3P people,

17    CDT, and are exploring alternatives, ways in which

18    we can continue to ensure that the protocol is as

19    multifunctional in this regard as possible and will

20    be looking at those very kind of things going

21    forward.

22         MS. ROSENFELD:  I guess on a related note,

23    in terms of being multifunctional, will the

24    specification be used to facilitate merger and

25    exchange of consumer data across media, for

1    example, into wireless space?

2         MR. KAMP:  Again, it's a neutral protocol.

3    It was designed for internal data sharing within

4    companies, and as we went forward, we added the

5    other functionality.

6         My guess is that all of the things that

7    will be possible and will be used by companies are

8    likely to use this protocol because we think that

9    it's valuable in that regard, and, yes, it could

10   very well be used for wireless or whatever other

11   scary things that might happen in privacy going

12   forward.

13        But because of the kinds of focus there has

14   been on privacy by this agency and others going

15   forward, I'm convinced that the American public are

16   learning what privacy is all about and learning how

17   to use, how to make their choices, and that those

18   kinds of things will automatically develop as the

19   industry develops.

20        The important point here is not that the

21   functionality will be required, but that it's built

22   into the system so that it can be used and the

23   commitment by CPExchange to make sure that the

24   system does have that functionality.

25        MS. ROSENFELD:  Go ahead, Ari.

1          MR. SCHWARTZ:  In terms of functionality of

2     CPExchange and whether that alone will spur

3     individual -- spur companies to use it, I do think

4     that the regular P3P that I was talking about

5     earlier in terms of Web sites, Web browsers going

6     to Web sites and seeing whether they have privacy

7     policies that match consumers' policy, that has a

8     -- direct impact on the consumer.

9          There's direct feedback that a consumer

10    will want to see a privacy policy because it will

11    show up in their browser.  CPExchange doesn't have

12    that ability to be right in the consumer's face

13    like that, so there is that missing step there.

14          It really does have to be a responsible

15    company to take that on, and I look forward to

16    working with the CPExchange people, but we have to

17    recognize that there is that missing piece with all

18    of this behind the scenes type transaction.

19          MS. ROSENFELD:  Larry, can you just

20    describe the kinds of companies that are members of

21    the Personalization Consortium and what kinds of

22    companies you expect will join in the future?

23          MR. PONEMON:  Good question.  Of our

24    members today, we have a combination of tool

25    makers, people who are inventing new technologies,

289

1    both in the wired and the wireless area, and

2    they're the largest chunk of members.

3          We also have vendors, companies that are

4    not actually making the technology but selling that

5    technology or embedding that technology into other

6    tools, so for example in the CRM universe we see

7    companies fall into that space.

8          Then we have end users, companies that, for

9    example, like AMR, American Airlines or Charles

10   Schwab, that are actually the users of this

11   technology.

12         If you kind of think about the model, the

13   model is a little bit weird because it's a

14   B-to-B-to-C model.  We're adding now a new element,

15   and so the key is to get to the consumer.

16         Even if you are in a business mode, and you

17   personally -- as an organization you do not have

18   direct access to personal information, there's

19   still a chain of trust and responsibility, and

20   that's really what the audit is attempting to

21   prove.

22         So you can't say," Well, we passed but

23   guess what, the audit was simple because we don't

24   have personal information, we don't collect any

25   information because we're a tool maker."  You can't

1    get away with that.

2         That's obviously a very slippery slope, but

3    that's not what the audit is about, so the members

4    are primarily in those three categories, and we're

5    really -- to answer your question about what is the

6    future, if you'll look at all of the users of

7    personal information, there's a huge body of end

8    user organizations that would love to learn more

9    and become a member and to make sure that they're

10   using the technology that is ethical and that is

11   being managed at a high level.

12        Unfortunately to get there, we really have

13   to have those rigorous standards in place, and it's

14   ultimately the responsibility of the tool maker to

15   ensure that the process is a fair one, is a good

16   one, and so we would encourage end users as well as

17   tool makers and vendors to participate in this

18   process.

19        MS. ROSENFELD:  Thank you.  What about

20   enforcement with the guidelines?

21        MR. PONEMON:  You had to ask the

22   enforcement question, end of the day, we're all

23   sweating here.  Now I'm really sweating.

24        Basically if you don't comply with this,

25   and you know my favorite word, we're going to kill

1    our members.  We have a license.  They've agreed

2    to -- no, we're not going to kill our members, but

3    what we're going to do is you're going to get

4    kicked off the membership scroll.

