UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joshua Murray,

    Plaintiff,

v.                                                        Case No. 22-11107

                                                           Sean F. Cox
National Association of Realtors           United States District Court Judge

    Defendant.
_____/

## ORDER DENYING
## PENDING MOTION TO DISMISS AS MOOT

After the defense filed a Motion to Dismiss in this case, this Court issued an "Order Regarding Recently Filed Motion To Dismiss" ordering that within twenty one days of that order, Plaintiff may either: 1) file an amended complaint, in which case this Court will deny without prejudice the currently pending Motion to Dismiss as moot; or 2) file a response to the pending Motion to Dismiss, and the Court will decide the motion based upon the existing complaint.

Thereafter, an amended complaint was filed by Plaintiff.  As such, the Court DENIES WITHOUT PREJUDICE the pending Motion to Dismiss as MOOT.

    IT IS SO ORDERED.

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated:  October 12, 2022