UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joshua Murray ,

               Plaintiff(s),

v.                                                  Case No. 2:22−cv−11107−SFC−DRG
                                                   Hon. Sean F. Cox

National Association of
Realtors,

               Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 817.  The following motion(s) are ***rescheduled*** for hearing:

      Motion to Dismiss – #20

- MOTION HEARING:  January 17, 2023 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/J. McCoy
                                                       Case Manager

Dated:   December 13, 2022