UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joshua Murray ,

          Plaintiff(s),

v.

National Association of Realtors,

          Defendant(s),

Case No. 2:22−cv−11107−SFC−DRG
Hon. Sean F. Cox

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 817. The following motion(s) are **rescheduled** for hearing:

    Motion to Dismiss – #20

- MOTION HEARING:  January 19, 2023 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                    By: s/J. McCoy
                        Case Manager

Dated:  December 19, 2022