UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA MURRAY,

    Plaintiff,

v.                                                                                    Case No. 22-11107

NATIONAL ASSOCIATION OF
REALTORS,                                                              Sean F. Cox
                                                     United States District Court Judge

    Defendant.
_____/

## ORDER FOLLOWING
## JANUARY 19, 2023 STATUS CONFERENCE

This Court held a Status Conference in this matter on January 19, 2023.  As the parties agreed on the record on that date:

1)    Defendant agrees to allow Plaintiff to file a second amended complaint;

2)    Plaintiff shall file his second amended complaint no later than **January 23, 2023**;

3)    The Court **DENIES WITHOUT PREJUDICE** Defendant's pending Motion to Dismiss (ECF No. 20);

4)    Defendant shall file its new Motion to Dismiss no later than **February 23, 2023;**

5)    Plaintiff shall file his response to that motion no later than **March 23, 2023;**

6)    Defendant shall file any reply brief no later than **April 13, 2023.**

**IT IS SO ORDERED.**

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated:  January 19, 2023