# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 2:22-cv-11107-SFC-DRG<br><br>Hon. Sean F. Cox<br>Mag. David R. Grand |

**<u>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES</u>**

Plaintiff, individually and on behalf of all others similarly situated, submits this Notice of Supplemental Authorities to apprise the Court of a recent decision relevant to the issues raised in Plaintiff's response in opposition to Defendant's motion to dismiss (ECF No. 33) ("Plaintiff's Response"):

1. Following the filing of Plaintiff's Response, two courts of the Western District of Michigan have recently issued opinions denying motions to dismiss claims for violation of the Michigan PPPA – claims which arose from allegations similar to Plaintiff's allegations here.

2. On July 7, 2023, the Honorable Hala Y. Jarbou issued a decision denying the defendant's motion to dismiss in *Gottsleben v. Informa Media, Inc.*, No. 1:22-cv-866 (W.D. Mich. July 7, 2023), a PPPA action similar to the instant matter. A copy of the *Gottsleben* decision is attached hereto as **Exhibit A**.

3. On July 13, 2023, the Honorable Hala Y. Jarbou issued a decision denying the defendant's motion to dismiss in *Schreiber v. Mayo Foundation for Medical Education and Research*, No. 2:22-cv-188 (W.D. Mich. July 13, 2023), a PPPA action also similar to the instant matter. A copy of the *Schreiber* decision is attached hereto as **Exhibit B**.

Dated: July 27, 2023                  Respectfully submitted,

                                      */s/ E. Powell Miller*
                                      E. Powell Miller (P39487)
                                      THE MILLER LAW FIRM, P.C.
                                      950 W. University Drive, Suite 300

Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com