## **INDEX OF EXHIBITS**

Exhibit A    Opinion denying motion to dismiss, *Gottsleben v. Informa Media, Inc.*, No. 1:22-cv-866 (W.D. Mich. July 7, 2023)

Exhibit B    Opinion denying motion to dismiss, *Schreiber v. Mayo Foundation for Medical Education and Research*, No. 2:22-cv-188 (W.D. Mich. July 13, 2023)