# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 4:22-cv-11107-FKB-DRG<br><br>HON. F. KAY BEHM<br>Magistrate Judge David R. Grand |

### STIPULATED ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT

On January 20, 2023, Plaintiff Joshua Murray ("Plaintiff") filed his Second Amended Complaint against Defendant National Association of REALTORS® ("NAR") in the above-captioned matter. (ECF No. 30.) On February 23, 2023, Defendant moved to dismiss Plaintiff's Second Amended Complaint ("SAC"). (ECF No. 31.) On November 15, 2023, the Court entered an Order denying NAR's motion to dismiss. (ECF No. 38.) As a result of the Court's Order, NAR's deadline to answer the SAC is November 29, 2023. Due to commitments of counsel and clients, the parties have agreed to extend NAR's deadline to answer the SAC from November 29, 2023 to December 13, 2023.

2

WHEREFORE, pursuant to the foregoing and the stipulation of the parties, it is hereby ordered that NAR's deadline to answer the SAC is extended from November 29, 2023 to December 13, 2023.

**IT IS SO ORDERED.**

Dated: November 28, 2023                                 s/F. Kay Behm
                                                        Honorable F. Kay Behm
                                                        United States District Judge

SO STIPULATED:

/s/ Frank S. Hedin (with permission)
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Tel: 646-837-7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

/s/ Elise H. Yu
Tiana Demas
Philip M. Bowman
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
tdemas@cooley.com

Khary J. Anderson
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7800
kjanderson@cooley.com

Suzanne L. Wahl (P71364)
Elise H. Yu (P79344)
ARENTFOX SCHIFF LLP
350 S. Main Street
Suite 210
Ann Arbor, MI 48104
(734) 222-1517
suzanne.wahl@afslaw.com
elise.yu@afslaw.com

*Attorneys for Defendant National Association of Realtors®*