# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 2:22-cv-11107-FKB-DRG<br><br>HON. F. KAY BEHM<br>Magistrate Judge David R. Grand<br><br><br>**DECLARATION OF COLLEEN DOYLE IN SUPPORT OF DEFENDANT NATIONAL ASSOCIATION OF REALTORS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

I, Colleen Doyle, declare as follows:

1. I submit this declaration based on my personal knowledge. I can testify competently to the facts contain herein if called to testify as a witness.

2. I am the Vice President, REALTORS® Information Network ("RIN") and Strategic Initiatives, for the National Association of Realtors® ("NAR"). I have been employed by NAR since 2007.

3. NAR is the country's largest trade association and currently has over 1.5 million active members, including residential and commercial brokers, salespeople, property managers, appraisers, counselors, and others engaged in the real estate industry. Its members participate in all aspects of the residential and

commercial real estate industries. NAR's primary mission is to uphold and expand everyone's right to own, buy, and sell real property.

4.   NAR provides its members with several benefits, including advocating on their behalf for federal policy initiatives that strengthen the consumer's ability to own, buy, and sell real property, offering designations and certifications to expand its members experience and expertise in various real estate sectors, and giving access to exclusive member pricing on products and services with NAR's many business partners.

5.   All NAR members receive REALTOR® Magazine by mail as part of their membership unless they affirmatively opt out of receiving it. NAR does not sell REALTOR® Magazine subscriptions to its members.

6.   NAR members who opt out of receiving REALTOR® Magazine are not refunded any portion of their membership dues.

7.   Since 2012, NAR has made digital versions of the magazine freely available to its members and the general public on NAR's website.

8.   Plaintiff Joshua Murray ("Murray") has an active NAR membership, and he was an active NAR member throughout 2016.

9.   Specifically, Murray was an active NAR member for the following time periods: 11/30/2007 to 10/27/2009, 8/10/2010 to 4/21/2011, 6/1/2012 to 10/11/2017, and 10/12/2017 to the present.

2

10. Throughout the year 2016, Murray was an active member of the Livingston County AOR local association of NAR. During that time, Murray paid his membership dues directly to this local association. The local association then disbursed NAR's portion of the dues to NAR.

11. According to NAR's records, Murray did not opt out of receiving REALTOR® Magazine by mail, and he should have received the magazine throughout 2016.

12. In 2016, only eight nonmembers of NAR with Michigan addresses—all businesses—paid $56 to receive REALTOR® Magazine by mail. Murray was not one of these businesses.

13. NAR members are permitted to publicize their NAR membership by using the term REALTOR® in connection with their names. REALTOR® has one meaning: member of NAR and the member's agreement to adhere to NAR's strict Code of Ethics. The REALTOR® mark also signifies NAR members' commitment to protecting clients, the public, and other real estate professionals, as well as to conducting business with integrity, and providing high standards of real estate services.

14. NAR members can be found by searching realtor.com, a publicly-available website.

3

15. Only active NAR members are displayed on realtor.com's "Find a REALTOR®" directory. This is one of several benefits of NAR membership.

16. NAR members may claim and edit their realtor.com profiles. They may also make a request to realtor.com to have the profile removed.

17. Murray claimed and edited his realtor.com profile, and the following changes were made: first name changed from "Joshua" to "Josh"; added profile photo, bio, years of experience, areas served (e.g., the zip codes he works in), specializations, mobile phone, website, company logo, MLS ID, chose to enable ratings, and approved displayed recommendations.

18. Based on my review of NAR's membership records, there is only one Joshua Murray who is a NAR member and who resides in South Lyon, Michigan.

19. The photo of Josh Murray on realtor.com depicts the same person as a LinkedIn profile for Josh Murray, which lists a location of South Lyon, Michigan. *See* Josh Murray realtor.com profile (attached hereto as Exhibit A) and Josh Murray LinkedIn profile (attached hereto as Exhibit B).

20. Murray's realtor.com profile prominently displays the REALTOR® mark and Murray's NAR membership.

21. All NAR members have the option to opt out of direct marketing mail. Members can do this by visiting the "Member Profile" screen of NAR's website and choosing "No" for "Direct Mail Marketing."

4

22. Attached hereto as Exhibit C is a true and correct copy of NAR's direct marketing mail opt-out, *available at* nar.realtor/my-account?tab=term-My-Profile.

23. The direct mail marketing opt-out shown in Exhibit C existed throughout the year 2016 and had the same format and content then as it does today.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of February, 2023, in Chicago, Illinois.

Colleen Doyle

# EXHIBIT A





# EXHIBIT B





Case 4:22-cv-11107-FKB-DRG ECF No. 31-1, PageID.2541 Filed 02/23/23 Page 13 of 14

# EXHIBIT C

