UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>    Defendant. | Case No. 4:22-cv-11107-FKB-DRG<br><br>Honorable F. Kay Behm<br>U.S. District Judge |

## JOINT STATUS REPORT

Plaintiff Joshua Murray ("Plaintiff"), and Defendant National Association of Realtors ("NAR," together with Plaintiff, the "Parties") state as follows:

1. On February 7, 2024, the Parties jointly moved the Court to stay this action pending mediation with The Honorable James F. Holderman (Ret.). ECF No. 42.

2. On February 9, 2024, the Court granted that motion. *Id.*

3. While the Parties had scheduled the mediation for March 14, 2024, they noted they may need to briefly adjourn the mediation due to a recently discovered scheduling conflict, and that they would immediately update the Court if that were the case. *Id.* at PageID.2792 n.1.

4. Accordingly, the Parties jointly write to inform the Court that they

have rescheduled the mediation for April 9, 2024.

5. Pursuant to the Court's practice guidelines, the Parties will notify Chambers in writing via email by the next business day if this action has been resolved.

Dated:  March 19, 2024

By: /s/ *Tiana Demas w/consent*
Tiana Demas
Philip M. Bowman
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
tdemas@cooley.com

Khary J. Anderson
COOLEY LLP
1299 Pennsylvania Ave, NW Ste 700
Washington, DC 20004
(202) 842-7800
kjanderson@cooley.com

Suzanne L. Wahl (P71364)
Elise H. Yu (P79344)
ARENTFOX SCHIFF LLP
350 S. Main Street Suite 210
Ann Arbor, MI 48104
(734) 222-1517
suzanne.wahl@afslaw.com
elise.yu@afslaw.com

Attorneys for Defendant National Association of REALTORS®

Dated:  March 19, 2024

      By: */s/ E. Powell Miller*
      E. Powell Miller (P39487)
      epm@millerlawpc.com
      **THE MILLER LAW FIRM, P.C.**
      950 W. University Drive, Suite 300
      Rochester, MI 48307
      Tel: 248.841.2200

      Joseph I. Marchese (P85862)
      jmarchese@bursor.com
      Philip L. Fraietta (P85228)
      pfraietta@bursor.com
      **BURSOR & FISHER, P.A.**
      1330 Avenue of the Americas, 32nd Floor
      New York, New York 10019
      Tel: 646.837.7150

      Frank S. Hedin
      fhedin@hedinllp.com
      Arun G. Ravindran
      aravindran@hedinllp.com
      **HEDIN LLP**
      1395 Brickell Avenue, Suite 1140
      Miami, Florida 33131
      Tel: 305.357.2107

      Attorney for Plaintiff Joshua Murray and the Putative Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

>*/s/ E. Powell Miller*
>E. Powell Miller (P39487)
>**THE MILLER LAW FIRM, P.C.**
>950 W. University Dr., Ste. 300
>Rochester, MI 48307
>Tel: (248) 841-2200
>epm@millerlawpc.com