# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 22-cv-11107<br><br>Hon. F. Kay Behm<br>Mag. David R. Grand |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Joshua Murray ("Plaintiff") and Defendant National Association of Realtors (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff's claims with prejudice, with each party to bear their own attorneys' fees and costs.  Accordingly, Plaintiff hereby voluntarily dismisses his claims with prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: May 7, 2024                          Respectfully submitted,

                                                  */s/ E. Powell Miller*
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
HEDIN LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinllp.com

*Attorneys for Plaintiff*

Dated:  May 7, 2024                         Respectfully submitted,

                                                  */s/ Tiana Demas (w/ permission)*
Tiana Demas
COOLEY LLP
55 Hudson Yards
New York, New York 10001
(212) 479-6000

tdemas@cooley.com

Khary J. Anderson
COOLEY LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004
(202) 842-7800
kjanderson@cooley.com

Suzanne L. Wahl (P71364)
Elise H. Yu (P79344)
ARENTFOX SCHIFF LLP
250 S. Main Street Suite 210
Ann Arbor, MI 48104
(734) 222-1517
suzanne.wahl@afslaw.com
elise.yu@afslaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)

*Attorney for Plaintiff*