5         And we're actually in the final stages of

6    establishing a disclosure standard.  While it has

7    not been defined as yet, the plan is to have a

8    status report on our Web site to show where members

9    are in the auditing process, so obviously if you're

10   not there, if you mysteriously disappear one day,

11   you could reach your own natural conclusion.

12        But understand that enforcement is very,

13   very important for this to work.  Without

14   enforcement, it is a wasted effort.  It is

15   virtually a wasted effort, so self regulation means

16   that the organizations that have become members

17   have to work hard to maintain their membership, and

18   enforcement is going to be very costly for some

19   organizations that don't make the grade.

20        MS. ROSENFELD:  Becky, you talked about

21   TRUSTe intending to revise your licensing

22   agreements to require disclosures about data merger

23   and exchange of information, and I'm wondering if

24   you have a time table for that.

25        MS. RICHARDS:  We last updated ours I think

 1   in August, September, and I'm told that the legal

 2   fees have to stay lower so I'm not supposed to give

 3   it to our lawyers for a couple more months, and we

 4   also want to have a certain level of stability in

 5   the program.

 6           And we're actually on the sixth version

 7   right now, we'll be going to the seventh, and there

 8   will be a number of revisions, not just this one

 9   but also to sort of-- what we have done always is

10   to follow along what the privacy debate is, where

11   are we going with things and make sure we're a step

12   ahead.

13           And so I think that we can anticipate to

14   see those sometimes in the July/August time frame

15   as we move forward.

16           MS. ROSENFELD:  I think now I'm going to

17   open up to audience questions.  The gentleman back

18   there, and again please identify yourself and your

19   organization.

20           MR. LE MAITRE:  Hi.  I'm Marc Le Maitre.  I

21   work with Nextel Communications.

22           Larry, I agree absolutely, entirely with

23   you that privacy without enforcement doesn't fly.

24   During the B-to-B world, very few businesses would

25   do anything without signing a contract, and I'm

1    aware that P3P is policy based, no need for a

2    contract in P3P, how do you get from policy based

3    to contract based so that you've got some basis on

4    which to place -- to put some enforcement around?

5         MR. PONEMON:  You're asking a very good

6    question, and we've tried to address this over the

7    course of the last few years, especially with my

8    involvement with the FTC and the Advisory

9    Committee.

10        Quite frankly, one of the problems you have

11   is a policy, doesn't necessarily suggest truth, so

12   you have a lot of organizations that are very quick

13   to post a policy, and P3P by the way is kind of an

14   offshoot of that.

15        P3P is good, but unless you have an ability

16   to say, Okay, you have this policy, how do we know

17   you're complying, it's kind of an interesting

18   problem because a lot of organizations aren't

19   really evil and they're really not trying to dupe

20   the consumer.  It's not that at all, but they're

21   not actually digging deep enough into their own

22   business models or into their own organizations to

23   determine where they have vulnerability and risk.

24        And in many cases, in most cases

25   unfortunately, the legacy of being an auditor,

1    right, you basically stumble on some incredible
2    problems.  Bad news doesn't necessarily get up to
3    the right people.  That's the job of an auditor is
4    to communicate it ultimately to the board, and I've
5    been in many board meetings to say to major
6    companies," You know what, what you say you do on
7    privacy, you're just not doing, and it's going to
8    be very costly to fix it."
9         So then that's the other issue.  What's the
10   accountability on the other side to actually now
11   fix the problem now that you have that information.
12        Audits are a good thing though.  If there's
13   self regulation you might be able to move the bar.
14        MR. LE MAITRE:  I think there's some
15   direction on it.  The notice and choice aspects of
16   Fair Information Practices are well understood.  My
17   own feelings are that it may take some sort of
18   binding between notice and choice.
19        This is the notice you gave me, this is the
20   choice I gave back to you, and some notion that
21   that forms a bond, a contract, that has some legal
22   status that we can both rely upon in an audit
23   situation.
24        MR. PONEMON:  Can I just make one comment
25   about that?  If you just look at the current

1    implementations around GLBA, Gramm Leach Bliley,

2    we've seen a lot of organizations having a very

3    difficult time just operationalizing choice.  We're

4    starting to see evidence that companies are

5    failing.

6         They're getting the reply back, but

7    companies are having a difficult time making sure

8    that it sticks in their legacy systems, and they're

9    spending virtually no resources to fix the problem,

10   so I think we're going to have a lot of interesting

11   issues on the horizon in terms of lawsuits,

12   organizational culpability, but that's a problem.

13        And so even if you have a contract, even if

14   it's a legally binding contract, I'm not sure

15   that's going to change behavior in the short term.

16        MS. ROSENFELD:  John?

17        MR. KAMP:  I just wanted to mention, and

18   not in any way to slight the FTC enforcement

19   authority or even the authority of auditors, that

20   perhaps the most important thing that will happen

21   in the marketing space is happening, and that is

22   privacy is becoming part of the brand, and as part

23   of the brand, it's part of that image of the

24   product and the company that is part of the

25   relationship that the customer has with the brand,

1    and either a company is going -- going forward, I

2    think either companies are going to respect the

3    privacy of their consumers and treat them

4    appropriately or they're not, and that consumers

5    are going to take it out on them, and that the

6    value of the brand and the need to ensure that the

7    brand stands for something in the privacy space as

8    well as in the basic historical places where it

9    talks about quality, product quality and

10   consistency and value proposition, that privacy is

11   going to stand along that, and the American

12   consumers are going to make sure that their privacy

13   is protected in ways that they consider

14   appropriate.

15        MS. ROSENFELD:  You in the back.

16        MR. KAMINSKI:  Hi.  My name is Jim Kaminski

17   from Arent Fox.  This is a question for Ms.

18   Richards.  I was wondering if you had a sense -- I

19   have two questions actually.  My first question is:

20   Do you have a sense of what the industry practice

21   is for disclosing the company's enhancement

22   practices, and also when that new standard is in

23   place, are you going to require the companies to

24   provide access on the Web site to the data

25   collected offline to keep that parallel?

1          MS. RICHARDS:  The lovely question access.

2     This is always difficult to answer.  Let me maybe

3     revise a little of how I answered Dana's question.

4          Right now there isn't an explicit

5     requirement for you to disclose, but if we go

6     through your privacy practices and we find that

7     it's very appropriate and you should be disclosing

8     it, we will force you to disclose that information.

9          So it's sort of an implicit requirement if

10     you could have that, and so -- and what we have

11     been working with our account managers is to make

12     sure that they know this is an important aspect and

13     they need to be probing more about the questions,

14     and so I think on that aspect it's something that

15     we're -- as the practice becomes more prevalent,

16     we're seeing more disclosures.

17          When I asked the question around the office

18     of if they can give me some different examples, we

19     came out with some different ones, and it was a

20     really good learning experience for everybody to

21     see what is happening.

22          I would say that there's -- I can't give

23     you any numbers in terms of how prevalent it is or

24     how not prevalent it is in terms of how many

25     companies are doing it at this point.  It's just a

1    sense that it's definitely increasing and that it's

2    something we're addressing as we go along.

3           I don't have a good answer for your access

4    question at this point.

5           MS. ROSENFELD:  There in the middle.

6           MR. TUROW:  Joe Turow from the University

7    of Pennsylvania.  I just wanted to know if anyone

8    has a sense of whether what you guys have been

9    talking about is going to change when things go in

10   the not too terribly distant future to a much more

11   broadband, very dynamic environment where people

12   will be watching television, doing the Web stuff,

13   doing this, constantly moving between sites at such

14   a rapid speed with so many parties involved in a

15   transaction that the kind of privacy policy issues,

16   I'm just wanting to know, might be totally

17   irrelevant, the ones that we've been talking about.

18          If you have four or five parties that have

19   an interest in dealing with the data at the same

20   time who have very different notions of what's

21   acceptable, is that a scenario that's realistic,

22   and then what do you do?

23          MS. ROSENFELD:  Would anyone like to take a

24   shot at that?  Ari.

25          MR. SCHWARTZ:  Well, I was just about to

1    say that's why XML technology, people are focusing

2    on XML technology, because it's really the only

3    realistic way the different parties can come in at

4    different points, and that's why I focus so much of

5    my time on P3P because I see it as the only

6    realistic way to provide notice in that realm.

7         Now, obviously Larry brought up the point

8    that P3P has a weakness that it doesn't do

9    enforcement.  P3P, that's not what P3P was meant to

10   do.  It's not supposed to do enforcement.  It's

11   supposed to do notice and do it well, and that's

12   what we've tried to focus on.

13        So of course tying in all these access

14   points is going to make it very difficult for the

15   consumers to follow, it's difficult enough to

16   follow on the Web the way they do it today.  In a

17   pervasive computing environment only XML

18   technologies will help do that so we need to map

19   everything to some --

20        MR. TUROW:  Can you explain how?  I don't

21   see how it's helping to solve the problem.

22        MR. SCHWARTZ:  How will XML help to solve

23   it?

24        MR. TUROW:  Yes.

25        MR. SCHWARTZ:  Well, what's going to happen

1    is that you'll have -- it's a complex system, and

2    there's a few different ways that schemas will

3    work, but basically that everyone will be relating

4    to the same basic vocabulary or schema, and then

5    information will be flowing into points back and

6    forth using this same underlying data, using the

7    same tags.

8          So that we don't have the confusion that we

9    have today where everyone has different databases

10   labeled in different ways and uses the information

11   in different ways.  It's a whole new infrastructure

12   that Tim Berners-Lee from the World Wide Web

13   Consortium calls the semantic Web.

14         MS. ROSENFELD:  Jason?

15         DR. CATLETT:  I have a quick question for

16   Larry.  Does the Personalization Consortium require

17   its members to provide access to consumers about

18   the data they hold, and does it require an

19   opportunity to delete the information?

20         MR. PONEMON:  That was probably again one

21   of the most contentious issues with our principles,

22   but we ruled.  We prevailed.  Basically access and

23   accuracy are actual principles, and that means that

24   you have to provide access, reasonable access which

25   means that -- I don't like that word reasonable

1    because it opens up for interpretation.

2          We're going to have to be really smart as

3    auditors in terms of finding what's the line

4    between reasonable and unreasonable, but more

5    importantly, if someone finds a problem, you have

6    to be able to provide that individual the proper

7    approach for fixing those problems as well as

8    redress if that is not being handled well.

9          But also this is opening up a can of worms

10   in terms of security and authentication issues that

11   have to be built into the system.  From that point

12   of view it could be very costly to members, but

13   that's just what we have to do.

14         DR. CATLETT:  But it was a requirement that

15   was accepted by the 67 companies.

16         MR. PONEMON:  All but one company agreed to

17   it, and that one company basically has agreed to go

18   along with it so it was amazing, but it was a

19   battle.  It wasn't like, Gee, it makes a lot of

20   sense.  It had to be -- it took weeks and months,

21   as Win knows, a lot of work to kind of get us to

22   that point.

23         MS. ROSENFELD:  Any other questions?  No.

24   I want to -- was there anybody else?  No?

25         I want to thank the panelists.  This was an

1   excellent panel, and it's not over yet.  I want to,

2   first of all, commend all of you for staying

3   throughout the day.  I apologize for our air

4   control problems, but after this panel can step

5   down, we have some closing remarks by Joel Winston.

6         (Applause.)

7         MR. WINSTON:  I think it's fitting that we

8   were able to get these curtains and windows open,

9   because the purpose of this workshop was to shed

10  some light and bring in some fresh air on a very

11  important subject, data merger and exchange, and I

12  hope we were able to accomplish that today.

13        I did notice that it took a crow bar to get

14  some of those windows open, and I don't want to

15  carry the metaphor too far, but actually I think

16  people were very open and honest with us, and we

17  really appreciate that.

18        I want to thank all of our panelists today

19  and our audience for a very lively and interesting

20  day.  I also want to express my appreciation to the

21  FTC staff who really worked tirelessly to put this

22  workshop on and to do so really in record time.

23        Specifically I want to thank Martha

24  Landesberg, Allison Brown, Jessica Rich, and Ellen

25  Finn from the Financial Practices Division, Lou

1    Silversin from the Bureau of Economics, and Dana

2    Rosenfeld from the Bureau Directors Office, and of

3    course our intrepid team of support staffers who

4    really made this possible today.

5         Let me just close with a few brief remarks.

6    The Commission's been studying online data

7    collection for over five years now, and we've

8    hosted several workshops on a variety of topics

9    related to collection issues, but I think the

10   subject matter of this workshop is an especially

11   timely one.  It seems like every day we hear or

12   read about new ways in which consumer data are

13   being collected and combined and put together for

14   various purposes.

15        It's been a very educational day for us and

16   we hope for all of you.  Although some of the

17   practices we've heard about today are practices

18   that have been going on for many decades, new

19   technologies and other recent developments have

20   increased the speed and amount of data that

21   businesses exchange both online and offline, so

22   being able to discuss these practices really helps

23   us keep up with all of these recent developments.

24        We learned today, for example, about

25   various sources of consumer data used for creating

1    profiles such as public records, census data,

2    survey data, warranty cards and consumer

3    transactions.

4           In addition, many companies described their

5    business models and how the merger and exchange of

6    data benefits both the businesses and consumers.

7    For example, by purchasing third-party data,

8    companies are able to target their advertising more

9    effectively and efficiently and to personalize Web

10   content, so that consumers may get more advertising

11   that they want to see and fewer advertising offers

12   that they don't want to see.

13          Several panelists raised questions about

14   the transparency of these practices to consumers,

15   in particular, whether consumers know about the

16   existence of data compilers and the practice of

17   enhancing consumer information with data from

18   third-party sources.  Do consumers know how and why

19   this data is exchanged between companies?

20          Well, I would harken back to what

21   Commissioner Swindle said this morning and many of

22   the panelists raised throughout the day, this

23   notion of the trust gap and the information gap,

24   the misunderstanding gap.

25          From what I heard today it seems like the

1    key problem here is that there's a gap between what

2    businesses are actually doing in their collection,

3    merger and exchange of data versus what consumers

4    think they're doing.

5         I haven't seen any specific survey

6    evidence, and I would certainly welcome it, but I'm

7    willing to bet that most people either dramatically

8    underestimate or dramatically overestimate the

9    scope and detail of information that businesses are

10   compiling about them.

11        On the one hand, I suspect that there are

12   lots of consumers who really have no idea that

13   hospitals and government offices and bankruptcy

14   trustees and lots of other people are selling or

15   providing personal information to businesses, all

16   of which may be combined and enhanced in various

17   ways to form consumer profiles.

18        On the other hand, I imagine there are lots

19   of consumers who think that their every action is

20   being traced, recorded, combined and deposited into

21   some mega database for anyone to use and see.  What

22   I heard today is that the information that's

23   actually being compiled and combined out there is

24   not nearly that comprehensive or nearly that

25   granular.

1    To me this raises a real challenge.  Alan

2    Westin did a survey several months ago on consumer

3    attitudes toward privacy.  He found that there are

4    a fair number of people who simply don't want their

5    information shared or used by anyone for any

6    reason.

7    On the other side of the equation, he found

8    that there were some people who really didn't care

9    about their information.  They were happy to allow

10   it to be used for any purpose whatsoever.  But,

11   what he also found is that there are about

12   two-thirds of the survey participants who fit into

13   the category of what he called privacy pragmatists;

14   that is, people who are willing to share their

15   information under certain circumstances for certain

16   reasons and if they're promised certain benefits.

17   Now, the task for business is to convince

18   these pragmatists that in particular situations,

19   it's to their benefit for the businesses to combine

20   and use the information that they're putting

21   together about them.

22   My hope is that through workshops like

23   this, we can help bridge the information and trust

24   gaps and enhance public and business awareness of

25   what is and what is not going on out there.

1          I'm not going to get into the debate about

2     the value of privacy policies, but I think we can

3     all agree that shedding more light and fresh air on

4     this subject has to be a good thing.

5          Again, I just want to thank all the

6     panelists for contributing to this workshop and to

7     remind you that we do have a record that will

8     remain open for 30 days, and I encourage you to

9     file comments.

10          Thank you very much for coming.

11          (Timed noted:  4:51 p.m.)

12                    -    -    -    -    -

13

14

15

16

17

18

19

20

21

22

23

24

25

308

1    C E R T I F I C A T I O N   O F   R E P O R T E R

2

3    CASE TITLE:  MERGING AND EXCHANGING CONSUMER DATA

4    WORKSHOP

5    MATTER NO.:  P014803

6    HEARING DATE:  MARCH 13, 2001

7

8        We HEREBY CERTIFY that the transcript

9    contained herein is a full and accurate transcript

10   of the notes taken by us at the hearing on the

11   above cause before the FEDERAL TRADE COMMISSION to

12   the best of our knowledge and belief.

13

14                       DATED: MARCH 26, 2001

15

16                       SALLY J. BOWLING

17

18                       DEBRA L. MAHEUX

19

20   C E R T I F I C A T I O N   O F   P R O O F R E A D E

21       I HEREBY CERTIFY that I proofread the

22   transcript for accuracy in spelling, hyphenation,

23   punctuation and format.

24

25                       DIANE QUADE


                    For The Record, Inc.
                    Waldorf, Maryland
                      (301) 870-8025